**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
A PROFESSIONAL LIMITED LIABILITY COMPANY

7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, DC 20036
TELEPHONE (202) 467-4123
FACSIMILE (202) 467-4489

February 27, 2006

**VIA FEDERAL EXPRESS**
Clerk of Court
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

***Re: Seth Daniels v. American Power Conversion Corporation***
***Case Number: CA 05 459***

Dear Clerk of Court:

Please accept for filing the enclosed copy of the Summons, Return of Service, and Declaration of Server as proof of service of the complaint for the above-referenced case. If there are any questions please do not hesitate to contact me at (202) 467-4123. Thank you.

Sincerely,

Harsimran K. Dang

Harsimran K. Dang

Enclosures