AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the District of Rhode Island

Seth Daniels

V.

American Power Conversion Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 459

TO: (Name and address of Defendant)

Jeffery J. Giguere, Registered Agent, American Power Conversion
132 Fairgrounds Road
West Kingston, RI 02892

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Seth Daniels - PRO SE
2227 US Highway 1, Unit 296
North Brunswick, NJ 08902

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK Chief Deputy Clerk

DATE 11/4/05

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] Pro Se | DATE February 23, 2006 |
| NAME OF SERVER *(PRINT)* Anthony J Robbio Jr | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

[ ] G Served personally upon the third-party defendant. Place where served: ______

[ ] G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

[ ] G Returned unexecuted: ______

[X] G Other (specify): By serving Jeffery J. Giguere, Registered Agent, authorized to accept. Service was completed at 132 Fairgrounds Road, West Kingston, RI 02892.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 23, 2006
Date

Anthony J. Robbio Jr.
*Signature of Server*

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050
*Address of Server*

DISTRICT COURT RHODE ISLAND
2006 MAR 13 A 11:04
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.