**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Case No.: 1:05-cv-00459 ML<br><br>Judge Mary M. Lisi<br>Magistrate Judge Lincoln D. Almond |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Noelle Clapham, a member of the Bar of this court, hereby enters her appearance on behalf of the Plaintiff.

ALSO TAKE NOTICE that Lori B. Kisch and Harsimran K. Dang hereby enter their appearance *pro hac vice* on behalf of the Plaintiff, pending the Court's approval of their Motions for Admission *Pro Hac Vice* (which are being filed along with this Notice).

N.K. Clapham

Noelle Clapham (R.I. Bar #5338)
**LAW OFFICE OF NOELLE CLAPHAM**
24 Salt Pond Road, Suite A8
South Kingstown, RI 02879
Phone: (401) 783-3600
Fax: (401) 783-3670
claphamlaw@verizon.net

Lori B. Kisch (MD Fed Bar #25781)
Harsimran K. Dang (D.C. Bar #493428)
**WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC**
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
Phone: (202) 467-4123
Fax: (202) 467-4489
lkisch@wcqp.com
hdang@wcqp.com

*ATTORNEYS FOR THE PLAINTIFF*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 7th day of March, 2006, that a true and correct copy of the Plaintiff's Notice of Entry of Appearance and Motions for Admission Pro *Hac Vice* have been served via first class U.S. Mail, postage pre-paid, to:

Jeffery J. Giguere
132 Fairgrounds Road
West Kingston, RI 02892

*Registered Agent for Defendant*
*American Power Conversion Corporation*

N.K. Clapham
Noelle Clapham