IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action<br>No: 05-00459-ML-LDA |

**DEFENDANT AMERICAN POWER CONVERSION CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant American Power Conversion Corporation ("APC") in the above-captioned action hereby states that APC has no parent corporation(s) and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**AMERICAN POWER CONVERSION CORPORATION,**

By its attorneys,

George P. Kostakos (6971)
10 Weybosset Street, Suite 404
Providence, RI 02903
401-454-2903 (t)
401-454-2969 (f)
gkostakos@littler.com

Dated: March 22, 2006

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 22nd day of March 2006, a true and accurate copy of the foregoing Corporate Disclosure Statement was served via first class mail upon plaintiff's counsel of record:

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A-8
South Kingston, RI 02879

George P. Kostakos