***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendants. | Civil Action No: 05-00459-ML-LDA |

JOINT MOTION FOR A BRIEF EXTENSION OF THE DEADLINES FOR FILING MOTIONS TO COMPEL AND DISPOSITIVE MOTIONS

Plaintiff Seth Daniels ("Plaintiff") and Defendant American Power Conversion Corporation ("Defendant") hereby jointly move to extend the deadlines for filing motions to compel discovery, dispositive motions, and, if necessary, motions relating to evidentiary issues. The parties seek only a brief extension of such deadlines. As grounds for their motion, Plaintiff and Defendant state as follows:

First, the parties wish to attempt to resolve various discovery-related issues without resort to motion practice. The parties conducted numerous depositions and engaged in extensive written discovery, including requests for production of documents and interrogatories. Because of the volume of discovery in this case and the difficulty in scheduling certain witnesses for depositions[1], the parties did not complete discovery until the week of November 9th (the deadline for completing discovery). At present, the parties are attempting to resolve various complicated issues regarding the responses provided to specific discovery requests. The parties would prefer to resolve these issues

[1] Brian Gough, a key witness in this case, was unable for health reasons to be deposed before November 9, 2006.

informally without involving the Court through motion practice. Given the nature of the issues involved, and the approaching Thanksgiving holiday (which will make it difficult for the parties and their counsel to address these issues), Plaintiff and Defendant do not believe that they will be able to resolve these issues informally without a brief extension of the deadline for filing motions in this case. The parties respectfully request, therefore, a short extension of this deadline from November 27, 2006, to December 6, 2006.

Second, the parties also jointly request a short extension of the current deadline for filing dispositive motions. The current deadline is Monday, November 27th (the first business day following Thanksgiving). The parties request this extension in order to devote proper time and resources to the resolution of the above-referenced discovery issues. Further, the resolution of these issues likely will impact the nature of any dispositive motion filed by Defendant, and response filed by Plaintiff. If the parties cannot resolve their discovery concerns prior to such deadline, Plaintiff will have to file, and Defendant will have to respond to, a motion to compel.

Moreover, because the parties were unable to complete depositions until the end of last week, transcripts have not yet become available for all of the witnesses and, in turn, the parties face great difficulty in adequately preparing and responding to a dispositive motion under the current schedule. Finally, Defendant's ability to adequately prepare any dispositive motion will be further complicated by the Thanksgiving holiday. For these reasons, the parties respectfully request a short extension of the deadline for filing dispositive motions from November 27, 2006, to December 15, 2006.

Third, this Court previously ordered that if no dispositive motion is filed, the parties shall file by December 11, 2006, a typewritten memorandum related to the

witnesses, testimony, supporting law, exhibits, jury instructions, and other additional issues. The parties request that if no dispositive motion is filed that the deadline for the memorandum as outlined in this Court's Order of May 9, 2006 be extended until January 12, 2007.[2]

Fourth, the parties state that they have not requested any previous extensions of time from the Court, and that neither party will be prejudiced by the requested extensions.

WHEREFORE, the parties respectfully request that the Court grant their joint motion to extend briefly the deadlines for filing motions to compel discovery, dispositive motions, motions regarding evidentiary issues, and the memorandum as outlined in the Court's Order of May 9, 2006. Plaintiff and Defendant propose the following new deadlines:

| | |
|---|---|
| **Deadline for Filing Motions to Compel:** | **December 6, 2006** |
| **Deadline for Filing Dispositive Motions:** | **December 15, 2006** |
| **Deadline for the typewritten memorandum identified in the Court's Order of May 9, 2006:** | **30 days after a ruling on a dispositive motions, or, if no dispositive motions are filed, January 12, 2007** |

[2] If the Court intended that the parties file any motions related to evidentiary issues, such as motions in limine, within 10 days of the close of discovery (or by November 27, 2006), the parties further request that the Court extend that deadline until 30 days after a decision on any dispositive motions. If no dispositive motion is filed, then the parties request that they have until January 19, 2007 to file any such motions related to the evidence in this case.

Respectfully submitted,

SETH DANIELS,

By his attorneys,

/s/ Noelle K. Clapham

Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
lkisch@wcqp.com

AMERICAN POWER
CONVERSION CORPORATION,

By its attorneys,

/s/ George P. Kostakos

George P. Kostakos (R.I. Bar #6971)
LITTLER MENDELSON, P.C.
10 Weybosset Street
Suite 404
Providence, RI 02903
gkostakos@littler.com
(401) 454-2903

Dated: November 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2006, the foregoing Joint Motion for a Brief Extension of the Deadlines for Filing Motions to Compel and Dispositive Motions was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to all counsel of record (registered participants identified on the Notice of Electronic Filing).

/s/ George P. Kostakos
George P. Kostakos