IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**ORDER**

The Court has considered the parties' Joint Motion for a Brief Extension of the Deadlines for Filing Motions to Compel and Dispositive Motions. For the reasons discussed therein, the Court grants the parties' joint motion.

IT THEREFORE IS ORDERED THAT THE SCHEDULING IN THIS CASE HEREBY IS AMENDED AS FOLLOWS:

| | |
|---|---|
| Deadline for Filing Motions to Compel: | December 6, 2006 |
| Deadline for Filing Dispositive Motions: | December 15, 2006 |
| Deadline for Filing Evidentiary Motions: | 30 days after a ruling on dispositive motions, or, if no dispositive motions are filed, January 19, 2007. |

| | |
|---|---|
| Deadline for the typewritten memorandum identified in the Court's Order of May 9, 2006: | 30 days after a ruling on a dispositive motions, or, if no dispositive motions are filed, January 12, 2007 |

ENTER:

Dated:___________________________ _________________________________