***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**<u>MOTION TO COMPEL OF DEFENDANT</u>**
**<u>AMERICAN POWER CONVERSION CORPORATION</u>**

Pursuant to Federal Rule of Civil Procedure 37, Defendant American Power Conversion Corporation ("APC" or "Defendant") submits this in support of its Motion to Compel Plaintiff Seth Daniels ("Plaintiff") to provide full and complete answers to Defendant's interrogatories and requests for production of documents. In support of its Motion, APC submits its concurrently filed memorandum of law.[1]

Respectfully submitted,

**AMERICAN POWER CONVERSION CORPORATION,**

By its attorneys,

/s/ George P. Kostakos
George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
401-454-2903 (t)
401-454-2969 (f)
gkostakos@littler.com

Dated: December 5, 2006

[1] APC certifies that it attempted in good faith to resolve the issues raised by this motion pursuant to both the Federal Rules of Civil Procedure and the Local Rules.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2006, the foregoing Motion to Compel was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos