Page 1 of 1

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Wednesday, November 15, 2006 11:01 AM
**To:** Kostakos, George P.
**Subject:** Daniels v. APC

George,

Are you back from court? Did you call the court yesterday? I spoke with Noelle Clapham and she is available until about 1:50 today if we do have a conference call and she is needed. However, she suggested filing a motion rather than calling the Court. She did say that she thought Judge Lisi would grant the extension and that extensions are usually granted in a day or two. If you have not already called the Court I am not opposed to signing onto a joint motion for extension.

Also, I do hope to have some information on Seth's income by tomorrow afternoon.

Lori Kisch

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Tuesday, November 21, 2006 3:47 PM
**To:** Kostakos, George P.
**Subject:** daniels v. apc

George,

Please disregard the previous email. Attached is a revised letter. I will be out of the office tomorrow and Friday, but will return on Monday. If you are availalbe to talk on Monday I do have some information for you on Mr. Daniels' income.

Have a Happy Thanksgiving.

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
Tel: 202-263-3681
Fax:202-467-4489

*Privilege and Confidentiality Notice*
*This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above. Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.*