**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION

Defendant.

CIVIL NO: 05-00459-ML-LDA
Judge Mary Lisi

**PLAINTIFFS' MOTION TO COMPEL APC TO PRODUCE DOCUMENTS AND ANSWER INTERROGATORIES AND TO PROVIDE PLAINTIFF WITH A PRIVILEGE LOG**

Plaintiff, through his undersigned attorneys, pursuant to Local Civil Rules 7 and 37, hereby respectfully moves this Court to issue an Order compelling Defendant to answer and produce all non-privileged responsive discovery currently outstanding and to provide Plaintiff with a privilege log. Furthermore, Plaintiff respectfully requests that this Court order Defendant to produce all outstanding discovery within 20 days from the date of an Order granting Plaintiff's Motion to Compel. The grounds for this motion are set forth in the accompanying Memorandum.

Plaintiff's counsel conferred with Defendant's counsel in an effort to resolve the discovery disputes addressed in this motion.

Respectfully submitted this 6th day of December, 2006,

/s/ Noelle Clapham____________________
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFF***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Lisi |

**ORDER**

Upon consideration of Plaintiff's Motion to Compel, and any Opposition thereto, IT IS HEREBY ORDERED, that Plaintiff's Motion to Compel is GRANTED.

AND IT IS FURTHER ORDERED that Defendant shall serve all non-privileged responsive discovery, as outlined in Plaintiff's Memorandum in Support of Plaintiff's Motion to Compel, within 20 days from the date of this Order;

AND IT IS FURTHER ORDERED that Defendant shall serve a privilege log for any and all documents that have been withheld based upon a privilege, within 20 days from the date of this Order.

Dated: ____________, 2006.

______________________________

The Honorable Chief Judge Mary Lisi
United States District Judge
District of Rhode Island

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Compel, Memorandum in Support thereof, exhibits, and proposed Order will be served upon all counsel of record via the court's electronic filing system.

__________/s/ Noelle Clapham ____