**Exhibit List**

| | |
|---|---|
| Ex. 1: | Letter of March 7, 2005 from APC to the EEOC |
| Ex. 2: | Letter of April 6, 2005 from APC to the EEOC |
| Ex. 3: | Letter of June 24, 2005 from APC to the EEOC |
| Ex. 4: | Letter of July 14, 2005 from APC to the EEOC |
| Ex. 5: | Letter of August 2, 2005 from APC to the EEOC |
| Ex. 6: | Letter of December 1, 2006 from George Kostakos to Lori Kisch |
| Ex. 7: | Letter of November 21, 2006 from Lori Kisch to George Kostakos |
| Ex. 8: | Deposition Transcript of Seth Daniels: 177-86, 220-22, 251, 252, 267, 335, 349, 368, 370-71, 377-79, 394-95 |
| Ex. 9: | Deposition Transcript of Brian Gough: 66-82, 101-05, 122-25, 175, 196 |
| Ex. 10: | Deposition Transcript of Christine Hendrix: 33-34, 43-44, 47, 73-78, 82-85, 94-154, 180, 196-97 |
| Ex. 11: | Deposition Transcript of Doug Radamacher: 32-36, 50 |
| Ex. 12: | Deposition Transcript of Brian Kelly: 127, 162-66 |
| Ex. 13: | Deposition Transcript of John Bonzani: 61-64, 96, 134-35, 139, 202-03 |
| Ex. 14: | Deposition Transcript of Christine Bollman: 197-201 |
| Ex. 15: | Emails between Lori Kisch and George Kostakos |
| Ex. 16: | Plaintiff's First Set of Interrogatories and Requests for Production of Documents |
| Ex. 17: | Defendant's Response to Plaintiff's First Set of Interrogatories |
| Ex. 18: | Letter of September 29, 2006 from Lori Kisch to George Kostakos |
| Ex. 19: | Letter of October 4, 2006 from Lori Kisch to George Kostakos |

Ex. 20: Letter of November 13, 2006 from George Kostakos to Lori Kisch

Ex. 21: Letter of November 13, 2006 from George Kostakos to Lori Kisch

Ex. 22: Defendant's Response to Plaintiff's Second Supplemental Request for Production of Documents

Ex. 23: Defendant's Response to Plaintiff's Supplemental Request for Production of Documents

Ex. 24: Defendant's Response to Plaintiff's First Request for Production of Documents