IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

vs.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

Civil Action No. 05-00459-ML-LOA

Deposition of BRIAN J. KELLY, taken pursuant to Fedeeral Rules of Civil Procedure, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, before Sarah J. Miner, L.S.R., a Notary Public in and for the State of Connecticut, on October 19, 2006, at 9:00 a.m.

**Exhibit 12**

A. Do I know specifically, no. Is it likely, yes. I don't know specific names, dates, whatever.

Q. Why do you believe it was likely?

A. Well, because.

MR. KOSTAKOS: Objection.

BY MS. KISCH:

Q. Let's me rephrase that. On what basis do you think it was likely?

A. There is possibility at times Johnson & Wales might not have had vacancies. There is always the opportunities that would have taken place. We have had people not only stay at the Marriott but also out of practicality we have had people stay at the Westin, because annually they would have a sales conventions where they bring the technology, and they bring the sales teams around the nation into Providence over here. So just from a practical standpoint, they would have them stay in the local hotels because it minimizes transportation cost down from West Kingston and here every day and back.

Q. Do you know what other hotels individuals stayed at other than the Marriott, and Westin in Providence?

A. Not off the top of my head, no.

A. There were two systems in place because we did a process change as to how we do record retention.

Q. When was that process changed?

A. It was probably '94 or there about.

Q. Just talked about the second process then, from '94 up until the time you left, was there one process?

A. I believe so.

Q. Describe for me that process.

A. That the invoices or expense reports are processed for payment. They are prepared, and they are sent out to an outside service who scans them into an imaging system. And that is an accepted means of record retention by the IRS as long as the data can't be altered. And after a period of time, I think a month or two months, the vendor who was providing the scanning, the imaging service destroys the original documentation.

Q. Who retains a copy of the images, does APC or the vendor?

A. It is on a server that the vendor retains, APC has access to the images. So the agreement with the vendor is they house those images for seven years. When we stop doing business with them

or not, they are still obligated to maintain those images for seven years.

Q. But APC has access to view those images on line; is that correct?

A. Yes.

Q. What vendor was APC using in a 2003, and 2004?

A. 2003, 2004 was the old process.

Q. I thought you said it changed in 1994?

A. No, 2004.

Q. It changed in 2004?

A. 2004.

Q. So in 2004, who was the vendor?

A. 2004 was I believe the name of it was Source Corp, S-O-U-R-C-E C-O-R-P.

Q. Was that the same vendor up until the time you left the company?

A. Yes.

Q. So APC used Source Corp for this process that you just described from 2004 up until the time you left?

A. Correct.

Q. You have no knowledge whether or not they still use Source Corp, do you?

A. No.

Q. Do you recall whether in 2004 this process was instituted?
A. No, I don't. Again I am saying 2004, but, you know, I don't -- 2004 is my best guess as to when it started.
Q. It may have been another year, in fact?
A. It may have been a few months earlier than that. I know we tried to do the process change to coincide to the beginning of the fiscal quarter or beginning of the fiscal year.
Q. When would that be, what months?
A. Again, it would be around 2004. I can't give you.
Q. Does the fiscal -- you think it changed -- strike that.
Prior to this change to using Source Corp, what was the process for retaining the reimbursement requests?
A. It is the same upfront, same upfront process. But the hard copies were retained in the file room on the premises of APC, and those were filed in individual files by whoever the check was payable to.
Q. So, for example, there would be a copy of a file with Seth Daniels name on it, and prior to the

change, in which you used Source Corp, all of the reimbursement requests that Mr. Daniels made relating to his APC employment would have been saved in this one file under his name, correct?

A. Correct.

Q. When the change was made to Source Corp were those hard copy files sent to Source Corp for imaging or did APC continue to maintain those hard copy files which were from reimbursement requests prior to the change?

A. The files prior to the change.

Q. Let me ask that again.

MR. KOSTAKOS: I think the point is made.

BY MS. KISCH:

Q. Prior to the change to the use of Source Corp, there were a whole bunch of files maintained by APC, hard copy files of all the reimbursement requests. When the change was made, and APC started using Source Corp, did APC continue to maintain the hard copy files that were already in existence, or did they send those hard copy files that they had been maintaining in the file to Source Corp for imaging?

A. We didn't do anything we had on hand that we had already paid prior to the conversion and

send it out. We made that part of our permanent physical record retention.

Q. When you left, those documents were still maintained in APC?

A. In APC or Capital Records, which is an off-site storage facility here in Providence.

Q. What is the record retention policy say with regard to sending documents to Capital Records, if anything?

A. One, that we comply with the seven year rule of the IRS, two, it is based on the physical space availability within the department to keep documents on-site. I had been trying to keep two years on-site, but given the space limitations it may be in the beginning or early part of the third year to pack up the oldest year, and send that to Capital Records.

Q. All right. Was there actually a written document retention policy?

A. No.

Q. What else did the document retention policy require that you followed? Let me back up. Was there an unwritten document retention policy? You were just citing certain policies. It was in your head?