IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - -

SETH DANIELS,

Plaintiff,

vs C.A. No. 05-00459-ML-LDA

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF CHRISTINE BOLLMAN, called as a witness by counsel for the Plaintiff, pursuant to the provisions of Rhode Island Rules of Civil Procedure, before Victoria S. Reade, Professional Court Reporter and Notary Public, in and for the State of Rhode Island, taken at Law Offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, on Thursday, October 12, 2006, commencing at 1:00 p.m.

**Exhibit 14**

picking out of it.
Q. No, I am just asking you the questions. I don't know what happened. I am trying to find out what knowledge you have and what happened.
So you said you may have asked Avis for a copy of the police report?
A. I may have.
Q. You don't remember one way or the other?
A. No, I don't.
Q. Are you aware of any individuals other than Mr. Daniels whose laptops were stolen or lost?
A. I remember one way back.
Q. Okay. Who was that?
A. I don't recall the name.
Q. Was it Anthony Caridio?
A. I can't say for sure.
Q. Do you know an Anthony Caridio?
A. I've heard the name before.
Q. But you don't know if the incident that you recall where a laptop was stolen or lost was Mr. Caridio's or somebody elses?
A. I don't know.

Q. What were the circumstances for the loss of the laptop, was it actually stolen or was it lost?

A. It was a long, long time ago. I remember it happened in Florida and I do not recall the details.

Q. Do you remember what the race of the employee was?

A. No.

Q. Would there be any documention with regard to this incident?

A. No.

Q. Do you remember the position of the employee?

A. No.

Q. When you say it happened in Florida, was the person travel in Florida?

A. Yes.

Q. And what year did this occur?

A. I have no idea.

Q. Was it within the last couple of years?

A. No.

Q. Would you necessarily have knowledge of all of the individuals whose computers

have been lost or stolen?

A. No, I would not.

Q. And why wouldn't you have knowledge of that?

MR. KOSTAKOS: Objection.

A. I just wouldn't.

Q. Well, is it part of your job duties and responsibilities to follow-up if someone's laptop is stolen or lost?

A. If they mention it to me, if not, no, I wouldn't know about it.

Q. So you don't have a particular job duty or responsibility as the travel manager to intervene in any way if an individual's computer is stolen or lost; is that correct?

A. That's correct.

Q. Do you have a job duty or responsibility -- strike that.

As travel manager do you have any job duties or responsibilities to intervene in anyway if an individual's rental car is broken into?

A. Intervene in what way?

Q. To assist or take any action in anyway relating to the break-in.
A. Generally that is handled with the rental car company and the person who rents the car, so if there was an issue that came out of that beyond that and if the employee would contact me, sure, if I would help out if I can.
Q. Well, did Mr. Daniels tell you about his car being broken into because he was inquiring about help, he was asking for help?
MR. KOSTAKOS: Objection.
A. He was trying to understand of how he would go about to get a new computer, that was my understanding.
Q. He was asking for your assistance?
A. Right.
Q. Are you aware of any other individuals whose cars have been broken into, APC employees? Strike that.
Are you aware of any APC employees other than Mr. Daniels whose rental cars have been broken into in

relation to APC travel related business?
A. Not in recent years.
Q. At any point during your tenure with APC.
A. Except that one in Florida, I can't really recall that there were any others other than that.
Q. Oh, okay, so that actually was a rental car break-in?
A. Right.
Q. And what, if anything, did you do in response to learning about that incident in Florida in which somebody's car was broken into and the laptop was stolen?
A. I told them to file a report with Avis and never heard anything after that.
Q. And you recall that you told them to follow a report with Avis, but you don't recall the race of the individual?
A. No.
Q. Did you ask that individual for a copy of a police report?
A. No.
Q. Did you tell Mr. Kelly about the break-in, the Florida break-in?