## Lori Kisch

**From:** Kostakos, George P. [GKostakos@littler.com]
**Sent:** Wednesday, August 02, 2006 4:27 PM
**To:** Lori Kisch
**Subject:** RE: Seth Daniels v. APC

I think so. I'll confirm. I just heard from my client contact. He will be out a good bit between now and 8/25. Can we produce by 9/1?

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Wednesday, August 02, 2006 4:19 PM
**To:** Kostakos, George P.
**Subject:** RE: Seth Daniels v. APC

I just checked with the client and that is a very bad week for him. And the two days I had available that week won't work for him. I also leave for vacation the following week. We are both available the week of September 11th, beginning on the 12th. Will any day Tues through Friday that week work for you?

Lori

---

**From:** Kostakos, George P. [mailto:GKostakos@littler.com]
**Sent:** Wednesday, August 02, 2006 2:46 PM
**To:** Lori Kisch
**Subject:** RE: Seth Daniels v. APC

My mistake. Sorry. Why don't we agree to produce by 8/25, and attempt to schedule Mr. Daniels the following week (assuming he's available). Agreed?

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Wednesday, August 02, 2006 2:39 PM
**To:** Kostakos, George P.
**Subject:** RE: Seth Daniels v. APC

Both the document responses and interrogatory answers are due on August 7th. I am not clear how you have calculated the interrogatory responses differently because both the document requests and interrogatories were served at the same time.

I will check with Mr. Daniels regarding the week of August 28th.

Lori Kisch

---

**From:** Kostakos, George P. [mailto:GKostakos@littler.com]
**Sent:** Wednesday, August 02, 2006 2:33 PM
**To:** Lori Kisch
**Subject:** RE: Seth Daniels v. APC

**Exhibit 15**

By our calculation, the document responses are due on 8/7, and the interrogatory answers are due on 8/21. When is Mr. Daniels available during the week of August 28?

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Wednesday, August 02, 2006 2:24 PM
**To:** Kostakos, George P.
**Subject:** RE: Seth Daniels v. APC

I don't have an objection to a short extension, but if we are to go forward with Mr. Daniels' deposition on the 15th, we will need the discovery responses and documents no later than August 10th. If you really need more time than that we will agree to postpone Mr. Daniels' deposition to accommodate your request for an extension.

Lori Kisch

---

**From:** Kostakos, George P. [mailto:GKostakos@littler.com]
**Sent:** Wednesday, August 02, 2006 2:13 PM
**To:** Lori Kisch
**Subject:** Seth Daniels v. APC

Lori,

Any objection to an extension of our response time to your document requests and interrogatories until 8/31/06? Thank you.

**George P. Kostakos**
Littler Mendelson, P.C.
gkostakos@littler.com

Providence:
10 Weybosset Street
Suite 404
Providence, RI 02903
(401) 454-2903 main
(401) 454-2910 direct
(401) 454-2969 fax

Boston:
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000 main
(617) 378-6023 direct
(617) 531-2051 fax

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,

marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to

postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com