*Document Electronically Filed*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

Civil Action No: 05-00459-ML-LDA

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendant American Power Conversion Corporation ("APC" or the "Company") hereby moves for summary judgment on all claims asserted against it by plaintiff Seth Daniels. In support of this Motion, APC hereby submits its Memorandum of Law, a Statement of Undisputed Facts, and the Affidavits of George P. Kostakos, Scott Barger, Christine Bollman, and Brian Gough.

APC respectfully requests to be heard at oral argument on this Motion.

Respectfully submitted,

AMERICAN POWER CONVERSION CORPORATION,

By its attorneys,

/s/ George P. Kostakos

George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: December 15, 2006

# CERTIFICATE OF SERVICE

I, George P. Kostakos, hereby certify that on this 15th day of December 2006 the foregoing Motion for Summary Judgment was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos

Firmwide:81789008.1 049233.1004