IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS, Plaintiff, | |
| v. | Civil Action No: 05-00459-ML-LDA |
| AMERICAN POWER CONVERSION CORPORATION, Defendant. | |

**AFFIDAVIT OF SCOTT BARGER**

I, Scott Barger, do hereby depose and state as follows:

1. I make the statements contained in this Affidavit based on my personal knowledge and am competent to testify as to all facts stated herein.

2. I currently am employed by Contact Planning Inc. as a Vice President.

3. From August 2003 to May 2006, I worked as the Director of Sales and Marketing for the Marriott Providence, One Orms Street, Providence, Rhode Island, 02904 ("Marriott Providence").

4. In my role as Director of Sales and Marketing for the Marriott Providence, my duties and responsibilities included, in part, sales and marketing efforts with respect to the Mariott's Rewarding Events program.

5. Marriott's Rewarding Events program enables an individual member to receive reward points for organizing, or hosting, an event at a Marriott hotel or resort,

including the Marriott Providence. A copy of "frequently asked questions" which explains the program's details and qualifications is attached hereto as Exhibit A.

6. As part of the Rewarding Events program, a meeting organizer can earn Marriott Reward points as follows: 3 points for every US dollar spent; up to 50,000 points per event; or 1 mile for every US dollar spent; up to a maximum of 15,000 miles per event. All earnings under the program are based on total meeting revenues. An individual Marriott hotel property (such as the Marriott Providence) can also use Rewarding Events points also in a discretionary manner as an incentive for meeting planners to select the property. In some instances, Marriott hotels may offer double or even triple Rewarding Events points to planners to fill need periods. In the case of APC, we negotiated an amount that was roughly double Rewarding Events points for the estimated number of room nights to be used.

7. Qualifying events under the program include instances where an organizer books ten or more guest rooms for at least one night, or catered events such as receptions, coffee breaks, banquets, weddings and teleconferencing.

8. Marriot offers over 250 reward options including: Hotel stays at 9 brands, including Marriott, JW Marriott, Renaissance, Courtyard, Residence Inn, SpringHill Suites, Towneplace Suites, Fairfield Inn and Marriott Vacation Club International; Spa, ski and golf packages; Frequent flyer miles with 20 airlines; Vacation packages in the US and Europe; Cruises throughout the world with Carnival, Holland, Costa and Orient-Express; Car Rentals with Hertz.

9. Seth Daniels ("Mr. Daniels") earned Rewarding Events program points or miles related to rooms he booked and meetings he scheduled for employees of

American Power Conversion Corporation ("APC"). I first met Seth Daniels in or around January 2004.

10. Mr. Daniels entered into agreement with the Marriott Providence pursuant to which APC employees stayed at the Marriott Providence at a negotiated rate of approximately $95/night. In exchange, Mr. Daniels received Marriot Reward points for his personal account. This agreement is memorialized in correspondence from me to Mr. Daniels dated January 9, 2004, a copy of which is attached hereto as Exhibit B.

11. Under his arrangement with the Marriott Providence, Mr. Daniels arranged for employees to use 116 room nights there in January 2004, and 180 room nights in February 2004.

12. Under his arrangement with the Marriott Providence, Mr. Daniels received in excess of 100,000 Marriott Reward points related to the stay of APC employees at the Marriott Providence.

13. Mr. Daniels arranged for payment of the room expenses related to events he organized at the Marriott Providence by direct bill as part of a master account. Further, he asked that the Marriott Providence direct invoices related to the meetings or stays booked at the Marriot Providence to him at APC's East Providence facility. With direct billing relationships, individual attendees do not receive reward points if they do not settle the account for their stay on their own using cash, a check or credit card.

14. Based on my discussions with Mr. Daniels, his receipt of points under this arrangement was a very important part of the agreement. He made multiple calls to me regarding the timing of the award of points to his Marriot Rewards account.

15. Attached hereto as Exhibit C is a true and correct copy of an email sent by me to Christine Bollman on March 12, 2004.

16. Attached hereto as Exhibit D is a true and correct copy of an email message sent by me to Mr. Daniels dated March 28, 2005.

Signed under the penalties of perjury this 11th day of December, 2006.

Scott Barger

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 15th day of December 2006 the foregoing Affidavit of Scott Barger was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos