# FAQs


- What is Marriott Rewards?
- What hotels participate in Marriott Rewards?
- Is there a fee to join Marriott Rewards?
- What are all the benefits of joining Marriott Rewards?
- What is a Marriott Rewards Elite member, and how can I become one?
- What are my Elite level (Silver, Gold, Platinum) benefits?
- How do I indicate my earning preference of miles or points for any given stay?
- How do I ensure I get my points or miles for any given stay?
- If I choose to earn points, how many will I earn?
- How else can I earn points?
- If I choose to earn miles, how many miles will I earn?
- How will I keep track of the points or miles I've earned?
- How do I get credit for a missing stay?
- What types of rewards can I earn with my points?
- What are "Stay Anytime" rewards?
- Can I redeem my points for Marriott Rewards certificates online?
- Technical tips for using this site


**My Account**

Sign in for account det
Not a member?
Join Marriott Rewards

---

### What is Marriott Rewards?

Marriott Rewards is the award-winning frequent traveler program that rewards you with exclusive membership privileges when you travel, as well as your choice of frequent flyer miles in your preferred airline program, or points toward free vacations for every dollar you spend at over 2,500 hotels in the Marriott family.

Back to top

### What hotels participate in Marriott Rewards?

As a Marriott Rewards member, you can earn points or miles, and redeem your points for free stays at the following hotel brands:

- Marriott Hotels & Resorts
- Renaissance Hotels & Resorts
- Courtyard by Marriott
- Residence Inn by Marriott
- TownePlace Suites by Marriott
- Fairfield Inn by Marriott
- SpringHill Suites by Marriott
- Marriott Vacation Club International*
- Horizons by Marriott Vacation Club*
- Marriott Conference Centers*

* participating locations only

You can also earn points at these Marriott partner brands:

- Marriott Executive Apartments
- Marriott ExecuStay

- New Otani Hotels

You can also earn points or miles when you hold a qualified meeting or event at the following hotel brands:

- Marriott Hotels & Resorts
- Renaissance Hotels & Resorts
- Courtyard by Marriott
- Fairfield Inn by Marriott
- SpringHill Suites by Marriott
- Marriott Vacation Club International

You can also redeem points for free stays at these Marriott partner hotel brands:

- Ritz-Carlton
- New Otani Hotels
- Voyages Hotel (Australia)
- Peppers Retreats & Resorts
- Ashford Castle
- Dromoland Castle

Back to top

**Is there a fee to join Marriott Rewards?**

No, membership is free. Simply complete the online enrollment form to join.

Back to top

**What are all the benefits of joining Marriott Rewards?**

By joining Marriott Rewards, you can earn points or frequent flyer miles at over 2,400 participating locations throughout the world, at 9 different Marriott hotel brands. Your points can be redeemed for rewards that include free hotel stays, frequent flyer miles, vacation packages, cruises, and more. To see what rewards are currently available, search More Rewards.

Marriott is proud to offer eFolio, a feature enabling you to receive copies of your hotel bills by email after every stay.

Marriott Rewards members also receive exclusive offers from Marriott, including hotel rate discounts, vacation sweepstakes entries, and other travel deals. To see what offers are currently available, visit the Marriott Rewards Offers section.

Back to top

**What is a Marriott Rewards Elite member, and how can I become one?**

By joining Marriott Rewards and staying a certain number of nights per year at Marriott hotel brands, you can earn "Elite" membership in Marriott Rewards:

- Silver Level: stay 10-49 nights or hold 2-4 events per year at Marriott hotels
- Gold Level: stay 50-74 nights or hold 5-6 events per year at Marriott hotels
- Platinum Level: stay 75+ nights or hold 7+ events per year at Marriott hotels

Back to top

**What are my Elite level (Silver, Gold, Platinum) benefits?**

Elite membership offers you benefits, such as room upgrades, bonus points/miles, special discounts, and more. To see what benefits you are eligible for at each Elite level, click on the link for your level below:
Silver Level Benefits >>
Gold Level Benefits >>
Platinum Level Benefits >>

Back to top

**How do I indicate my earning preference of miles or points for any given stay?**

When enrolling in Marriott Rewards, you are asked to select your earnings preference as either points or miles (choose miles by selecting your preferred airline and providing your frequent flyer program number). When neither selection is specified, your earnings will default to points. You can switch from earning points to miles (and vice versa) at any time by simply updating your "online profile" under My Account or by contacting Guest Services and notifying a representative in advance of your hotel stay.

