Marriott®
PROVIDENCE

January 9, 2004

Mr. Seth Daniels
Manager, Training and Development
APC Global Services
40 Catamore Boulevard
East Providence, RI 02914

Dear Seth:

It has been a pleasure meeting with you and Kim Distefano this morning. On behalf of the entire staff of the Marriott Providence, we are excited about the opportunity to host your trainees over the upcoming months. The purpose of this letter is to overview the pricing and services that we will be offering your organization. Please keep in mind that we understand that this is a fluid arrangement, a work in progress (so to speak), that we can adapt as we see the need.

- Term of arrangements: January 1 – March 31, 2004.
- $95.00 discounted guestroom rate.
- Seth Daniels will receive an upgraded room, preferably a X68 series room during his visits (Based upon availability).
- Complimentary high speed Internet access for APC associates in their guestrooms.
- Twenty-five thousand Marriott REWARDS points per week for the planner, for the duration of the training classes at an estimated 350 room nights for the term, the agreed upon volume of guestrooms. A total of 225,000 points for the duration of your training (9 weeks of 25,000 points)
- Your attendees will also have the option of purchasing our **"Wired for Business"** phone plan that includes all Local, Long Distance and 800 number access fees, all for the nominal fee of $9.95.
- Room, Tax and breakfast charges for individuals will be direct billed to APC Global, attention Seth Daniels, unless otherwise directed by Seth or Kim on the rooming list. Seth and Kim are the only persons able to designate direct billing authority.
- Seth will be providing instructions to Tricia Sadlier, (Accounts Receivable), on how he will require billing itemizations for ease of processing by APC.
- APC will receive a 20% discount off of the Buffet Breakfast pricing in the Bluefin Grille. Current price less discount will be $10.40 plus gratuity and tax. We recommend that gratuity is included in the billing to ensure that our servers are tipped. Many times, if the attendee knows that they are not responsible for the breakfast, they assume that the tip is covered when in actuality it is not. Coupons for the number of nights of the attendees' stay will be included in a welcome packet handed out at the front desk upon guest arrival. In addition to the coupons, the attendees will receive; a small chocolate bar treat, area map, events and happenings in the local area for the week, area restaurant guide, Providence Travel Guide, hotel information, welcome letter from APC, and any other helpful information that will make your folks feel like they are home away from home.

We have reworked the Monday morning menu to include low-carb options for your folks with dietary preferences.

***Marriott's Continental Breakfast***

Assorted Juices
Sliced Fresh Fruit
Marriott Fast Fare: Scrambled Eggs, Ham & Cheddar Cheese, Fried Tomatoes
OR
Breakfast Calzone
OR
Scrambled Eggs With Smoked Salmon, Crisp Bacon
Assorted Hot Baked Breakfast Breads
Butter & Preserves
Freshly Brewed Coffee, Decaffeinated Coffee, Assorted International Teas
$13.95 per person
(All prices are subject to 20% service charge, 7% state sales tax and 1% city tax)
($25.00 room set-up charge)

MAR 0003

Angela Antidormi will work with you in advance on your breakfast menu selection for Monday mornings.

Seth, this wonderful hotel has built a tremendous reputation for servicing our guests better than any other in Rhode Island. It has maintained this reputation by continuing our commitment to excellence and by doing business with organizations that hold the same high standards such as American Power Conversion. We are confident that based on the proposed rates and concessions, you will see a tremendous value here at The Marriott Providence and select us as APC's preferred hotel.

**Key Contacts:**

| Name | Title | e-mail address | Phone |
|---|---|---|---|
| Dan Peterson | General Manager | dan@providence.meyerjabara.com | 401-553-0431 |
| Mark Roche | Director of Operations | mroche@providence.meyerjabara.com | 401-553-0428 |
| Scott Barger | Director of Sales | sbarger @providence.meyerjabara.com | 401-553-0410 |
| Angela Antidormi | Catering Manager | aantidormi@providence.meyerjabara.com | 401-553-0407 |
| Jennifer Dahler | Destination Experience Specialist | jdahler@providence.meyerjabara.com | 401-553-0409 |
| Tricia Sadler | Accounts Receivable | tricia@providence.meyerjabara.com | 401-553-0422 |
| Al Rosenthal | Front Office Manager | arosenthal@providence.meyerjabara.com | 401-553-0492 |
| Mary McDermott | Group Coordinator | marymc@providence.meyerjabara.com | 401-553-0438 |
| Bob Braga | Director of Security | bob@providence.meyerjabara.com | 401-553-0472 |
| Bob Jackson | Restaurant Manager | bobj@providence.meyerjabara.com | 401-272-2400 x 7812 |
| Brian Weeks | Housekeeping Manager | brian@providence.meyerjabara.com | 401-272-2400 x 7859 |
| Christine Bothelo | Concierge | Concierge@providence.meyerjabara.com | 401-272-2400 x 7996 |

If there is anything that I can do for you or anyone in your organization, please don't hesitate to ask. I, along with the rest of the staff here at the hotel, are at your service and want you to know how much your business means to us all! I look forward to speaking with you again in the next few days. I hope you enjoy your visit with us and once again Seth, thank you for your continued support and consideration.

Sincerely,

Scott Barger
Director of Sales and Marketing
Marriott Providence