"Scott Barger"
<SBarger@providence
.meyerjabara.com>

03/12/2004 12:06 PM

To: <Christine.Bollman@apcc.com>
cc:
Subject: Re: APC

Hi Christine,

I received your voice mail. You ask and you shall receive...

Q: Where have we sent invoices?
A: Copies were sent to Seth Daniels and Jean (last name not given) in Accounts Payable in East Providence.

Q: How many room nights sent so far?
A: January 116, February 180

Q: How many points given as part of rewarding events?
A: A little over 100,000 points thus far.

Let me know if you have any other questions,

Scott Barger
Director of Sales and Marketing
Marriott Providence
"Your Key to Rhode Island Treasures"
One Orms Street
Providence, RI 02904
www.marriottprovidence.com
(401) 553-0410 Direct
(401) 553-0488 Fax

>>> <Christine.Bollman@apcc.com> 03/12/04 08:06AM >>>

Good morning Scott,

Here is all my contact info, the fax is 401-788-2724.
thanks

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com

TEXT.htm Scott Barger.vcf