PRIVILEGED ]

REDACTED

REDACTED

REDACTED

*Scott Barger <sbarger@providence.meyerjabara.com>* wrote:

> Date: Mon, 28 Mar 2005 13:50:07 -0500
> From: "Scott Barger" <sbarger@providence.meyerjabara.com>
> To: <Sethdan@yahoo.com>
> Subject: Marriott Rewards Points for your Training related rooms last year
>
> Good afternoon Seth,
>
> It was good speaking to you today. Glad to hear that you are back to your first love...sales. You glutton for punishment! hehe
>
> Anyway, I wanted to follow-up with you to let you know that the Rewarding Events points that you received while your attendees with APC were staying at the Marriott were provided to you as part of our "Rewarding Events" program which is distinct and separate from our individual Rewards program for the individual traveler. The fact that you received Marriott Rewarding Events points did not exclude other Marriot Rewards members from receiving points for their stay. The only caveat to that would be! if individual members were not paying for their rooms. I do not recall if there were any individuals with your group that were excluded from getting their points. As I recall your group's room expenses were via Direct Bill/Master Account. Thus, in this case, the individuals would not receive points because the program is based upon 3 points for every dollar that the individual spends.
>
> Clear as mud?
>
> Call me if you have any additional questions, or ifyou would like me to research this further.
>
> Thanks,
>
> Scott Barger
> Director of Sales and Marketing
> Marriott Providence
> "Your Key to Rhode Island Treasures"
> One Orms Street
> Providence, RI 02904
> www.marriottprovidence.com
> (401) 553-0410 Direct
> (401) 553-0488 Fax
>
> Good afternoon Seth,
>
> It was good speaking to you today. Glad to hear that you are back to your first love...sales. You glutton for punishment! hehe
>
> Anyway, I wanted to follow-up with you to let you know that

SD 0126

the Rewarding Events points that you received while your attendees with APC were staying at the Marriott were provided to you as part of our "Rewarding Events" program which is distinct and separate from our individual Rewards program for the individual traveler. The fact that you received Marriott Rewarding Events points did not exclude other Marriot Rewards members from receiving points for their stay. The only caveat to that would be if individual members were not paying for their rooms. I do not recall if there were any individuals with your group that were excluded from getting their points. As I recall your group's room expenses were via Direct Bill/Master Account. Thus, in this case, the individuals would not receive points because the program is based upon 3 points for every dollar that the individual spends.

Clear as mud?

Call me if you have any additional questions, or ifyou would like me to research this further.

Thanks,

Scott Barger
Director of Sales and Marketing
Marriott Providence

"Your Key to Rhode Island Treasures"
One Orms Street
Providence, RI
02904

href="http://www.marriottprovidence.com">www.marriottprovidence.com
(401)
553-0410 Direct
(401) 553-0488 Fax

BEGIN:VCARD
VERSION:2.1
X-GWTYPE:USER
FN:Scott Barger
ORG:;Providence
EMAIL;WORK;PREF;NGW:SBarger@providence.meyerjabara.com
N:Barger;Scott
X-GWUSERID:SBarger
END:VCARD

BEGIN:VCARD
VERSION:2.1
X-GWTYPE:USER
FN:Scott Barger
ORG:;Providence
EMAIL;WORK;PREF;NGW:SBarger@providence.meyerjabara.com
N:Barger;Scott
X-GWUSERID:SBarger
END:VCARD