IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**AFFIDAVIT OF CHRISTINE BOLLMAN**

I, Christine Bollman, hereby depose and state as follows:

1. I currently am employed by American Power Conversion Corporation ("APC" or the "Company"). I have been employed by APC since 1995. My current position is Corporate Travel Manager. I have held this position since approximately 1996. I make this Affidavit in support of APC's Motion For Summary Judgment.

2. I make the statements contained in this Affidavit based on my personal knowledge and am competent to testify as to all facts stated herein. I make this Affidavit in support of APC's Motion For Summary Judgment.

3. In my position as Corporate Travel Manager, I am responsible for, among other duties, negotiating preferred rates with hotels in Rhode Island and elsewhere. I generally re-negotiate these rates on a yearly basis. My ability to negotiate successfully depends in part on my ability to state that APC will book a certain number of rooms at a specific hotel. Generally speaking, the more rooms that APC will commit to booking, the better the rate.

4. Each year, I create and maintain a list of those hotels with which APC has negotiated a preferred rate.

5. In 2003 and 2004, I negotiated preferred rates for APC with the Johnson and Wales Hotel. The Johnson and Wales Hotel is located close to APC's facility in East Providence. APC has done a significant amount of business with the Johnson and Wales Hotel over the years.

6. A true and accurate copy of the rate agreement I negotiated with the Johnson and Wales Hotel for 2003 is attached as Exhibit A hereto.

7. A true and accurate copy of the rate agreement I negotiated with the Johnson and Wales Hotel for 2004 is attached as Exhibit B hereto.

8. On February 6, 2004, I sent an email to Seth Daniels, the plaintiff in this case, asking him whether he was using a Marriott hotel in Providence, Rhode Island. I attached a copy of APC's list of preferred hotels for 2004 to my email to Mr. Daniels. On February 9, 2004, Mr. Daniels replied to me, stating that "we are not doing training at the Marriott." A true and accurate copy of this email exchange is attached as Exhibit C hereto.

9. On March 11, 2004, I received an email from an APC employee named Brandon Olmstead informing me that he was dissatisfied with his stay at the Marriott hotel on Orms Street in Providence (the "Providence Marriott"). I forwarded Mr. Olsmtead's email, along with my own comments, to Mr. Daniels, Kim Distefano, and Stephen Garbe via email on March 11, 2004. I did not receive a response from Mr. Daniels. A true and accurate copy of Mr. Olmstead's email, and the email I sent to Mr. Daniels, Ms. Distefano, and Mr. Garbe, is attached as Exhibit D hereto.

10. On March 12, 2004, I received an email from Scott Barger, Director of Sales and Marketing for the Providence Marriott. A true and accurate copy of such email is attached as Exhibit E hereto.

11. On March 12, 2004, I sent an email to Brian Gough regarding Mr. Daniels' use of the Providence Marriott. A true and accurate copy of such email is attached as Exhibit F hereto.

12. It is my understanding, based on the information I received from Mr. Barger, that Mr. Daniels booked approximately 296 rooms at the Providence Marriott in January and February 2004 at a rate of $95 per room per night. In contrast, APC's rate for a standard deluxe room at the Johnson and Wales Hotel during that time was $68 per room per night. Therefore, had Daniels booked these 296 rooms at the Johnson and Wales Hotel, instead of at the Providence Marriott, APC would have saved approximately seven thousand nine hundred and ninety-two dollars ($7992.00).

SIGNED UNDER THE PENALTIES OF PERJURY THIS 14th DAY OF DECEMBER, 2006.

Christine Bollman

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 15th day of December 2006 the foregoing Affidavit of Christine Bollman was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos