JOHNSON & WALES INN

# Rate Agreement

January 16, 2004

Christine Bollman
APC
132 Fairgrounds Road
West Kingston, RI 02892

Dear Christine,

Thank you for choosing the Johnson & Wales Inn for your overnight guest rooms. The Johnson & Wales Inn agrees to provide the following negotiated rates to APC based on using a minimum of 350 rooms in 2004.

***Elite Tier***

| | |
|---|---|
| Deluxe Room | $68.00 |
| Country Inn Room | $78.00 |
| Executive Suite | $88.00 |

Refrigerators are available at $5.00 per day.

***Deluxe Room***
Traditional standard sleeping room

***Country Inn Room***
Cozy colonial room with whirlpool bath and wetbar

***Executive Suite***
Two-room suite with separate living room, whirlpool bath and wetbar
Refrigerators are available at a special Inn-Centive Member rate of $5.00 per day.

In 2003 our goal was to create a new décor in Audrey's Restaurant, which was completed in June. The new colors are honey spice and pumpkin accented by the original mahogany and brass. The University's Culinary Archives & Museum supplied the new artwork. A comfortable, sophisticated lounge was designed into the original floor plan using rich leather furniture.

Our plan for 2004 is to refinish the furniture on the first three floors and begin to remodel the rooms on the fourth floor. A high-speed internet kiosk will be set up in the lobby across from the front desk for the convenience of all of our guests

The Johnson & Wales Inn is pleased to continue to provide your guests with the following benefits:

- Reduced rates
- Preferred reservation status and last room availability
- Complimentary round trip shuttle to T.F. Green Airport in Providence and Amtrak Train Station in Providence with advance notice.
- Complimentary cookies, hot cider or lemonade in our lobby each evening
- Complimentary enhanced continental breakfast in our restaurant Monday through Friday 6:30am-9:00am.
- Free local phone calls and free 1-800 access
- Complimentary use of the Care New England Fitness Center
- Complimentary USA Today Newspaper, Monday through Friday
- 10% discount at dinner at Audrey's Restaurant each night of your stay
- Free parking
- Spouse stays free
- Express check out
- Free internet access when using the local 401 exchange

***Tax Information***
Sleeping room rates are quoted per room, per night, European Plan, net non-commissionable, (unless otherwise noted), and are subject to the Massachusetts Occupancy Tax of 5.7% and the Seekonk Excise Tax of 4% or the applicable taxes at the time of consumption.

***Room Night Usage***
Our Corporate Sales Manager will evaluate your actual room night consumption on a quarterly basis to ensure that you are in the appropriate Tier and rate structure.

***Reservation Procedure***
Telephone
800-232-1772 (out of state) 508-336-8700 (local)

Please mention your company name and the Johnson & Wales Inn-Centive member name in order to receive points. A statement listing the number of accrued points will be mailed out quarterly. All prizes for 2004 room nights must be redeemed by January 31, 2005.

***Individual Sleeping Room Cancellation Policy***
All rooms need to be guaranteed with a major credit card or a company guarantee.

If a reservation needs to be cancelled, it must be done 1 day prior to arrival to avoid a cancellation fee of one nights room and tax. No shows will be charged.

***Check In/ Check Out***
Check in time is after 3:00PM. Check out time is at 11:00AM.

Guests who vacate their room after 11:00AM and prior to 3:00PM will be charged a half-day rate equal to half the room rate they are paying. Guests checking out after 3:00PM will be charged a full room rate.

***Credit Information***
Credit agreements are pre-determined by each company. Direct billing may be established by submitting a credit application to our accounting office.

***Liquor Clause***
The Johnson & Wales Inn is the only licensed authority to sell and serve liquor on the property. Liquor is not permitted to be brought into the facility.

We are grateful for your membership in our Corporate Inn-Centive Program. We feel our negotiated rate program provides many benefits for your guests and our point system is an added value for your company!

Please indicate your acceptance by signing the enclosed copy of this agreement and return it in the enclosed self-addressed stamped envelope within three weeks of receipt. If you prefer to fax this contract back to us, please use our 508-336-8330 fax number.

We look forward to working with you and welcoming your guests.

Sincerely,

Toni Andrews
Corporate Sales Manager

I have read and agree to all of the terms and conditions listed in this contract.

Accepted by:________________________________________ Date:_______________

Company:___________________________________________