**Seth D Daniels**
02/09/2004 12:28 AM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc: Kim Distefano/SDD/NAM/APCC@APCC
Subject: Re: Marriott PVD training

Chris,

Thanks for the list. Your correct I did not get the it.

Also, we are not doing training at the Marriott. I will take a look the Fairfield and see what they have to offer.

Seth

Christine Bollman

**Christine Bollman**
02/06/2004 10:28 AM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc:
Subject: Re: Marriott PVD training

Seth - I don't think this went to you. I am trying to understand in what capacity you guys are using the Marriott in PVD and which one. In addition, I though I would forward the APC preferred list of hotels to you. The Fairfield in Warwick just lowered their rate to $59.00 including continental breakfast through April.

APC Preferred Hotels 2004.d

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
----- Forwarded by Christine Bollman/CORP/NAM/APCC on 02/06/2004 10:24 AM -----

**Kim Distefano**
02/05/2004 12:23 PM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc:
Subject: Re: Marriott PVD training

Seth:

FYI: Please advise.
Thanks
Kim
Christine Bollman

**Christine Bollman**
02/05/2004 11:30 AM

To: Kim Distefano/SDD/NAM/APCC@APCC
cc:
Subject: Marriott PVD training

Kim - I was never able to get any details on this are you guys still doing a training at the Marriott, if so at which one ? I did check in the contracts database and was not able to find anything.
thanks

cb

Christine Bollman
12/31/2003 10:47 AM

To: Tom Siedlecki/CORP/NAM/APCC@APCC, Julie Cipolla/CORP/NAM/APCC@APCC
cc:
Subject: training in February ??

Are you guys having some large scale training/meeting coming up ? If so, can you please give us some details, dates, how many are expected to make flight reservations, are we booking rooms or do you have a block, if so at what hotel etc. Any info would really help us out.
thanks !

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com

# APC Preferred Hotels 2004

## US Hotels

### Warwick, RI

**Radisson Airport Hotel**, 2081 Post Rd., Warwick RI 02886, Ph# 401-739-3000, APC room rate $89.00/$118.00

**Sheraton Providence Airport Hotel.** 1850 Post Rd., Warwick RI 02886, Ph# 401-738-4000, APC room rate: $89.00

**Fairfield Inn,** 36 Jefferson Blvd., Warwick RI 02888, Ph# 401-941-6600, APC room rate: $69.00

### West Warwick, RI

**Comfort Suites,** 10 Keyes Way, West Warwick RI 02893, Ph# 401-826-1800, APC room rate $69.00, high speed internet access. Discount rate $59.00 through April

### Extended Stay

**Homestead Studio Suites Hotels,** 268 Metro Center Blvd., Warwick RI 02886, Ph# 401-732-6667, kitchen facilities, APC room rate: 1-6 days $79.00, 7-14 days $75.00, 14 days plus $65.00.

### Newport, RI (Winter months only)

**The Hotel Viking,** One Bellevue Ave., Newport RI 02840, Ph# 401-847-3300, APC room rates: January 1/04 - June 30/04, $89.00 Sun - Thurs.; July, August and September 1-15 prevailing rates; Sept. 16/04 - Dec. 31/04 $89.00 Sun - Thurs.; Contact: Christy Green 401-848-4802.

**Newport Harbor Hotel & Marina,** 49 America's Cup Ave., Newport, RI 02840, Ph# 401-847-9000, APC room rate: Jan. 1- April 30/2004 $65.00 any day, May 1-Oct 31 $118.00 Sun - Thurs., Fri & Sat. prevailing rate, Nov. 1-Dec. 31/2004 $65.00 any day.

## East Providence, RI

**Johnson & Wales Inn**, 213 Taunton Ave, Rts 114A & 44, Seekonk MA 02771, Ph# 401-508-336-8700, APC room rate: APC room rate 2003: **deluxe $68.00, Country Inn Room $78.00, Executive $88.00**

**Extended StayAmerica**, 1000 Warren Ave, East Providence RI 02914, Ph# 401-272-1661, APC room rate: **No special rate**

## Billerica, MA

**Best Western Chelmsford Inn**, 187 Chelmsford Street, Chelmsford, MA 01824, Ph# 978-256-7511, APC room rate 2003: **standard $89.00, deluxe $99.00**

**Hawthorn Suites**, 25 Research Place, N. Chelmsford, MA 01863, Ph# 978-256-5151, APC room rate: **1-4 nights: $79/$84; 5-29 nights: $74/79; 30+ nights: $64/$69**

## Miami, FL

**Crowne Plaza Miami International Airport**, 950 NW Lejeune Road, Miami, FL 33126, Ph# 305-446-9000, APC room rate: **standard $89.00, Club Level $109.00**

**Hampton Inn & Suites**, 777 N.W. 57th Ave, Miami FL 33126, Ph#305-262-5400. APC room rate: January ¼ - March 31/04 **standard $99, one Bedroom suite $129.00**; April ¼ - Dec. 31/04 **standard $75.00, one bedroom suite $99.00**

## St. Louis, MO

**DoubleTree**, 16625 Swingley Ridge, Road, Chesterfield, MO 63017, Ph# 636-532-9984, APC room rate: **$99.00**

**Switzerland**

**Hotel - Restaurant Linde Baden,** Mellingerstrasse 22, CH-5400 Badesn, APC room rate: **SFR 150.00**, Contact: Fritz Wanner. Or contact Imma.Albanesi@apcc.com or Jolanda.Kost@apcc.com.

**Billund, Denmark**

To make Hotel reservations for your trip to Silcon Denmark e-mail your request to Koldingreception@apcc.com

**Galway, Ireland**

To make Hotel reservations for your trip to APC Galway, Ireland e-mail your request to Maureen.Farragher@apcc.com