

Christine Bollman
03/11/2004 12:34 PM

To: Seth D Daniels/CORP/NAM/APCC@APCC, Kim Distefano/TMP/NAM/APCC@APCC, Stephen Garbe/CORP/NAM/APCC@APCC
cc: Brian Kelly/CORP/NAM/APCC@APCC
Subject: Fw: Problem with stay at Marriott in Providence

I could not agree more with Brandon. From past e-mails you know that I have been trying to find out what kind of events are taking place at the Marriott, unfortunately my e-mails were ignored. There are other ways to find out. The reason for my inquiry was questioning from travelers and a concern that large amounts of room nights would be lost to a hotel that APC does not consider a preferred property. Short term consequences are that we probably spend more than we should on hotel stays. Long term consequences are that we will spend a lot more and stand to ruin long term relationships with other properties that benefit APC in value and service.
As we discussed, the J&W, which is our preferred property for the EP area will be installing high speed internet access in 5 guest rooms for APC to use. In addition, I would like to learn more on how the Johnson& Wales could accommodate your training needs.
Seth, it seems the high speed internet access is not as big a deal as I was lead to believe, although I am sure it is a nice feature.
How is payment for the rooms at the Marriott handled ?
As I mentioned, I am available to meet with you anytime in EP and again it might be a good idea if we take one of the laptops over to the J&W.

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
----- Forwarded by Christine Bollman/CORP/NAM/APCC on 03/11/2004 10:46 AM -----



Brandon Onstead
03/11/2004 10:37 AM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc: Seth D Daniels/CORP/NAM/APCC@APCC, Stephen Garbe/CORP/NAM/APCC@APCC, Kim Distefano/TMP/NAM/APCC@APCC
Subject: Problem with stay at Marriott in Providence

Hi Christine,

I'm in Jim Biller's ISX Refresher class this week and staying at the Marriott off of Orm's street in Providence. Approximately 9:00PM last night after returning from dinner, I was in my room when the hotel security guard knocked on my door. He informed me that my room was being locked up and I had to be escorted down to the front desk due to a lack of payment issue. When I checked in on the 7th, I gave the hotel my credit card for the room so there shouldn't of been any problems with payment. Once I was at the desk, I informed the front desk clerks who I was and what I was there for. They said they were having a problem running my credit card so they asked for it again. They also asked me if I had checked my messages in my room. I had not checked them on Wednesday since I just returned to the room, but I did check them on Monday and Tuesday. My message light was blinking on the phone, but when I would check it, it would tell me that I had no voice mail messages and 503,553 text messages, and to contact the hotel operator to receive my text messages. It kept telling me this over and over, and since it said I had that many text messages I assumed the message service was not working correctly since I had only been there 1 or 2 nights. Well, once I informed the clerks of my room message problems, one of them started to lecture me on contacting the front desk to receive the messages. I once again stated to the clerk that I had no voice mails and it didn't make any sense to have that many text messages, and if I did have that many text messages, that I wouldn't want to hear them anyway. They also said they had been trying to contact me sense the 6th about this problem, which makes no sense since I didn't even check in until the 7th. About this time the night manager came up to the desk to find out what was going on. She recognized me from APC and asked if the room was being direct billed. I told her that I was not for sure on that, and I had given them my credit card when I checked in on Sunday night. She did a few things on their computer and came up with a total of $26 that they were trying to charge me. She said that this wouldn't be a problem and apologized for the inconvenience. Later on while back in my room, I noticed a detailed billing option on the TV menu. I went in and looked at it to see what the $26 was for. $22 was for room service the night I checked into the hotel and $4 was for the hotel's in room bottle of water, which I had not even used at all. I haven't had a chance to inform the hotel as of yet about the extra charge, but I plan on taking care of it today once I return to the hotel.

To say the least, I'm very dissatisfied with my stay at the Marriott. If I had a rental car while here this week, I would of checked out last night and stayed anywhere else. I don't have one however due to the fact we have one rental van for the entire class to use. I usually stay at the Extended Stay right down the street from the East Providence facility, which is much cheaper per night and in my opinion a better overall stay for the week due to location and the fact it has a full kitchen which saves myself and APC in the long run money for food expenses while I'm here for the week. The only good thing from the Marriott is the broadband internet, which I really do not need while here due to having a broadband connection at the East Providence facility. And I've actually heard problems from other class members on it not working correctly or them not being able to synchronize with Siebel due to errors. I have not tried this since I take care of my synchronization from East Providence.

Very Respectfully,
Brandon Onstead
Field Service Engineer (Midwest Region)
APC Global Services
Brandon.Onstead@apcc.com
817-845-0301 cell

http://www.apc.com