Christine Bollman
03/12/2004 02:18 PM

To: Brian Gough/MAG/NAM/APCC@APCC
cc: Brian Kelly/CORP/NAM/APCC@APCC
Subject: issue .....

Brian - Brian Kelly suggested for me to e-mail you the following situation I have come across. Through various avenues I recently became aware that a considerable amount of hotel room nights are going the Providence Marriott, a hotel that is not on our preferred list for 2004. When I see trends like this I am concerned . Short term consequences are that we probably spend more than we should on hotel stays. Long term consequences are that we will spend a lot more and stand to ruin long term relationships with other properties that benefit APC in value and service. I have asked Seth Daniels if he was using the Marriott for training and he has said no. 116 room nights in January and 180 in February indicate to me otherwise. To date Seth has earned a little over 100,000 Marriott rewards points from bringing his groups to the Marriott. This business in the past has gone to the Johnson&Wales Inn which is awarding APC points that we then use for the Xmas party to benefit all employees. At the recent Sales meeting in Newport APC earned points that we can use for future meetings at a Hyatt, again points that benefit all APC employees or at least a larger group. One could argue if Seth behavior is unethical at the least it is not in the best interest of APC.

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com