IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**AFFIDAVIT OF BRIAN E. GOUGH**

I, Brian E. Gough, hereby depose and state as follows:

1. I currently am employed by American Power Conversion Corporation ("APC" or the "Company"). I have been employed by APC since 1993. My current position is Director of Human Resources for Global Human Resources Processes. I have held this position since approximately August 1, 2004.

2. I make the statements contained in this Affidavit based on my personal knowledge and am competent to testify as to all facts stated herein. I make this Affidavit in support of APC's Motion For Summary Judgment.

3. APC manufactures and provides back-up power products and services, including surge suppressors, uninterruptible power supplies, power conditioning equipment, power management software, precision cooling equipment, and related consulting services.

4. APC maintains facilities throughout the world. The Company's headquarters are in West Kingston, Rhode Island.

5. In my position as Director of Human Resources for Global Human Resources Processes, I am responsible for the administration of various human resources and employee-relations functions. As part of my job duties, I have access to the personnel files maintained by APC, as well as various other corporate records.

6. A true and accurate copy of a resume submitted by Seth Daniels to APC, which was maintained by APC in good faith and in the regular course of business as part of his personnel file, is attached as Exhibit A hereto. It is the regular practice of APC to maintain such documents in its personnel files in the ordinary course of business.

7. APC maintains a payroll file for active employees. Payroll files contain various tax and payroll-related documents, including Forms W-4 submitted by employees. Upon an employee's termination from employment with APC, the contents of his or her payroll file are combined with the contents of his or her personnel file.

8. A true and accurate copy of a Form W-4 submitted by Mr. Daniels to APC, and a handwritten note attached to the front of such form, which currently is maintained by APC in good faith and in the regular course of business as part of his personnel file (and which previously had been part of Mr. Daniels' payroll file), is attached as Exhibit B hereto. It is the regular practice of APC to maintain such documents in the personnel files of former employees in the ordinary course of business.

9. In the regular course of my job duties, I have access to and am familiar with the various personnel and human resources policies of APC. On or about November 12, 2003, APC adopted a Code of Ethics and Business Conduct (the "Code of Ethics"). A true and accurate copy of the Code of Ethics, which was maintained by APC in good faith and in the regular course of business on its corporate intranet, is attached as Exhibit C hereto. It is the regular

practice of APC to maintain such policies on its corporate intranet in the ordinary course of business

10. Shortly after APC adopted the Code of Ethics, the Company made it available to all employees on the Company's intranet.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 14th DAY OF DECEMBER, 2006.

Brian E. Gough

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 15th day of December 2006 the foregoing Affidavit of Brian E. Gough was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos