# Seth Daniels

2227 US Highway 1, Unit 296 • North Brunswick, NJ 08902
(H) 609-386-6227 • (C) 609-206-1100 • sethdan@yahoo.com

## OBJECTIVE

**A fast paced, challenging position,** where 10 plus years of sales, channel and VAR development, marketing and management experience will result in - increased sales, profitability and value to operations.

## PROFILE

- Experience **developing clients** and managing business relationships for small, medium, and large-sized organizations. Closed more than $150,000 in first 90 days for current company (2003).
- Strong background in **consultative sales** and **new business development**, including identifying opportunities, target markets, and industry and channel partners, with successful experience presenting technology services and products to CEO's, COO's, and CIO's and other key decision-makers.
- Superior **communication** and **leadership skills.** Noted for ability to influence all levels of diverse groups, including executives, clients, employees, partners, vendors, manufacturers and distributors.
- Known for **technical expertise** and ability to align technology with business goals. Quoted in *Forbes* magazine for wireless industry insights (2002), chosen speaker at regional technology forums (2000-2001), and cited by senior manager for "rare skill set, which is a combination of customer-facing personality and an engineer's technical knowledge." (2003)
- **Capitalize on new sales and marketing opportunities** by focusing creatively on innovation, with specialty in wireless technologies – recruited throughout career; built and positioned technology firm for sale (1996).

## EXPERIENCE

75]- 15%

**Sales Director**: BBH Solutions (Unplugin), New York, NY (2002-present).
Chosen to direct business development, sales and marketing for corporate VAR (valued added reseller) and its subsidiary, Unplugin, a wireless software developer for Rim wireless BlackBerry devices.

- Build sales of both divisions using superior business planning and problem solving skills. Focus on strategic vertical markets, such as legal, financial, government, pharmaceutical and wireless carriers.
- **Achieved sales of more than $150,000 in first 90 days** using outstanding relationship-building skills, including creating or repositioning strategic alliances and partnerships.
- Launched, for both divisions, successful, bundled value-added services and technology products in highly competitive economic climate, including implementation and training of company-wide CRM program, resulting in more accessible sales and customer information, shorter sales cycles, and greater profits.
- Recruited to expand role from managing sales of Unplugin (subsidiary) Rim BlackBerry wireless product to managing sales of multiple products and services for corporate headquarter-level BBH Solutions.
- **Closed nearly $125,000 of initial business** for Unplugin with FedEx client by leveraging indirect sales channel.

**Sales Director/General Manager**: Wireless Evangelists, North Brunswick, NJ (2001-2002).
Planned and directed all sales, marketing and account management efforts for this successful start-up company.

- Conceived idea of providing outsourced sales, business development, marketing, channel and VAR (value added reseller) services to Fortune 100 clients expanding into wireless data market.
- Identified and captured revenue from clients, including Ricoh, Pronto Networks, NavTrak and Aerie Networks; current operator of the Ricochet Network.
- Developed strategic sales and business development partnerships with Boingo, Intel, ReefEdge, and Citrix.
- Managed and developed 15 sales and engineering staff, including hiring, firing and performance reviews.
- Analyzed technology, trends and target markets, leading to successful development and execution of business plan.

## EXPERIENCE — CONTINUED

**Regional Sales Manager**: Metricom/Ricochet, San Jose, CA (2001-2001).
Developed and led Eastern regional sales efforts of high-speed wireless internet-access product and service company.

- **Booked more than $8 million in recurring client sales and more than $2 million in hardware sales**, while expanding service to more than 9,000 new subscribers within one year.
- Exceeded sales goals with top Fortune 500 and government agency clients, including Merrill Lynch, JP Morgan, Credit Suisse First Boston, Blue Cross Blue Shield, The New York Times, Merck and the US Navy.
- Built and motivated direct/indirect staff of 10 sales executives and sales engineers in 13 states, resulting in increased productivity, brand and product awareness, and improved revenues, using leadership skills.
- **Increased indirect sales 40% and channel partner sales 20% in 90 days** by creating and rolling-out high-visibility product road shows. Generated additional revenue partnering with indirect sales channels (2001).
- Formed mutually beneficial partnerships with alliances, such as Citrix, WorldCom, Intel, UUNET, and Compaq.

**Director of Wireless Sales and Business Development**: Brisbane Management, New Brunswick, NJ (1998-2001).
Hand-picked to create and lead mobile and wireless solution practice for regional IT service provider.

- **Produced more than $11 million in first-year sales**, after selection to lead strategic analysis, development and sales of direct sales force and indirect channels, and staff management of new mobile service product (2000).
- **Brought in more than $3 million in new client revenue in first nine months**, from FBI, Estee Lauder, MSNBC, Weyerhauser and RCA, using exceptional relationship building and salesmanship (2000).
- **Grew sales 30% in six months** by leveraging Earth Day Event in New York City, using technical and marketing skills to direct the successful deployment of wireless LAN that supported more than 100 public computers.
- Promoted from Project Manager to Sales Director based on outstanding technical and multitasking ability.
- **Saved $75,000 for client, Johnson and Johnson,** after rolling out Outlook and Exchange to 5,000 desktops and 500 laptops on time, using superior planning and problem-solving skills as Project Manager.

**Technology Consultant**: DFG Consulting, Alternative Resources, Newark and Princeton, NJ (1996-1998)
Selected for highly complex, demanding assignments based on reputation, service and technical abilities.

- Played key project management and technical role on high-profile brands and technology, such as IBM, Merrill Lynch, Bell Atlantic (Nynex), EDS, State of New Jersey and Vanstar.

**IT Director/Founder**: Logical Solutions, Newark, NJ (1992-1996).
Built and led all aspects of technology company. Produced $3 million+ in revenue over four years.

- Capitalized on new custom alert systems in the wireless industry. Saw new opportunity to sell product and training services to corporations and government organizations. Managed and developed 15 employees.
- Maintained loyal customer base over four-year period, resulting in $25,000 monthly wireless service profit.
- Secured contracts for training programs with Port Authority Police Department of New York and New Jersey and municipal government agencies.

## EDUCATION

**Major**: Economics and Finance; **Minor**: Accounting, Information Systems; Pace University, New York, NY (1992).

## ADDITIONAL INFORMATION

- **Member:** Silicon Alley Entrepreneur's Association, New York, NY (2001-present).
- **Speaker:** GetContactx, *Mobility and Wireless Solutions for the Mobile Professional*, Newark, NJ (2001).
- **Participant:** Federal Trade Commission Wireless Web Workshop, Washington, D.C. (2001.
- **Speaker:** Technology Manager's Forum Conference, *Wireless Solutions for Enterprises*, New York, NY (2000).
- **Awarded:** State of New Jersey's *Certificate for Entrepreneurial Expertise,* Newark, NJ (1992).

A comprehensive listing of **computer skills**, covering wireless, hardware and software expertise, is available.