IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

Civil Action No: 05-00459-ML-LDA

**AFFIDAVIT OF GEORGE P. KOSTAKOS**

I, George P. Kostakos, hereby depose and state as follows:

1. I am over the age of twenty-one (21) and give this affidavit of my own free will. I make the statements contained in this Affidavit based on my personal knowledge and am competent to testify as to all facts stated herein.

2. I am an attorney at the law firm of Littler Mendelson, P.C., 10 Weybosset Street, Suite 404, Providence, Rhode Island 02903. I represent American Power Conversion Corporation ("APC") in this litigation. I make this Affidavit in support of APC's Motion For Summary Judgment.

3. On September 14, 2006 and November 10, 2006, I took the deposition of plaintiff Seth Daniels. Attached hereto as Exhibit A is a true and accurate copy of a portion of the transcript of Mr. Daniels' deposition.

4. On November 9, 2006, I defended the deposition of Brian E. Gough. Attached hereto as Exhibit B is a true and accurate copy of a portion of the transcript of Mr. Gough's deposition.

5. On October 12, 2006, I defended the deposition of Christine Bollman. Attached hereto as Exhibit C is a true and accurate copy of a portion of the transcript of Ms. Bollman's deposition.

6. On October 18, 2006, I defended the deposition of Christine B. Hendrix. Attached hereto as Exhibit D is a true and accurate copy of a portion of the transcript of Ms. Hendrix's deposition.

7. On October 5, 2006, I attended the deposition of John J. Bonzani. Attached hereto as Exhibit E is a true and accurate copy of a portion of the transcript of Mr. Bonzani's deposition.

8. On October 19, 2006, I attended the deposition of Brian J. Kelly. Attached hereto as Exhibit F is a true and accurate copy of a portion of the transcript of Mr. Kelly's deposition.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15th DAY OF DECEMBER, 2006.

George P. Kostakos

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 15th day of December 2006 the foregoing Affidavit of George P. Kostakos was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos