IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS, | |
| Plaintiff, | |
| vs. | Civil Action No. 05-00459-ML-LOA |
| AMERICAN POWER CONVERSION CORPORATION, | |
| Defendant. | |

COPY

Deposition of CHRISTINE B. HENDRIX, taken pursuant to Fedeeral Rules of Civil Procedure, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, before Sarah J. Miner, L.S.R., a Notary Public in and for the State of Connecticut, on October 18, 2006, at 9:00 a.m.

A. Not off the top of my head, no.
Q. What complaints do you recall being made about Mr. Daniels?
A. A number, several.
Q. How many?
A. I am not sure. Let me enumerate them, and that will tell us the number, I guess. Julie Sapola, who was one of his direct reports complained about him. She felt that he was rude, difficult to work with, didn't listen.
That complaints from her. I received a number of complaints from the IT department, around, again, his rudeness, just pushing too hard to get things done, sort of running over people, what I would term running over people in order to get his goal met.
Brian Kelly talked to me on numerous occasions about Seth, maybe more. That is what I can think of.
Q. Who in the IT department do you recall complaining about Seth Daniels?
A. I remember specifically Danielle Vincent.
Q. Daniel?
A. Danielle.
Q. What did she say?

A. She was the telephone coordinator. And her specific words, and this was consistent with what I generally would hear about Seth, which was, excuse me: But who the hell is this guy? She was offended by his tone, and sort of relentless with her.

Q. Did she tell you specifically what he said to her that offended her?

A. Not specifically. She spoke about him in regards to Blackberrys, phones, she handled both requests. She called off the cuff, vented, he had just spoken to her, and she felt that he was rude, and had pushed her beyond what was appropriate. So that was that.

Also Michelle Vollaro, who was the supervisor of the help desk at the time. I am not sure what she is doing now, called me because Seth had called into help desk.

Q. Can we hold off on this. I want to finish one Danielle Vincent.

When she called you to vent.

A. Yes.

Q. How long did that conversation last?

A. I don't remember specifically. I spoke with Danielle quite frequently, so I don't remember

specifically.

Q. Why did you speak with her on a frequent basis?

A. For a number of reasons. The way her phone system was set up, there was a closet in the facility, and that needed to be accessed. And the access was through this door that I had access to. She had to make sure there was access. She would talk about this access for this closet that her telephone wiring was in. She would call me about that.

Q. I don't understand what she was talking about to you about.

A. She was the telephone person, the office manager that I spoke about that was let go, he would have handled telephone access to this, there was a closet on our facility property that had the wiring for all of the phones for the building. Danielle was in charge of that. But she having sat at the West Kingston facility. So there would be times she would send up a third party check like Spring or somebody, and they needed access to that closet, and I would be able to get them access to that. I had universal access to the building. It was around occasions like that. That happened

quite frequently any time anyone moved or any time any phone came up I probably spoke to her several times a week or E mailed.

Q. Do you recall when she called to vent about her phone call with Seth Daniels?

A. I don't recall specifically.

Q. Was it toward the end of your employment there, mid, beginning?

A. I don't recall.

Q. Had other than the fact that her one statement said who the who the hell was this guy what else did she say in that conversation?

A. She called to complain that he had ordered, again, I don't remember what it was, it would have been something in the phone genre, cell phones or Blackberrys or something, and he was rude to her. And she felt that was not appropriate, and not generally how things were handled.

Q. Did she describe why, in what way she felt he was rude?

A. I don't recall. I just remember her saying he was being pushy.

Q. Being pushy. Did she use the word rude or pushy?

A. She used both words.

Q. She felt that his pushiness was rude?
A. Yes.
Q. That is a yes?
A. Yes.
Q. When he called to order whatever he ordered had she originally said, no, he couldn't have it?
A. I don't know.
Q. Did you inquire as to what the facts were as to what she was telling you?
A. I didn't inquire -- I inquired around the conversation, I didn't inquire around what the mechanics of the order were, I don't know what the mechanics were.
Q. When you say you inquired about the conversation, what did you inquire about?
A. What happened is what I said to you.
Q. What did he say?
A. I don't remember specifically, I am sorry.
Q. Do you remember any facts at all to support her statement that she felt he was pushy or rude?
A. No.
Q. After she talked to you and made that complaint, what if anything did you do?
A. I talked to her about strategies for dealing with different types of personalities, and

different people. And I don't recall what else I did after that.

