**Exhibit List**

| | |
|---|---|
| Ex. 1: | Plaintiff's Answers to Defendant's First Set of Interrogatories |
| Ex. 2: | Letter of October 9, 2006 from George Kostakos to Lori Kisch |
| Ex. 3: | Letter of November 6, 2006 from Lori Kisch to George Kostakos |
| Ex. 4: | Declaration of Lori Kisch |
| Ex. 5: | Plaintiff's Supplemental Response to Defendant's First Set of Interrogatories |
| Ex. 6: | Plaintiff's Responses to Defendant's First Request For Production of Documents |
| Ex. 7: | Letter of December 22, 2007 from Lori Kisch to George Kostakos |
| Ex. 8: | Declaration of Seth Daniels |
| Ex. 9: | Email of November 21, 2006 from Lori Kisch to George Kostakos |
| Ex. 10: | Emails of December 13, 2006 from Lori Kisch to George Kostakos |
| Ex. 11: | Email of December 13, 2006 from Chris Kaczmarek to Lori Kisch |
| Ex. 12: | Emails of December 13, 2006 from Lori Kisch to George Kostakos |
| Ex. 13: | Emails of December 1, 2006 from George Kostakos to Lori Kisch |
| Ex. 14: | Email of November 30, 2006 from Lori Kisch to George Kostakos |