**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
A PROFESSIONAL LIMITED LIABILITY COMPANY

7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, DC 20036
TELEPHONE (202) 467-4123
FACSIMILE (202) 467-4489

November 6, 2006

**Via Electronic and First Class U.S. Mail**
George Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903

***Re: Seth Daniels v. American Power Conversion Corporation***

Dear Mr. Kostakos:

We are in receipt of your letter of October 9, 2006. With regard to Request No. 3, Mr. Daniels does not have any responsive documents in his possession. With regard to request No. 5, Mr. Daniels does not have documents responsive to this request.

With regard to Request No. 10, we have located the one attached charge that was signed by Mr. Daniels. It was inadvertently omitted from the last production. Mr. Daniels has no further documents responsive to this request. With regard to No. 11, Mr. Daniels has no additional documents responsive to this request.

After further consideration of your letter, Plaintiff will supplement his Answers to Interrogatories and provide a response to Interrogatory No. 16 prior to the continuation of Mr. Daniels' deposition this week. With regard to Answer No. 9, Plaintiff has no additional information at this time.

Also, we have attached a privilege log for those documents from which we redacted information due to privilege. Additionally, we request that APC forward to us a privilege log for any documents it withheld based upon a privilege.

Very truly yours,

Lori Kisch

Enclosures

cc: Noelle Clapham, Esq.

Exhibit 3