**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SETH DANIELS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO: 05-00459-ML-LDA |
| | ) | Judge Mary Lisi |
| AMERICAN POWER CONVERSION CORPORATION | ) | |
| Defendant. | ) | |

## DECLARATION OF LORI B. KISCH

I, Lori B. Kisch, state the following:

1. I am an attorney with the law firm Wiggins, Childs, Quinn & Pantazis, PLLC ("WCQP") located in its Washington, D.C. office.

2. I have personal knowledge of the facts stated herein, and am competent to testify.

3. I am a member in good standing of the Bar of the District of Maryland, and of the District of Columbia bar.

4. I never received a deficiency letter from APC's counsel regarding Seth Daniel's responses to APC's Requests for Production of Documents Nos. 7, 8, and 12.

5. Other than APC's letter of October 9, 2006, I received no other correspondence from APC's attorneys regarding its dissatisfaction with my client's responses to APC's discovery requests.

5. APC's counsel did not inform me that he intended to file a Motion to Compel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of December, 2006 in Washington, D.C.

Lori B. Kisch

Exhibit 4