**WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY

2031 FLORIDA AVE, N.W.
SUITE 300
WASHINGTON, DC 20009
TELEPHONE (202) 467-4123
FACSIMILE (202) 467-4489

December 22, 2006

**Via First Class U.S. Mail**
George Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903

***Re: Seth Daniels v. American Power Conversion Corporation***

Dear Mr. Kostakos:

Please find enclosed bates numbered documents SD 382 and 383 in response to APC's Requests for Production of Documents. Although it is unclear whether these documents are responsive to APC's document requests, out of an abundance of caution, we are producing them. If there are any questions please do not hesitate to contact me.

Very truly yours,

Lori Kisch

cc: Noelle Clapham, Esq.

Exhibit 7

**THE KRESS BUILDING**
**301 19TH STREET NORTH**
**BIRMINGHAM, AL 35203**
**(205) 328-0640**

**2031 FLORIDA AVE, N.W.**
**SUITE 300**
**WASHINGTON, D.C. 20009**
**(202) 467-4123**