IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

**DECLARATION OF SETH DANIELS**

I, Seth Daniels, state the following:

1. I am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify.

2. I understand that the Defendant in this case has asked me to produce my tax returns. As of today, I have not yet filed tax returns for the years 2004, 2005, or 2006.

3. I do believe that I did file tax returns for the years 2002 and 2003. I have conducted a reasonable search for copies of my tax returns for 2002 and 2003, but have not found any copies. However, if I do find such copies, I will produce them to my attorney for production in this case. Further, although I have conducted a reasonable search for W-2s and 1099s, I have not found copies of these documents for the years 2002 to the present.

4. I am producing to my attorney a couple of additional documents regarding money that was paid relating to work I conducted after my termination from APC.

5. I believe that I have an additional pay stub from an employer after my termination from APC that I will also produce to APC. I am not aware of any additional documents in my possession that have been requested by the Defendant. However, if I do find any additional documents that are responsive to APC's requests I will give those documents to my attorney.

Executed this 22nd day of December, 2006 in New Jersey.

Seth Daniels

Exhibit 8