## Lori Kisch

**From:** Lori Kisch
**Sent:** Tuesday, November 21, 2006 3:47 PM
**To:** 'Kostakos, George P.'
**Subject:** daniels v. apc
**Attachments:** Kostakos 11-21-06.pdf

George,

Please disregard the previous email. Attached is a revised letter. I will be out of the office tomorrow and Friday, but will return on Monday. If you are availalbe to talk on Monday I do have some information for you on Mr. Daniels' income.

Have a Happy Thanksgiving.

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
Tel: 202-263-3681
Fax:202-467-4489

*Privilege and Confidentiality Notice*
*This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above. Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.*

Exhibit 9