**Lori Kisch**

**From:** Lori Kisch
**Sent:** Wednesday, December 13, 2006 3:39 PM
**To:** 'Kostakos, George P.'
**Cc:** Kaczmarek, Christopher B.
**Subject:** RE: George K.

George,

We are moving our office on Saturday and I arranged my schedule to accommodate your request that we talk at 3:00. We have scheduled numerous phone calls over the last few weeks and on numerous occassions you have not been able to talk at the scheduled time. While I completely understand that at times other issues arise and I am always flexible, the disruptions to my schedule is now becoming burdensome. As you know, I was ready and willing to talk to you regarding my client's income and you were unable to make the several scheduled phone calls. You then filed a motion to compel against my client.

Additionally, I have been waiting for the outstanding discovery owed by your client for several weeks. You informed me on December 5, 2006, that you had a large stack of documents that you had received from your client. We have not received any of those documents. We will need to see those documents prior to responding to a motion for summary judgment which I understand you will be filing in a few days.

Therefore, I once again request that the outstanding discovery be produced without further delay.

I have been ready and willing to talk about the protective order and await your call.

However, to ensure that we are able to connect I again suggest that we set up a time to speak so that I can make sure I am available. Please let me know when today or tomorrow you are available. I will not be available on Friday or Monday of next week.

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
Tel: 202-263-3681
Fax:202-467-4489

*Privilege and Confidentiality Notice*
*This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above. Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.*

---

**From:** Kaczmarek, Christopher B. [mailto:CKaczmarek@littler.com]
**Sent:** Wednesday, December 13, 2006 3:22 PM
**To:** Lori Kisch
**Subject:** George K.

Lori,

Exhibit 10

Page 2 of 2

I just got a message from George K. He is tied up in a meeting that unexpectedly ran long. He will try to get back to you later.

- Chris

Christopher B. Kaczmarek
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6017 (direct)
(617) 507-8046 (fax)
ckaczmarek@littler.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com