Page 1 of 1

**Lori Kisch**

---

**From:** Kaczmarek, Christopher B. [CKaczmarek@littler.com]
**Sent:** Wednesday, December 13, 2006 3:22 PM
**To:** Lori Kisch
**Subject:** George K.

Lori,

I just got a message from George K. He is tied up in a meeting that unexpectedly ran long. He will try to get back to you later.

- Chris

Christopher B. Kaczmarek
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6017 (direct)
(617) 507-8046 (fax)
ckaczmarek@littler.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

Exhibit 11