## Lori Kisch

**From:** Kostakos, George P. [GKostakos@littler.com]
**Sent:** Friday, December 01, 2006 3:17 PM
**To:** Lori Kisch
**Cc:** Kaczmarek, Christopher B.
**Subject:** RE: Daniels v. APC
**Attachments:** Document.pdf

Lori,

As we were unable to connect earlier, I am responding in writing to your November 21 correspondence. Please see attached.

**George P. Kostakos**
Littler Mendelson, P.C.
gkostakos@littler.com
(401) 454-2910 Providence
(617) 378-6023 Boston

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Friday, December 01, 2006 2:38 PM
**To:** Kostakos, George P.
**Subject:** Daniels v. APC

George,

I am back in the office and haven't heard from you. Are you in today?

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
Tel: 202-263-3681
Fax:202-467-4489

*Privilege and Confidentiality Notice*
*This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above. Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.*

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s).

Exhibit 13

Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com