**Lori Kisch**

**From:** Kostakos, George P. [GKostakos@littler.com]
**Sent:** Thursday, November 30, 2006 2:01 PM
**To:** Lori Kisch

I am involved in an unexpected matter that has consumed my attention. Can you talk tomorrow at 11?

George P. Kostakos
Littler Mendelson, P.C.
gkostakos@littler.com
Providence: 401-454-2910
Boston: 617-378-6023
Cell: 401-454-2910
Fax: 617-531-2051
www.littler.com
--------------------------
Sent from my BlackBerry Wireless Handheld

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com



Exhibit 14

## Lori Kisch

**From:** Kostakos, George P. [GKostakos@littler.com]
**Sent:** Wednesday, November 29, 2006 1:52 PM
**To:** Lori Kisch
**Subject:** Re: daniels v. apc

I am unavailable today. I am speaking with my client again tomorrow and would be in a better position to speak early in the afternoon tomorrow.

George P. Kostakos
Littler Mendelson, P.C.
gkostakos@littler.com
Providence: 401-454-2910
Boston: 617-378-6023
Cell: 401-454-2910
Fax: 617-531-2051
www.littler.com
--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Lori Kisch <LKisch@wcqp.com>
To: Kostakos, George P. <GKostakos@littler.com>
Sent: Wed Nov 29 09:57:23 2006
Subject: daniels v. apc

Are you available today to talk about the outstanding discovery issues? The motion to compel deadline is approaching and I would like to discuss where we stand.

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
Tel: 202-263-3681
Fax:202-467-4489

Privilege and Confidentiality Notice
This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above.
Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com