***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v. Civil Action No: 05-00459-ML-LDA

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendant American Power Conversion Corporation ("APC" or the "Company") hereby opposes the motion to compel of plaintiff Seth Daniels. In support of this opposition, APC hereby submits its Memorandum of Law and the Affidavit of George P. Kostakos.

APC respectfully requests to be heard at oral argument on plaintiff's motion.

Respectfully submitted,

AMERICAN POWER CONVERSION CORPORATION,

By its attorneys,

/s/ George P. Kostakos

George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: December 26, 2006

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 26th day of December 2006 the foregoing Opposition to Plaintiff's Motion to Compel was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos