IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**AFFIDAVIT OF GEORGE P. KOSTAKOS**

I, George P. Kostakos, hereby depose and state as follows:

1. I am over the age of twenty-one (21) and give this affidavit of my own free will. I make the statements contained in this Affidavit based on my personal knowledge and am competent to testify as to all facts stated herein.

2. I am an attorney at the law firm of Littler Mendelson, P.C., 10 Weybosset Street, Suite 404, Providence, Rhode Island 02903. I represent American Power Conversion Corporation ("APC") in this litigation. I make this Affidavit in support of APC's opposition to plaintiff Seth Daniels' motion to compel.

3. Attached hereto as Exhibit A is a true and accurate copy of a privilege log prepared by APC. A copy of this privilege log was sent to Mr. Daniels' counsel on December 18, 2006.

4. Attached as Exhibit B hereto are true and accurate copies of documents (Bates Nos. APC 779-APC 806) identifying various hotels utilized by APC in recent years. Copies of such documents were provided to Mr. Daniels' counsel in the course of discovery.

5. Attached as Exhibit C hereto are true and accurate copies of documents (Bates Nos. APC 128-APC 131, APC 243, APC 249, APC 278) containing or referencing various complaints made by APC employees about the Johnson and Wales Hotel. Copies of such documents were provided to Mr. Daniels' counsel in the course of discovery.

6. On November 9, 2006, I defended the deposition of Brian E. Gough. Attached hereto as Exhibit D is a true and accurate copy of a portion of the transcript of Mr. Gough's deposition.

7. On October 18, 2006, I defended the deposition of Christine B. Hendrix. Attached hereto as Exhibit E is a true and accurate copy of a portion of the transcript of Ms. Hendrix's deposition.

8. During the course of discovery, APC and Mr. Daniels agreed to an extension of the due date for APC's responses to his interrogatories. At or shortly after the agreed-upon due date, I informed Mr. Daniels' counsel, Lori Kisch, that APC was having difficulty obtaining the original signature of Mr. Gough to affirm the responses. Mr. Gough was out of town on business at that time. Accordingly, I informed Ms. Kisch that APC's responses would be produced shortly.

9. At the time, she neither objected to this brief delay, nor threatened to use this minor delay against the Company. To the contrary, Ms. Kisch's primary concern appeared to be that she receive the Company's interrogatory responses prior to the deposition of Mr. Daniels.

10. On September 11, 2006, I received an email from Ms. Kisch asking for confirmation that she would receive APC's interrogatory responses the next day. Attached hereto as Exhibit F is a true and accurate copy of such email and my response thereto.

11. APC served its interrogatory responses on Ms. Kisch later that day, September 11, 2006.

12. I am not aware of any prejudice to Mr. Daniels resulting from this brief delay.

13. Earlier in this case, APC granted Mr. Daniels an extension of time to respond to the Company's discovery requests. In addition, APC waived its own argument that Mr. Daniels was late in responding to the Company's discovery requests earlier in the case when Ms. Kisch represented to APC that somehow neither she, nor her local counsel in this case, Noelle Clapham, had received copies of the original requests that were mailed to them separately.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 26th DAY OF DECEMBER, 2006.

George P. Kostakos

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 26th day of December 2006 the foregoing Affidavit of George P. Kostakos was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos