[redacted] Kim Distefano
02/18/2004 04:29 PM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc:
Subject: Newbies Hotel

Hi Seth:

I'm thinking that it may be better to put the newbies at the J&W or somewhere closer to the office. The Comfort Suites are located in West Warwick and I'm thinking that's going to be a nightmare with the traffic every morning and night.

Apparently, Christine Bolman has called the J&W regarding our complaints and thinks we should give them another chance. Supposedly, they are upgrading the high speed internet access soon. Let me know what you think.

Thanks,
Kim

http://www.apc.com

**Christine Bollman**
02/18/2004 09:38 AM

To: Kim Distefano/SDD/NAM/APCC@APCC
cc:
Subject: Re: JW

Yes, please stop by

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
Kim Distefano

**Kim Distefano**
02/18/2004 09:26 AM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc:
Subject: Re: JW

Hi Christine:

Thanks for the info. As I am very new here, I only did what I was directed to do in changing the guys from the J&W. I went to Johnson & Wales for Business and I know that the hotel is run by students. I've attended a couple of functions there and found the service to be more than adequate. Seth's primary concern was the internet access. I guess the guys need it to do their homework.

I will be in West Kingston on Monday afternoon to talk to the new hires, maybe we can talk for a few minutes in person. I'll need to stop by and see you to give you the AMEX forms anyway. We have four classes next week and I'll accept the "goodies" gratefully.

Thanks again for all your help and I'll talk to Seth about the J&W again.

Sincerely,
Kim

Christine Bollman

**Christine Bollman**
02/18/2004 09:17 AM

To: Kim Distefano/SDD/NAM/APCC@APCC
cc: Seth D Daniels/CORP/NAM/APCC@APCC
Subject: Re: JW

thanks Kim, I would appreciate if you and Seth would advise anyone who has an issue with the J&W or any other hotel to direct whatever the problem might be to me. Over the last several years APC was able to negotiate some great rates because I try to foster relationships. I have personally visited the J&W on several occasions and find it adequate for our travelers. I recently spoke with Carol Shibley at the J&W and she has assured me they are working on upgrading to high speed internet access over a period of time. The J&W is a working hotel which means it is run by the students that attend the J&W University. Service might not always be perfect but I find these students bring a refreshing energy to their jobs. With all hotels there are issues now and then but I have to say they have been far and few between. It seems strange to me that suddenly there seem to be issues with the J&W. To get to the point, the Comfort Suites is fine it is a new property for APC but we need to spread the business around. For the EP office the J&W is very convenient.

On another note, APC earns points from every night stay at the J&W which we use for our annual Xmas party or other occasions. Last week I needed to redeem some points that would otherwise have expired. I was going to offer the goodies to your group since I still hear that you guys have some kind of training coming up and you might be able to use them for prizes or incentives. I have a $80 gift card for Wal Mart, a $100 gift card for Home Depot, 2 x $50 gift checks for the Providence Place Mall and a $75 certificate to Audrey's, the J&W restaurant. Please let me know if you have any use for these.

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
Kim Distefano

Kim Distefano
02/17/2004 05:12 PM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc: Seth D Daniels/CORP/NAM/APCC@APCC
Subject: Re: JW

Hi Christine:

There have been several things that were brought to Seth's attention in regard to the J&W. We have heard complaints about the heating systems in the rooms not working, false fire alarms going off in the middle of the night, no internet access in the rooms, and a generally low level of hospitality service.

I spoke with Seth this morning and he advised me to check the APC Intranet where I found the list of hotels that are approved for APC travelers. I have made reservations through travel for the newbies to stay at the Comfort Inn in West Warwick, which is $69.00 per night and includes highspeed internet access.

Please advise if this is an acceptable alternative to the J&W. Thank you for your help.
Sincerely,
Kim DiStefano
Christine Bollman

Christine Bollman
02/17/2004 04:55 PM

To: Kim Distefano/SDD/NAM/APCC@APCC
cc:
Subject: JW

Kim - do you have issues with the Johnson & Wales hotel ? If so, I would like to know what they are. APC has a long standing relationship with this hotel. Attached find the APC hotel list for 2004, employees are expected to book these properties when ever possible per APC policy.

APC Preferred Hotels 2004.doc

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com

**Jeff Gardner**

12/16/2003 05:30 PM

To: Seth D Daniels/CORP/NAM/APCC@APCC, Mark Gee/CORP/NAM/APCC@APCC
cc:
Subject: Johnson&Whales problems..

