IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

| | |
|---|---|
| SETH DANIELS, Plaintiff, | ) |
| vs. | ) Civil Action No. 05-00459-ML-LOA |
| AMERICAN POWER CONVERSION CORPORATION, Defendant. | ) |

Deposition of CHRISTINE B. HENDRIX, taken pursuant to Fedeeral Rules of Civil Procedure, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, before Sarah J. Miner, L.S.R., a Notary Public in and for the State of Connecticut, on October 18, 2006, at 9:00 a.m.

put someone on a performance improvement plan if nobody else supported your decision?

A. No.

Q. No?

A. No.

Q. How many individuals can you recall you felt should have been put on the performance improvement plans but were not.

A. I don't.

Q. Was it more than one.

A. Sure. There were a couple of people.

Q. Tell me what you remember about one of the individuals who you felt should have been put on the performance improvement plan who was not?

A. I remember a person in engineering, which was a group I didn't support. And he had an attendance issue that I thought should have been addressed, an attendance issue that turned into a productivity issue that I think should have been addressed.

Q. Do you recall who the supervisor was?

A. I don't.

Q. Who was the HR generalist handling that one; do you recall?

A. No. I don't know exactly who it was.

Q. It was someone who worked under Brian Gough?

A. Yes.

Q. Who was the individual do you recall who you felt should have been put on a employee performance plan?

A. I know he was an engineer who sat next to our area.

Q. What was his race?

A. He was white.

Q. Describe for me what his attendance issue was?

A. He just had, he would just come in the middle of the day, kind of thing, and leave at five. He did that fairly regularly.

Q. He would often leave, come in at noon, and leave at five?

A. Yes.

Q. Was there any discussion about putting him on a performance improvement plan; do you know?

A. I am not aware.

Q. Did you ever discuss it with anybody?

A. Not that I recall.

Q. Do you know whether Brian Gough was aware that there was this engineer coming in at noon, and