-----Original Message-----
**From:** Kostakos, George P.
**Sent:** Monday, September 11, 2006 5:51 PM
**To:** 'Lori Kisch'
**Subject:** RE: Daniels v. APC

Lori,

The interrogatory responses should be on their way to you electronically. The client misdated the verification, so I am having that executed again and will get it to you asap. Sorry.

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Monday, September 11, 2006 5:03 PM
**To:** Kostakos, George P.; Kaczmarek, Christopher B.
**Subject:** Daniels v. APC

Please find attached deposition notices for Christine Bollman, Brian Gough, and Doug Radamacher.

Also, I have not received the defendant's answers to interrogatories which were due on September 1. As you know I had agreed to an extension through September 1st. I had also informed you that prior to a deposition of Mr. Daniels, we had expected to receive the answers. Please confirm that I will receive the answers tomorrow.

Thank you.

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
Tel: 202-263-3681
Fax:202-467-4489

*Privilege and Confidentiality Notice*
*This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above. Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this*

*communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.*