**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, through his undersigned attorneys, and pursuant to Fed. R. Civ. Pro. 56(f), hereby requests an extension of time to file his Opposition to Defendant's Motion For Summary Judgment. Plaintiff makes this request due to the pending Motion to Compel filed by Plaintiff on December 6, 2006 and because Defendant produced relevant documents on December 18, 2006 for which Plaintiff will need additional discovery. Plaintiff requests that he be permitted to file his opposition ten days after production of any documents by APC produced in response to an Order from this Court relating to Plaintiff's Motion to Compel, or ten days following a denial of Plaintiff's Motion to Compel, whichever is later.

The reasons for this motion are set forth more fully in the accompanying Memorandum.

Respectfully submitted this 27th day of December, 2006,

/s/ Noelle Clapham

Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFF***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION

Defendant.

CIVIL NO: 05-00459-ML-LDA
Judge Lisi

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to File His Opposition to Defendant's Motion for Summary Judgment, and any Opposition thereto, IT IS HEREBY ORDERED, that Plaintiff's Motion For Extension of Time is GRANTED.

AND IT IS FURTHER ORDERED that Plaintiff shall have until ten days after production of the documents Ordered by the Court in response to his Motion to Compel, or ten days after a decision by the Court denying the Motion to Compel, whichever is later.

Dated: ____________, 2006.

______________________________

The Honorable Chief Judge Mary Lisi
United States District Judge
District of Rhode Island

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion For Extension of Time to File His Opposition to Defendant's Motion For Summary Judgment and proposed Order will be served upon all counsel of record via the court's electronic filing system.

/s/ Noelle Clapham