# Exhibit List

| ***Ex.*** | ***Description*** |
|---|---|
| 1 | Letter of December 15, 2006 from Kostakos to Kisch<br>Letter of December 18, 2006 from Kaczmarek to Kisch |
| 2 | Declaration of Lori B. Kisch<br>APC Employee Hotel Spreadsheets<br>APC 784-788, 797-798 |
| 3 | Plaintiff's First Set of Interrogatories and Request for Production of Documents |
| 4 | Deposition of Brian J. Kelly<br>Pages 99-101 |
| 5 | Deposition of Christine Bollman<br>Pages 73-74 |
| 6 | Deposition of Christine B. Hendrix<br>Pages 250-52 |
| 7 | Email Correspondence between Brian Kelly, Christine Hendrix, and Christine Bollman<br>APC 657-661 |
| 8 | Avis Rent-A-Car System Receipt<br>APC 665 |
| 9 | Seth Daniels Expense Report<br>APC 679-682 |
| 10 | Seth Daniels Internet Expenses<br>APC 719-720 |