**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

# DECLARATION OF LORI B. KISCH

I, Lori B. Kisch, state the following:

1. I am an attorney with the law firm Wiggins, Childs, Quinn & Pantazis, PLLC ("WCQP") located in its Washington, D.C. office.

2. I have personal knowledge of the facts stated herein, and am competent to testify.

3. I am a member in good standing of the Bar of the District of Maryland, and of the District of Columbia bar.

4. The attached documents were received on December 18, 2006 from counsel for Defendant.

5. The documents in Exhibit 2 have been pieced together from the production from Defendant. Because the Defendant produced the documents in a manner that made it difficult to read, I have assembled the pages together in a more readable format.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December, 2006 in Washington, D.C.

[signature]

Lori B. Kisch

Exhibit 2

Exhibit 2

APC 785

| Rank | City Name | Level 1 | Chain Code | Property | Hotel City Name | Phone | Rooms | Nights | Amount | AvgRate |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Providence, RI | 1 | MZ | Mainstay Suites | Warwick | 401-732-6667 | 92 | 1967 | 163,166.28 | 82.95 |
| 1 | Providence, RI | 2 | SI | Sheraton Inn Warwick Providence Arpt | Warwick | 401-738-4000 | 535 | 1741 | 157,994.00 | 90.75 |
| 1 | Providence, RI | 3 | LM | Johnson And Wales Inn | Seekonk | 508-336-8700 | 150 | 883 | 62,262.00 | 70.51 |
| 1 | Providence, RI | 4 | RD | Radisson Airport Hotel Providence | Warwick | 401-739-3000 | 354 | 770 | 98,939.84 | 128.49 |
| 1 | Providence, RI | 5 | FN | Fairfield Inn Warwick | Warwick | 401-941-6600 | 49 | 160 | 11,200.00 | 70.00 |
| 1 | Providence, RI | 6 | HI | Crowne Plaza Warwick | Warwick | 401-732-6000 | 72 | 160 | 25,747.00 | 160.92 |
| 1 | Providence, RI | 7 | EA | Extended Stay East Providence | East Providence | 401-272-1661 | 15 | 159 | 10,173.82 | 63.99 |
| 1 | Providence, RI | 8 | YX | Johnson And Wales Inn | Seekonk | 508-336-8700 | 16 | 136 | 9,458.00 | 69.54 |
| 1 | Providence, RI | 9 | NC | Hotel Viking | Newport | 401-847-3300 | 52 | 103 | 10,137.00 | 98.42 |
| 1 | Providence, RI | 10 | CZ | Comfort Suites West Warwick | West Warwick | 401-826-1800 | 28 | 92 | 6,348.00 | 69.00 |
| 1 | Providence, RI | 11 | HX | Hampton Inn Seekonk | Seekonk | 508-336-9000 | 20 | 73 | 7,140.20 | 97.81 |
| 1 | Providence, RI | 12 | UZ | Newport Harbor Hotel And Marina | Newport | 401-847-9000 | 18 | 63 | 4,206.00 | 66.76 |
| 1 | Providence, RI | 13 | BE | Mainstay Suites | Warwick | 401-732-6667 | 3 | 61 | 4,387.69 | 71.93 |
| 1 | Providence, RI | 14 | FN | SpringHill Suites Warwick | West Warwick | 401-822-1244 | 26 | 61 | 6,346.80 | 104.05 |
| 1 | Providence, RI | 15 | XV | SpringHill Suites Warwick | West Warwick | 401-822-1244 | 2 | 37 | 3,663.00 | 99.00 |
| 1 | Providence, RI | 16 | HI | Holiday Inn Providence-Downtown | Providence | 401-831-3900 | 6 | 26 | 3,076.30 | 118.32 |
| 1 | Providence, RI | 17 | CE | Fairfield Inn Warwick | Warwick | 401-941-6600 | 10 | 25 | 1,725.00 | 69.00 |