Back to top

**How do I ensure I get my points or miles for any given stay?**

Be sure to provide your membership number when you make a reservation, and provide your membership card when you check into the hotel.

Back to top

**If I choose to earn points, how many will I earn?**

You will earn 10 points per dollar spent at:

- Marriott Hotels & Resorts
- Renaissance Hotels & Resorts
- Courtyard by Marriott*
- Fairfield Inn by Marriott*
- SpringHill Suites by Marriott*
- Marriott Vacation Club International†
- Marriott Conference Centers†

You will earn 5 points on your room rate at:

- Residence Inn by Marriott*
- TownePlace Suites by Marriott*
- Horizons by Marriott Vacation Club

You will earn 3 points per dollar spent (to a maximum of 50,000 per event) when you hold a qualified meeting or event at:

- Marriott Hotels & Resorts
- Renaissance Hotels and Resorts
- Courtyard by Marriott

- Fairfield Inn by Marriott
- SpringHill Suites by Marriott
- Marriott Vacation Club International

†participating locations only
*room rate only

You will earn 1,000 points per paid night at participating New Otani Hotels in Japan, and a varying amount of points based on dollars spent at participating Marriott Executive Apartments and ExecuStay locations.

You will also earn points by planning an event or meeting at a Marriott hotel, and through various Marriott Rewards partners.

Back to top

**How else can I earn points?**

Marriott Rewards offers two credit cards for residents of the US. The Marriott Rewards Visa Signature Card earns you 3 points/$1 for charges at all participating Marriott Rewards locations and 1 pt/$1 for all other charges. Your first purchase will earn you a 15,000 point bonus. The Marriott Rewards Visa Signature Card has no preset spending limit and the annual fee is waived for your first year.

The Marriott Rewards Visa Business Card is a tremendous earning opportunity for business owners who wish to earn Marriott Rewards points for all their business spend and that of their employees, and enjoy the efficiency of consolidated monthly billing and quarterly report management. Earning and first purchase bonus structure is the same as the Marriott Rewards Visa Signature Card.

You will also earn points by planning an event or meeting at a Marriott hotel, and through various Rewards partners.

Click on Earning Points in the Earn Points or Miles section for more information on all the ways you can earn points in Marriott Rewards.

Back to top

**If I choose to earn miles, how many miles will I earn?**

The number of miles you can earn varies by hotel brand and the participating frequent flyer programs. To view the frequent flyer programs and miles awards that are currently available, visit Earning Miles in the Earn Points or Miles section.

When you hold a qualified meeting or event, you will earn 1 mile per dollar spent to a maximum of 15,000 miles per event.

Back to top

**How will I keep track of the points or miles I've earned?**

You will receive periodic account statements in the mail that summarize your earnings. You can also track all your earnings and other account information online by selecting on My Account.

Back to top

**How do I get credit for a missing stay?**

Send a copy of your hotel folio (bill) and your Marriott Rewards account number to the Guest Services location nearest you. You can print a fax-in form for Missing Stays by signing in to My Account and clicking on the link for Missing Stays.

Back to top

**What types of rewards can I earn with my points?**

Your Marriott Rewards points can be redeemed for rewards that include the following options:

- Free hotel stays
- Frequent flyer miles
- Vacation packages
- Cruises
- Car rentals
- Rail passes
- Sports & Leisure Rewards (golf, ski, spa)
- Theater & Sightseeing Rewards
- Theme park passes
- Merchandise
- Gift certificates

To see what rewards are currently available, search for rewards in the Use Points section.

Back to top

**What are "Stay Anytime" rewards?**

For 50% more Marriott Rewards points, Stay Anytime rewards allow you to override blackout dates and hotel capacity controls to get the last room available for your free stay.

You can combine Stay Anytime rewards with our regular hotel rewards, so you're only using more points on those days that require it. Even if you need Stay Anytime rewards for just two nights in the middle of your week-long vacation, you can order a 5-night hotel reward certificate plus a 2-night Stay Anytime reward certificate, as long as your stay is 7 consecutive nights.

Call Guest Services at 1-800-MARRIOTT to book a Stay Anytime Reward.