Q. What kind of strategies did you talk to her about?

A. I just talked to her about being patient and flexible. I recall that, because she sort of laughed.

Q. Did you have an understanding as to why she was laughing at your advice how to deal with various types of people?

A. She said this is beyond that. That is not going to work with this guy. That is what she said.

Q. Did you ask her why not?

A. Frankly, I didn't.

Q. Why didn't you ask her?

A. Because at that point I had seen numerous occasions where Seth had been difficult with other people, and I understood him to be a difficult person by the time she and I had that conversation.

Q. What else if anything did you do after she called you to vent about Mr. Daniels?

A. I don't recall anything additional that I did.

Q. Did you ever speak with Mr. Daniels

at that point?

A. I spoke with Seth on several occasions. I don't recall if it was specifically related to that incident, but I did speak with him on several occasions.

Q. Do you recall speaking to anybody, and we will get to your conversation with Seth in a moment, do you recall speaking with anybody else after Daniel Vincent called you to vent about your conversation with Mr. Daniels?

A. It is Danielle.

Q. Danielle?

A. It is a woman. No, I don't recall speaking with anyone specifically.

Q. Do you recall whether you spoke with Mr. Brian Gough at that point?

A. I don't recall specifically.

Q. So did Danielle Vincent ever call you to complain about any other individuals?

A. Not that I specifically recall.

Q. Who else in the ID department, if anyone, contacted you about Mr. Daniels?

A. Michelle Hilaro, H-I-L-A-R-O.

Q. What race was Danielle Vincent?

A. Danielle is white.

Q. What about Michelle Hilaro what race is she?

A. Polynesian. I don't know what that is.

Q. Michelle Hilaro, you said she works for the help desk?

A. She is the manager of the help desk.

Q. In the IT department?

A. Yes.

Q. And what was the nature of her call to you or complaint to you?

A. It was very similar, who is this guy? Apparently Seth had called into the help desk, and she felt had been rude to her help desk support staff I don't remember specifically who on her staff.

Q. How was he rude? What did she tell you?

A. I don't recall. I just recall her saying he was rude. Again, it was who is this guy. It was not too far into his employment, because she didn't know who he was, and was frustrated.

Q. Do you know the nature of his inquiries to the support desk help staff that Mr. Daniels made?

A. I don't. Seth was responsible for new hire computers. So perhaps something around that.

Q. Did you inquire with her what the nature of

his call was about?
A. I don't recall if she told me, and I inquired. I don't recall.
Q. Do you know what the nature his call was about?
A. I don't.
Q. Do you know how she learned or on what basis she felt he was rude to the support desk help staff?
A. No.
Q. Do you know if any of his support staff help desk complained about the call to Mr. Daniels?
A. Yes.
Q. They did?
A. They told her about it and she called me. They are in a back room. She wouldn't have, her office is in a different area.
Q. Who went to her?
A. The help desk employees who took the incoming calls. They take the incoming calls for any computer related help issues.
Q. Was there more than one incident in which the support desk support staff went to Ms. Hilaro to complain about Mr. Daniels?
A. I understand there to be two.

Q. When she came to you had there been two such complaints or just one?

A. There had been two when she came to me.

Q. Were there two different employees or two complaints from the same employee?

A. If I recall it was two different employees.

Q. How many employees were there?

A. At the time six or eight perhaps.

Q. What was the nature of their complaints about Mr. Daniels?

A. Again, that he was rude.

Q. Do you know anything more specific than that?

A. I don't recall anything more specific than that.

Q. Do you know whether you inquired at the time?

A. I may have inquired at the time, I don't recall now.

Q. You don't know one way or the other?

A. I don't know.

Q. What if anything did you do when you got the call from Mrs. Hilaro about Mr. Daniels?

A. I let her vent, again, and I was involved in a process had conversations about how to get new

hire computers to new hire individuals, the theory being if you improve the process, then we won't have these complaints.