Seth/Mark,

Upon arriving at Johnson & Whales Inn on Sunday November 30, 2003 I noticed my room was a bit cool for that day. I turned my heater on high, and achieved no positive results. I then turned to the housekeeping staff, and reported my heater not getting the room warm enough. I returned the next day to find an electric "oil-filled radiator" style heater sitting in my room. This was not acceptable, but I did stay for one more day until I reported this to Seth Daniels. When Seth Daniels called the hotel I received a greater level of service, and a room upgrade into a suite. At this point everything was great. As you recall the Providence area received allot of snowfall over the weekend of Dec . 5th, 6th,7th. The result of this snowfall had completely covered all three windows with a wall of snow. On Sunday Dec. 6th, 2003 at 5:00 P.M. I returned from dinner to find that one of my three windows in the room was cracked in several places. Upon further examination of the window I found that the top latch was locked in, but the bottom latch was in the open position. I pulled the latch to lock it also, when the glass shattered. Several pieces fell to the floor, but most of the glass was still contained in the pane. I immediately went to the front desk and retrieved the night desk clerk. He and I returned to the room, and I explained what had happened. He noted the window and offered to move me to another room. At this point, I had already moved once and did not feel the need to move again since the snow was still above the window, and no wind was coming into the room. This did not have any effect on the warmth of the room. When I returned to the hotel Monday night, I found the window had been taped up with cardboard and duct tape. I still heard nothing from the hotel staff. This was fine with me so I stayed and said nothing. I had reported this to Seth Daniels on Monday the 15th, and explained to him that I did not want to unpack/pack to move rooms. It was not until Thursday afternoon (DEC. 11th) that I received word that the hotel was concerned for my welfare since they had reported blood being in my room. I thought this was odd, and contacted the front desk. I was then directed to the Sales department where I spoke with a young lady who said that she was worried about me, and if I needed to get another room I could have it. Again, the problem was not affecting me directly so I stayed. I asked her about the blood in the room, which at this point was not there. She explained to me Housekeeping had reported cleaning up blood over the weekend, and she had just found out about it. I told her that housekeeping was not in my room for the entire weekend, because I had refused the service. She then went on to tell me that Maintenance had also seen blood. I told her that when the front desk guy and I returned to the room I had indeed put a pinhole in my left hand, but it did not bleed. I thanked her for thinking of me, but that I had not been injured by the window. She said good-bye, and that was the last I heard from this.

I'm sorry that I cannot remember the names of these people, but I did not think that I would have to recall them for this. Thank You, and if you have any questions concerning this please feel free to call me on my cell @ (562)-522-6786.

Jeff Gardner
Field Service Engineer
American Power Conversion

http://www.apc.com

**John Bonzani**
12/16/2003 02:27 PM

To: Christine Hendrix/CORP/NAM/APCC@APCC
cc:
Subject: Open issues/questions - please open/read/respond

FYI

John J. Bonzani
North American Service Manager
Office: 800-890-4272 X 6879
----- Forwarded by John Bonzani/CORP/NAM/APCC on 12/16/2003 02:26 PM -----

**Brian Kelly**
12/16/2003 02:23 PM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc: John Bonzani/CORP/NAM/APCC@APCC
Subject: Open issues/questions - please open/read/respond

Seth:

Wanted to send you an e-mail on some open issues that I need replies to. Please review and advise as to the status of each.

1)I have two expense reports totalling $8400. There are no receipts attached. The reports cannot be processed until the *original* receipts are submitted and we have a chance to review. I will also be looking to determine why we are being asked to pay certain expenses (ie certain meals). Given that you are commuting to RI from NJ due to family needs, it is likely that some of these expenses are taxable (if I decide to reimburse them). Such expenses are treated the same under IRS rules as if they were relocation related expenses. We should be looking at the expenses we would normally reimburse for an employee that works in your same location but lives locally.

2)You've mentioned to Christine Bollman regarding the breakin into your Avis rental car and your laptop and personal items being stolen. I've asked you for a copy of the police report and an itemized list of what was stolen (along with values) for my my review. I've yet to receive this.

3)Chris also advises that there was an issue with Johnson & Wales and some of the accomdations for certain employees. I appreciate your attempt to assist in the matter but Christine is the person that would handle these relationships and should be apprised of these issues.

Chris also mentioned that there was a room that an employee was using that was in disarray, window broken, blood in the room. Please advise as to how this occured. Was an emplpoyee injured (source of the blood)? Was the hotel apprised of the situation and what actions were taken?

Regards
Brian

Director - Finance & Administration
North America

http://www.apc.com

Christine Bollman
10/31/2003 01:30 PM

To: Seth Daniels/CORP/NAM/APCC@APCC
cc:
Subject: J&W

Seth - TQ3 changed the three FSE to the Extended Stay starting tomorrow night. Curious is there an issue with the J&W or was it just because of the extend period of time they are staying here ?
thanks

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com