| 1 | Providence, RI | 18 | CP | Crowne Plaza Warwick | Warwick | 401-732-6000 | 16 | 21 | 2,572.20 | 122.49 |
| 1 | Providence, RI | 19 | HI | Express North Attleboro | North Attleboro | 508-643-9900 | 4 | 20 | 1,780.00 | 89.00 |
| 1 | Providence, RI | 20 | SM | Providence Warwick Airport Hotel | Providence | 401-737-7400 | 2 | 18 | 1,765.80 | 98.10 |
| 1 | Providence, RI | 21 | HX | Hampton Inn Providence Warwick Airport | Warwick | 401-739-8888 | 6 | 16 | 1,894.60 | 118.41 |
| 1 | Providence, RI | 22 | EA | Extended Stay Providence Warwick | Warwick | 401-732-2547 | 1 | 14 | 777.98 | 55.57 |
| 1 | Providence, RI | 23 | CI | Comfort Inn Warwick Airport | Providence | 401-732-0470 | 4 | 8 | 864.00 | 108.00 |
| 1 | Providence, RI | 24 | MC | Marriott Providence | Providence | 401-272-2400 | 2 | 7 | 1,323.00 | 189.00 |
| 1 | Providence, RI | 25 | HI | Holiday Inn Express Middletown | Middletown | 401-848-7128 | 1 | 5 | 795.00 | 159.00 |
| 1 | Providence, RI | 26 | OZ | West Greenwich Super 8 Motel | West Greenwich | 401-397-3381 | 1 | 5 | 595.00 | 119.00 |
| 1 | Providence, RI | 27 | CY | Courtyard Foxborough | Foxborough | 508-543-5222 | 4 | 4 | 472.00 | 118.00 |
| 1 | Providence, RI | 28 | CY | Courtyard Providence Downtown | Providence | 401-272-1191 | 1 | 4 | 900.00 | 225.00 |
| 1 | Providence, RI | 29 | HI | Holiday Inn Exp & Stes Warwick-Providenc | Warwick | 401-736-5000 | 3 | 4 | 416.00 | 104.00 |
| 1 | Providence, RI | 30 | UZ | Providence Biltmore Hotel | Providence | 401-421-0700 | 4 | 4 | 556.00 | 139.00 |
| 1 | Providence, RI | 31 | CY | Courtyard Providence Warwick | Warwick | 401-467-6900 | 2 | 3 | 312.00 | 104.00 |
| 1 | Providence, RI | 32 | UZ | Vanderbilt Hall | Newport | 401-846-6200 | 2 | 3 | 253.00 | 84.33 |
| 1 | Providence, RI | 33 | EA | Extended Stay America West Warwick | West Warwick | 401-885-3161 | 2 | 2 | 181.99 | 91.00 |
| 1 | Providence, RI | 34 | HI | Holiday Inn Express Suites Chambersburg | Chambersburg | 717-709-9009 | 2 | 2 | 153.90 | 76.95 |
| 1 | Providence, RI | 35 | HX | Hampton Inn Coventry | Coventry | 401-823-4041 | 1 | 1 | 116.10 | 116.10 |
| 2 | Westerly, RI | 1 | CZ | Comfort Suites West Warwick | West Warwick | 401-826-1800 | 414 | 1659 | 114,907.96 | 69.26 |
| 3 | Newport, RI | 1 | LM | Newport Harbor Hotel And Marina | Newport | 401-847-9000 | 341 | 887 | 68,136.00 | 76.82 |
| 3 | Newport, RI | 2 | NC | Hotel Viking | Newport | 401-847-3300 | 58 | 112 | 11,566.00 | 103.27 |
| 3 | Newport, RI | 3 | QI | Holiday Inn S Kingstown Newport Area | South Kingstown | 401-789-1051 | 29 | 71 | 5,431.75 | 76.50 |
| 3 | Newport, RI | 4 | MC | Marriott Newport | Newport | 401-849-1000 | 18 | 25 | 4,447.00 | 177.88 |
| 3 | Newport, RI | 5 | HI | Holiday Inn S Kingstown Newport Area | South Kingstown | 401-789-1051 | 3 | 7 | 527.56 | 75.37 |
| 3 | Newport, RI | 6 | BW | Mainstay Inn | Newport | 401-849-9880 | 5 | 5 | 200.00 | 40.00 |
| 3 | Newport, RI | 7 | HY | Hyatt Regency Newport RI | Newport | 401-851-1234 | 1 | 3 | 345.00 | 115.00 |
| 3 | Newport, RI | 8 | CY | Courtyard Newport Middletown | Middletown | 401-849-8000 | 1 | 2 | 378.00 | 189.00 |