Back to top

**Can I redeem my points for Marriott Rewards certificates online?**

Yes. You can redeem your points online for hotel rewards as well as all other rewards except for vacation packages (please call 1-800-MARRIOTT to redeem packages).

For HOTEL REWARDS, follow these steps:

1. To redeem points online for a free stay, simply find the hotel for your visit by searching on Hotel Rewards for your preferred destination.

2. Select the reward you want at your selected hotel, based on the number of nights you want to stay.
3. Click on the link to "Check Availability" at the hotel to see if the reward is available for your travel dates, and make your reservation.
4. After you receive your reservation confirmation number, be sure to order your reward certificate online by completing the Certificate Order Form in the Order Rewards section.

For ALL OTHER REWARDS, follow these steps:

1. Find the reward of your choice by browsing through the Rewards or by searching based on the number of points you have to spend.
2. Be sure to order your reward certificate online by completing the Certificate Order Form in the Order Rewards section.

Back to top

**Technical tips for using this site**

Listed below are some tips that may assist you in troubleshooting when using this site. Or, if you'd prefer, please contact Customer Support.

This site works best for users utilizing Microsoft Internet Explorer or Netscape web browsers versions 4.7 or higher.

**Cookies**
This site makes use of cookies. Please make sure you have **enabled cookies** on your web browser. To enable cookies:

**Internet Explorer 6.0**

1. From the Tools menu, choose Internet Options
2. Click on the Privacy category
3. Use the slider to adjust your cookie settings to "Accept All Cookies"
4. Click on the OK button at the bottom of the Privacy Options window
5. Click on the OK button at the bottom of the Internet Options window

**Internet Explorer 5.0**

1. From the Tools menu, choose Internet Options
2. Click on the Security category
3. Click on the Internet icon, and then click on Custom Level
4. Another window will appear entitled Security Settings
5. Scroll down and locate the subsection entitled Cookies
6. Click on the circle to the left of the word "Enable" under Cookies
7. Click on the OK button at the bottom of the Security Options window
8. Click on the OK button at the bottom of the Internet Options window

**Netscape 7.0**

1. At the top of your browser, in the toolbar click on "Edit"
2. From Edit, click on "Preferences"
3. From Preferences click on "Privacy & Security"

4. If you do not see subcategories in the Privacy & Security box, double click on "Privacy & Security"
5. In the drop down menu from Privacy & Security, click on "Cookies"
6. In the Cookies settings click on circle next to "Enable Cookies Based on Privacy Settings"
7. Then click the "View" button right beside, enable cookies based on Privacy Settings
8. Be sure to have your "Privacy Settings" set at medium.

**Netscape 6.0**

1. From the Edit menu, choose Preferences
2. Click the Privacy & Security category, choose Cookies (If no subcategories are visible, double-click the category to expand the list.)
3. Click on the circle to the left of the words "Accept all cookies"
4. Click the OK button at the bottom of the window

**JavaScript**
Enabling Java Script will further enhance your experience on the site.

**To enable JavaScript**:

**Internet Explorer 6.0**

1. From the Tools menu, choose Internet Options
2. Click on the Security category
3. Locate the Custom area of the Security category
4. Click the Custom Level button
5. Another window will appear, entitled Security Settings
6. Scroll down to the Scripting section of the Settings window
7. Select the Enable radio button under Active Scripting
8. Click on the OK button at the bottom of the Security Options window
9. Click on the OK button at the bottom of the Internet Options window

**Internet Explorer 5.0**

1. From the Tools menu, choose Internet Options
2. Click on the Security category
3. Click on the Internet icon, and then click on Custom Level
4. Another window will appear, entitled Security Settings
5. Scroll down and locate the subsection entitled Scripting
6. Click the circle to the left of the word "Enable"
7. Click the "Yes" button to the question "Are you sure you want to change the security settings for this zone?"
8. Click on the OK button at the bottom of the Security Options window
9. Click on the OK button at the bottom of the Internet Options window

**Netscape 6.0**

1. From the Edit menu, choose Preferences
2. Click the Advanced category
3. Check enable Java and check enable JavaScript

Back to top

Marriott Rewards Terms & Condi

International Sites | Travel Agents | Corporate Information | Careers | Diversity | Help | Contact Us | Site Map | RSS

© 1996 - 2006 Marriott International, Inc. All rights reserved. Marriott proprietary information.

Terms of Use | Internet Privacy State