Q. What was the problem with the process at that time or problems?

A. There wasn't a problem. And then Seth felt there was a problem. So then he formed a task group that there was if, they were trying to move more quickly to get the computers through, if I recall.

Q. Well, what was the problem that Mr. Daniels expressed to you?

A. That they weren't moving as quickly. They were getting their computers several days into training as opposed to on the first day, if I remember correctly.

Q. Was it the fact that Mr. Daniels expressed that computers needed to get to the employees on the first day of training that led to the complaints about the support help desk support staff?

A. That I don't know.

Q. Did Ms. Hilaro ever raise any other complaints about Mr. Daniels or anybody else?

A. Not specifically to me.

A. I wouldn't know.
Q. Was there anyone else within the IT department that expressed any complaints about Mr. Daniels to you?
A. Not that I can recall, no.
Q. Are you aware of anyone else in the IT department complaining about Mr. Daniels to anyone else other than you?
A. I am not aware of anyone, no.
Q. Going back to Julie Sapola?
A. Sapola.
Q. Yes. Tell me about all of the complaints made by her about Mr. Daniels?
A. She came into my office, and asked to apply for a different position. And I asked her why she was applying for a different position. And she said: I simply can't work for Seth. And I said: Okay. Why can't you work for Seth? She felt that he was rude and mean, and she started crying.
Q. Did you inquire as to how he was rude or mean to her?
A. I don't specifically remember, what I remember about it was that she was crying.
Q. Do you know whether or not, in fact, you inquired whether he was mean or rude?

A. I don't know.
Q. You were going to say something else?
A. She was also concerned because Julie had been an employee of APC for quite a long time, and knew a lot of the people around, knew a lot of the people at APC, and felt that a lot of people thought that Seth was rude, and that it was affecting her credibility, and her ability to do her job, and that is why she wanted to apply for this outside position, which was really not related. It wasn't related to what she was currently doing.
Q. Why did she feel that if individuals thought that -- why did she feel that if other individuals at APC felt Daniels was rude that that would in any way be a reflection on her?
MR. KOSTAKOS: Objection.
BY MS. KISCH:
Q. Did she express any of her reasons to you?
A. That he reported to him.
Q. That was the only reason?
A. And he was representing the entire -- he was representing the training department, so when he was out in the rest of the organization, she felt that he wasn't frankly being nice.

Q. What did he say, when you said he was adamant, adamant about what?

A. He got mad, and I believe he said, I am sorry, he said: What the fuck. And why do I keep hearing this stuff?

He was just generally frustrated.

Q. Who was he frustrated with?

A. Seth.

Q. He said he was frustrated with Seth?

A. Yes.

Q. What else did he say?

A. He said he wanted to talk to Julie. He said: I will talk to Julie, I will talk to Julie. I will take care of it. He and Julie had worked together for quite a long time. He respected Julie's opinion, and he wanted to speak with Julie directly. I looped in with Julie, and said: John really wants to speak with you. Are you okay with that? And she said, yes, and they spoke.

Q. Were you present at that meeting?

A. I was not.

Q. Did anybody report to you what was said at that meeting?

A. I don't remember anything being reported but I remember John saying: I will take care of

it, I will take care of it.

Q. Do you remember any other complaints from Julie about Seth?

A. She would continually come into my office, and say: I don't know how much longer I can take this.

Q. You don't know what in anything was said in the meeting?

A. I don't know what was said in the meeting.

Q. Other than Mr. Bonzani telling you he would speak with Julie, what if anything else did the two of you discuss to address Julie's complaints?