APC 784

APC 786

| Rank | City Name | Level 1 | Chain Code | Property | Address1 | CityState | Zip | Phone | Rooms | Nights | Amount | AvgRate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Providence, RI | 1 | SI | Sheraton Inn Warwick Providence Arpt | 1850 Post Road | Warwick, RI | 2886 | 401-738-4000 | 446 | 1407 | 124,569.00 | 88.54 |
| 1 | Providence, RI | 2 | MZ | Mainstay Suites | 268 Metro Center Blvd | Warwick, RI | 2886 | 401-732-6667 | 88 | 1143 | 81,343.93 | 71.17 |
| 1 | Providence, RI | 3 | LM | Johnson And Wales Inn | 213 Taunton Avenue | Seekonk, MA | 2771 | 508-336-8700 | 167 | 1099 | 77,562.00 | 70.58 |
| 1 | Providence, RI | 4 | RD | Radisson Airport Hotel Providence | 2081 Post Road | Warwick, RI | 2886 | 401-739-3000 | 331 | 874 | 80,775.00 | 92.42 |
| 1 | Providence, RI | 5 | CE | Park Inn Seekonk | 341 Highland Ave. | Seekonk, MA | 2771 | 508-336-7900 | 24 | 175 | 10,206.00 | 58.32 |
| 1 | Providence, RI | 6 | HX | Hampton Inn Seekonk | 1030 Fall River Ave. | Seekonk, MA | 2771 | 508-336-9000 | 35 | 159 | 15,909.70 | 100.06 |
| 1 | Providence, RI | 7 | EA | Extended Stay East Providence | 1000 Warren Avenue | East Providence, RI | 2914 | 401-272-1661 | 23 | 156 | 9,797.92 | 62.81 |
| 1 | Providence, RI | 8 | HI | Crowne Plaza Warwick | 801 Greenwich Ave. | Warwick, RI | 2886 | 401-732-6000 | 53 | 117 | 15,567.00 | 133.05 |
| 1 | Providence, RI | 9 | FN | SpringHill Suites Warwick | 14 James P Murphy Hwy | West Warwick, RI | 2893 | 401-822-1244 | 32 | 85 | 9,467.35 | 111.38 |
| 1 | Providence, RI | 10 | CY | Courtyard Providence Downtown | 32 Exchange Terrace | Providence, RI | 290[illegible] | 401-272-1191 | 15 | 32 | 4,868.00 | 152.13 |
| 1 | Providence, RI | 11 | HI | Holiday Inn Exp & Stes Warwick-Providenc | 901 Jefferson Boulevard | Warwick, RI | 2886 | 401-736-5000 | 4 | 22 | 2,510.00 | 114.09 |
| 1 | Providence, RI | 12 | NC | Hotel Viking | One Bellevue Avenue | Newport, RI | 2840 | 401-847-3300 | 8 | 19 | 1,601.00 | 84.26 |
| 1 | Providence, RI | 13 | XX | Village Inn | 1 Beach Street | Narragansett, RI | 2882 | 401-783-6767 | 1 | 14 | 1,260.00 | 90.00 |
| 1 | Providence, RI | 14 | EA | Extended Stay America West Warwick | 1200 Division St. | West Warwick, RI | 2893 | 401-885-3161 | 3 | 11 | 929.00 | 84.45 |
| 1 | Providence, RI | 15 | WI | The Westin Providence | One West Exchange Street | Providence, RI | 2903 | 401-598-8000 | 3 | 10 | 2,475.00 | 247.50 |
| 1 | Providence, RI | 16 | XX | Kings Rose | 1747 Mooresfield Road | South Kingston, RI | 2879 | 401-783-5222 | 5 | 8 | 719.99 | 90.00 |
| 1 | Providence, RI | 17 | HX | Hampton Inn Providence Warwick Airport | 2100 Post Road | Warwick, RI | 2886 | 401-739-8888 | 3 | 7 | 800.30 | 114.33 |