A. The two of us being John and I?

Q. Yes.

A. Nothing that I recall.

Q. Did you speak with any other individuals -- did you just remember something?

A. No.

Q. Did you speak with any other individuals others than Mr. Bonzani about Julie's complaints?

A. I believe I had told Brian Gough.

Q. What did you tell him?

A. I told him that Julie was upset. She was looking to apply for another position, because she was frustrated from working with Seth, and I

what if anything did Brian Gough tell you?
A. I don't remember specifically what he said to me. I remember him -- I remember the conversation because she was talking about how long Julie had been there, and that is what I remember about the conversation.
Q. You don't remember anything else about what Mr. Gough had said to you?
A. I don't.
Q. Any other complaints at all made by Julie about Mr. Daniels?
A. Not that I recall right now.
Q. Did you ever speak with Mr. Daniels about any of the complaints that Julie made to him?
A. I don't remember specifically talking to him about Julie.
Q. You said that Brian Kelly made numerous complaints?
A. Yes.
Q. About Mr. Daniels. What did he tell you?
A. Okay. On several different occasions things happened. The very first was I, again, in my role I would shuttle papers sometimes back and forth for new hire orientation. There was -- your deductions form says how much is supposed to be

taken out of your paycheck. I shuttled Seth's back to the corporate office. And Brian came down several days later time to talk about it. And said: You need to take this back, and he needs to refill out this form, because Seth had written exempt on his tax form. And Brian said that unless he filed, I don't remember all logistics, unless he had filed exempt the year before he wasn't exempt. Did he know he filed exempt the year before? And I said I didn't know. I didn't know he filed exempt. He set me up with a new tax form for Seth. At that time he said: I have never seen anyone try to do this. Frankly, he said, what is this guy trying to pull?

A. I said, again, I don't know. I will take the form up. I took the form up to Seth. I said: You need to fill this form out again. You can't be exempt. I said: I am not. I said: I am exempt. I said: I am not a payroll person. This is the information I have gotten. And monkey in the middle. And then started this whole thing where Brian Kelly and Seth were in a disagreement about his filing status. I quickly removed myself from that. I believe they spoke directly. I know Brian Gough also got involved. And Brian Kelly would

periodically come to me, and say: Lose this guy, he is so rude, what is he trying to pull? That kind of thing.

I remember specifically what situation where Brian Kelly was in my office with the door shut certainly after Seth began his employment, and was very loudly upset. He was screaming about what is this guy trying to pull. Who does he think he is?

Q. This is relating to the tax form or something else?

A. The tax form. This was like, I mean, really a week into his appointment, Seth's employment.

Q. At this point had he met with Seth to discuss it?

A. No. I don't know that they ever met face to face.

Q. I thought you said they did talk?

A. They talked on the phone. Seth was at the East Providence facility. And corporate was based out of West Kingston. So Brian was at West Kingston. Seth was in Providence. Hence I was shuttling the paperwork back and forth. I don't remember them having a face-to-face meeting.

A. What Brian related to me at the time he felt he had a fiduciary responsibility that those forms are accurate. I remember him specifically saying fiduciary duty. I remember thinking it is something I had not heard before.

Again, he was trying to pull something over.

Q. Was this before or after you went to Mr. Daniels, and said you need to change your tax form?

A. I don't know. It was all within two days.

Q. Well, have you seen Mr. Kelly get this upset that he was visibly loud, and referring to how somebody filled out their tax forms for some other reason?

A. Yes.

Q. Had you seen him act like this before?

A. Brian Kelly?

Q. Yes.

A. Yes.

Q. This was not out of character for Mr. Kelley to get loud and upset with employees?

A. Entirely in character.

Q. Entirely in character.

A. It was.

MR. KOSTAKOS: That is fine.

BY MS. KISCH:

Q. What was your reaction or how did you feel when Mr. Kelly was very loud when it came to his reaction in the way that Mr. Daniels filled out his W-4 form?

A. How did I feel?

Q. Right.

A. I mean, I don't think I felt sort of anything. I think it was just, I just sort of felt like, well, okay. We would have to fix this situation. That was my feeling.