| 1 | Providence, RI | 18 | RD | Days Hotel At Providence | 220 India Street | Providence, RI | 2903 | 401-272-5577 | 4 | 7 | 911.00 | 130.14 |
| 1 | Providence, RI | 19 | EA | Extended Stay Providence Warwick | 245 West Natick Road | Warwick, RI | 2886 | 401-732-2547 | 2 | 6 | 474.00 | 79.00 |
| 1 | Providence, RI | 20 | HI | Holiday Inn Providence-Downtown | 21 Atwells Avenue | Providence, RI | 2903 | 401-831-3900 | 2 | 6 | 714.00 | 119.00 |
| 1 | Providence, RI | 21 | MC | Marriott Providence | 1 Orms Street | Providence, RI | 2904 | 401-272-2400 | 3 | 6 | 1,074.00 | 179.00 |
| 1 | Providence, RI | 22 | UZ | Providence Biltmore Hotel | 11 Dorance Street | Providence, RI | 2903 | 401-421-0700 | 5 | 6 | 894.00 | 149.00 |
| 1 | Providence, RI | 23 | OM | Providence Biltmore Hotel | 11 Dorance Street | Providence, RI | 2903 | 401-421-0700 | 3 | 4 | 676.00 | 169.00 |
| 1 | Providence, RI | 24 | CE | Fairfield Inn Warwick | 36 Jefferson Blvd. | Warwick, RI | 2888 | 401-941-6600 | 3 | 3 | 347.00 | 115.67 |
| 1 | Providence, RI | 25 | XX | Newport Harbor Hotel And Marina | 49 Americas Cup Ave | Newport, RI | 2840 | 401-847-9000 | 1 | 3 | 195.00 | 65.00 |
| 1 | Providence, RI | 26 | CY | Courtyard Foxborough | 35 Foxborough Blvd | Foxborough, MA | 2035 | 508-543-5222 | 2 | 2 | 206.10 | 103.05 |
| 1 | Providence, RI | 27 | HI | Express North Attleboro | 707 South Washington Street | North Attleboro, MA | 2760 | 508-643-9900 | 1 | 2 | 214.20 | 107.10 |
| 1 | Providence, RI | 28 | HI | Holiday Inn Express Middletown | 855 West Main Road | Middletown, RI | 2842 | 401-848-7128 | 1 | 2 | 438.00 | 219.00 |
| 1 | Providence, RI | 29 | CI | Comfort Inn Foxboro | 4 Fisher St | Foxboro, MA | 2035 | 508-543-1000 | 1 | 1 | 98.95 | 98.95 |
| 1 | Providence, RI | 30 | CI | Comfort Inn Warwick Airport | 1940 Post Rd. | Providence, RI | 2886 | 401-732-0470 | 1 | 1 | 118.15 | 118.15 |
| 1 | Providence, RI | 31 | HX | Hampton Inn Coventry | 850 Centre Of New England Boulevard | Coventry, RI | 2816 | 401-823-4041 | 1 | 1 | 107.10 | 107.10 |
| 1 | Providence, RI | 32 | WS | Inn on Bellevue | 30 Bellevue Avenue 14 Catherine | Newport, RI | 2840 | 401-848-6242 | 1 | 1 | 115.00 | 115.00 |
| 2 | Newport, RI | 1 | LM | Newport Harbor Hotel And Marina | 49 Americas Cup Ave | Newport, RI | 2840 | 401-847-9000 | 175 | 669 | 52,407.00 | 78.34 |
| 2 | Newport, RI | 2 | NC | Hotel Viking | One Bellevue Avenue | Newport, RI | 2840 | 401-847-3300 | 31 | 74 | 8,130.00 | 109.86 |
| 2 | Newport, RI | 3 | QI | Holiday Inn S Kingstown Newport Area | 3009 Tower Hill Road | South Kingstown, RI | 2874 | 401-789-1051 | 17 | 61 | 5,216.55 | 85.52 |
| 2 | Newport, RI | 4 | MC | Marriott Newport | 25 America's Cup Avenue | Newport, RI | 2840 | 401-849-1000 | 10 | 27 | 4,219.00 | 156.26 |