Q. Well, if another employee had been speaking in the way that Mr. Kelly had been speaking in a loud voice, and expressing himself in a way that he had, would you have felt that it was an inappropriate way to act professionally?

MR. KOSTAKOS: Objection.

THE WITNESS: It isn't the way I would have acted.

BY MS. KISCH:

Q. Did you feel it was inappropriate the way that Mr. Kelly was reacting?

MR. KOSTAKOS: Objection.

THE WITNESS: No, I was okay with the way he acted, in that environment. It is what it was.

BY MS. KISCH:
Q. When you say in that environment, what are you referring to?
A. Where the doorways closed, it wasn't a large group of people. He was frustrated. Lots of people in my role vent lots of frustrations to me. So that doesn't necessarily sort of -- if I got upset every time I would be a mess.
Q. Well, did you think he was coming to you to vent in the same way that Julie Sapola came to you and vented as an HR rep?
MR. KOSTAKOS: Objection.
THE WITNESS: No. I do not.
BY MS. KISCH:
Q. And did you ever witness Mr. Kelly being loud or yelling expressing himself in this manner with other individuals?
A. Yes.
Q. Did you think that was appropriate?
A. It was Brian that is just how he was.
Q. Well, what do you mean by that?
A. That was his sort of interpersonal interaction style.
Q. His style was often to yell at individuals?
A. Again, be loud, and agressive in his tone.

It wasn't all the way yelling, he wasn't hollering at people. He would get frustrated and that was his sort of MO, I would say.

Q. Was that appropriate or inappropriate as a professional employee manager at APC?

A. At APC it was appropriate.

Q. Did anyone complain about Mr. Kelly's manner in the way that he spoke to people being loud, and expressng his frustration loudly, and --

A. Yes.

Q. Who complained about him?

A. In my group the field service group the two different supervisors did. And a few employees, as well.

Q. Who were the two supervisors who complained about Mr. Kelly?

A. If I remember it was Mike cox, and David McDaniel.

Q. What was Mike's last name?

A. Cox, C-O-X.

Q. The other individual was who?

A. David McDaniel.

Q. What were Mike Cox's comments about his complaints about Brian Kelly?

A. It wasn't actually him. It was his

employee, the employee was, he was a tech, and they flew for a living, and they were responsible for their expenses. And the employee had lost his receipts. And did Brian follow, you know, follow the reimbursement policies without receipts they didn't reimburse expenses. So I remember Mike imploring me to intervene because this tech was going to be out I remember it to be $8,000.

Q. How many?

A. $8,000, because he didn't have his receipts. And this was an employee that was making approximately $50,000 a year. And it was expenses on behalf of the company.

Q. Nobody was disputing that he had, in fact, $8,000 for the company?

A. No.

Q. Brian Kelly didn't dispute that he actually did spend that amount?

A. I don't recall whether he disputed it. He said: I don't have any way to prove it. Without the receipts we didn't do reimbursements. Anyway. But people felt like, Mike was complaining to me he felt that was particularly harsh, and again because of the $8,000, and an employee was making 50,000 a year.

Q. After Mike Cox asked you to please get involved.

A. I did.

Q. What did you do?

A. I got on a phone call with -- I spoke with Brian Kelly about the situation. I listened to his concerns. I told him I heard him, but, again, put into perspective the $8,000 for $50,000 a year employee. And he, Brian Kelly agreed to listen to the employees concerns, and I facilitated the phone call between the employee, it was dramatic, the employee, Brian Kelly, me, and the supervisor were on the call, where Brian Kelly outlined the terms under which he would reimburse. He had to get several kinds of documentation. I don't recall what it was. He had something he had to find documentation for.

Q. Do you know whether he was able to get that documentation?

A. He was reimbursed.

Q. Do you know whether he got the documentation that Brian Kelly asked him to get?

A. I don't know specifically.

Q. You know he was reimbursed?

A. I know he was reimbursed. My logical