**Exhibit 2**

APC 797

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Newport, RI | 5 | HY | Hyatt Regency Newport RI | 1 Goat Island | Newport, RI | 2840 | 401-851-1234 | 2 | 6 | 818.00 | 136.33 |
| 2 | Newport, RI | 6 | BW | Mainstay Inn | 151 Admiral Kalbfus Road | Newport, RI | 2840 | 401-849-9880 | 1 | 4 | 244.80 | 61.20 |
| 2 | Newport, RI | 7 | XX | Vanderbilt Hall | 41 Mary Street | Newport, RI | 2840 | 401-846-6200 | 3 | 4 | 396.00 | 99.00 |
| 2 | Newport, RI | 8 | CY | Courtyard Newport Middletown | 9 Commerce Dr | Middletown, RI | 2842 | 401-849-8000 | 1 | 3 | 687.00 | 229.00 |
| 2 | Newport, RI | 9 | UZ | Vanderbilt Hall | 41 Mary Street | Newport, RI | 2840 | 401-846-6200 | 1 | 3 | 537.00 | 179.00 |
| 3 | St. Louis, MO | 1 | DT | Doubletree Hotel & Conference Center | 16625 Swingley Ridge Rd | St. Louis, MO | 63017 | 636-532-5000 | 227 | 464 | 43,816.60 | 94.43 |
| 3 | St. Louis, MO | 2 | HX | Hampton Inn Suites Chesterfield | 5 McBridge Corporate Dr. | Chesterfield, MO | 63005 | 636-530-0770 | 52 | 127 | 11,331.50 | 89.22 |
| 3 | St. Louis, MO | 3 | HH | Hilton Garden Inn St. Louis Chesterfield | 16631 Chesterfield Grove Rd | Chesterfield, MO | 63005 | 636-532-9400 | 17 | 26 | 2,745.40 | 105.59 |
| 3 | St. Louis, MO | 4 | XV | SpringHill Suites Chesterfield | 1065 Chesterfield Parkway | Chesterfield, MO | 63017 | 636-519-7500 | 6 | 12 | 1,138.00 | 94.83 |
| 3 | St. Louis, MO | 5 | HH | Hilton St. Louis Airport | 10330 Natural Bridge Road | St. Louis, MO | 63134 | 314-426-5500 | 7 | 11 | 1,012.00 | 92.00 |
| 3 | St. Louis, MO | 6 | HI | Holiday Inn St Louis Airport North | 4545 North Lindbergh | Bridgeton, MO | 63044 | 314-731-2100 | 5 | 8 | 592.00 | 74.00 |
| 3 | St. Louis, MO | 7 | HX | Hampton Inn Chesterfield | 16201 Swingley Ridge Road | Chesterfield, MO | 63017 | 636-537-2500 | 3 | 8 | 617.00 | 77.13 |
| 3 | St. Louis, MO | 8 | SI | Sheraton Westport Lakeside Chalet | 191 West Port Plaza | St. Louis, MO | 63146 | 314-878-1500 | 4 | 8 | 1,192.00 | 149.00 |
| 3 | St. Louis, MO | 9 | CY | Courtyard St. Louis Maryville | 511 Maryville University Drive | St. Louis, MO | 63141 | 314-514-7300 | 5 | 6 | 666.00 | 111.00 |
| 3 | St. Louis, MO | 10 | DT | Club Hotel by Doubletree STL Airport | 9600 Natural Bridge | St. Louis, MO | 63134 | 314-427-7600 | 3 | 4 | 356.40 | 89.10 |
| 3 | St. Louis, MO | 11 | RC | Residence Inn St Louis Chesterfield | 15431 Conway Rd | Chesterfield, MO | 63017 | 636-537-1444 | 3 | 4 | 398.00 | 99.50 |
| 3 | St. Louis, MO | 12 | CZ | Comfort Suites St. Charles | 1400 S. 5th St. | St. Charles, MO | 63301 | 636-949-0694 | 1 | 3 | 255.00 | 85.00 |
| 3 | St. Louis, MO | 13 | HI | Holiday Inn St. Louis Airport/Oakland Pk | 4505 Woodson Rd | St. Louis, MO | 63134 | 314-427-4700 | 2 | 3 | 257.76 | 85.92 |
| 3 | St. Louis, MO | 14 | HI | Riverport Doubletree Club Hotel | 13735 Riverport Drive | St. Louis, MO | 63043 | 314-298-3400 | 3 | 3 | 264.99 | 88.33 |
| 3 | St. Louis, MO | 15 | HX | Hampton Inn St Louis Airport Mo. | 10800 Pear Tree Lane | St. Louis, MO | 63074 | 314-427-3400 | 3 | 3 | 252.00 | 84.00 |
| 3 | St. Louis, MO | 16 | HH | Hilton Garden Inn O'Fallon | 2310 Technology Drive | O'Fallon, MO | 63366 | 636-625-2700 | 2 | 2 | 160.00 | 80.00 |
| 3 | St. Louis, MO | 17 | HI | Holiday Inn Select St Peters | 4341 Veterans Memorial Pkwy | St. Peters, MO | 63376 | 636-928-1500 | 1 | 2 | 142.00 | 71.00 |
| 3 | St. Louis, MO | 18 | HR | Harrah's St. Louis Casino Hotel | 777 Casino Center Drive | St. Loius, MO | 63043 | 314-770-8100 | 2 | 2 | 198.00 | 99.00 |
| 3 | St. Louis, MO | 19 | HX | Hampton Inn St Louis/St. Charles | 3720 West Clay | St. Charles, MO | 63301 | 636-947-6800 | 1 | 2 | 151.20 | 75.60 |
| 3 | St. Louis, MO | 20 | BR | Renaissance St. Louis Airport | 9801 Natural Bridge Road | St. Louis, MO | 63134 | 314-429-1100 | 1 | 1 | 139.00 | 139.00 |
| 3 | St. Louis, MO | 21 | CY | Courtyard St Louis Downtown | 2340 Market Street | St. Louis, MO | 63103 | 314-241-9111 | 1 | 1 | 107.00 | 107.00 |
| 3 | St. Louis, MO | 22 | ES | Embassy Suites St Louis Airport | 11237 Lone Eagle Drive | Bridgeton, MO | 63044 | 314-739-8929 | 1 | 1 | 99.00 | 99.00 |
| 3 | St. Louis, MO | 23 | ES | Embassy Suites St. Louis Riverfront | 901 N First St | St. Louis, MO | 63102 | 314-241-4200 | 1 | 1 | 170.10 | 170.10 |
| 3 | St. Louis, MO | 24 | HI | Holiday Inn St Louis S West Viking | 10709 Watson Road | St. Louis, MO | 63127 | 314-821-6600 | 1 | 1 | 99.00 | 99.00 |
| 3 | St. Louis, MO | 25 | HX | Hampton Inn St Louis/Westport | 2454 Old Dorsett Rd | St. Louis, MO | 63043 | 314-298-7878 | 1 | 1 | 63.00 | 63.00 |
| 3 | St. Louis, MO | 26 | MC | Marriott St. Louis Airport | I-70 at Lambert Airport | St. Louis, MO | 63134 | 314-423-9700 | 1 | 1 | 139.00 | 139.00 |
| 4 | Boston, MA | 1 | HI | Holiday Inn Select Government Center | 5 Blossom Street At Cambridge | Boston, MA | 2114 | 617-742-7630 | 26 | 73 | 9,538.43 | 130.66 |
| 4 | Boston, MA | 2 | BH | Hawthorn Stes Limited North Chelmsford | 25 Research Place | North Chelmsford, MA | 1863 | 978-256-5151 | 7 | 60 | 4,760.00 | 79.33 |
| 4 | Boston, MA | 3 | BW | Best Western Chelmsford | 187 Chelmsford St | Chelmsford, MA | 1824 | 978-256-7511 | 7 | 13 | 1,162.00 | 89.38 |
| 4 | Boston, MA | 4 | HH | Hilton Boston Back Bay | 40 Dalton Street | Boston, MA | 2115 | 617-236-1100 | 4 | 13 | 2,355.30 | 181.18 |
| 4 | Boston, MA | 5 | HH | Hilton Boston Logan Airport | One Hotel Drive | Boston, MA | 2128 | 617-568-6700 | 12 | 12 | 1,591.20 | 132.60 |
| 4 | Boston, MA | 6 | HI | Holiday Inn Express Boston | 69 Boston Street | Boston, MA | 2125 | 617-288-3030 | 3 | 10 | 1,133.78 | 113.38 |

APC 788

APC 798