IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SETH DANIELS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. |
| | ) | 05-00459-ML-LOA |
| AMERICAN POWER CONVERSION CORPORATION, | ) | |
| Defendant. | ) | |

ORIGINAL

Deposition of BRIAN J. KELLY, taken pursuant to Fedeeral Rules of Civil Procedure, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, before Sarah J. Miner, L.S.R., a Notary Public in and for the State of Connecticut, on October 19, 2006, at 9:00 a.m.

Exhibit 4

documentation.
Q. What prompted to you speak with Mr. Bonzani?
A. I believe he was Seth's immediate supervisor.
Q. What did you speak to him about specifically?
A. Well, I think that because John had approved the expense reports, and in making him aware of the fact that there were receipts missing on a report that he had approved, and these are receipts that were unrelated to any receipts that would have been stolen in the break-in to the car. And, again, asking John's assistance to work with Seth to obtain either the original receipts or copies of the receipts or certain documentation for certain expenses.
Q. Do you recall anything else you said to John at that time?
A. No, not offhand.
Q. What was John's response?
A. He was willing to address the issue with Seth.
Q. And did he?
A. As far as I know he did.

Q. Did he ever report back to you that he had?

A. I don't recall if he did or not.

Q. And you stated as far as you know he did, on what basis do you make that statement?

A. Well, normally working with John, if I asked something of him, he wouldn't ignore a request.

Q. Were there any other issues with regard to Mr. Daniels not submitting receipts for expenses other than that one instance?

A. I don't recall all the particulars surrounding his expense reports. I know that the theft of the receipts and what was what triggered the whole expense report issue. I don't recall if there was anything subsequent to that period of time regarding his expenses.

Q. You don't recall an instance in which there were, other than that one instance surrounding the fact, you don't recall whether there were any other instance in which Mr. Daniels submitted expense reimbursement request for which he didn't have receipts; is that correct?

A. I can't recall.

Q. You don't recall any others; is that correct?

MR. KOSTAKOS: Objection.

BY MS. KISCH:

Q. Is that correct?

A. Correct.

Q. Were there any other -- going back to the three reasons why you said you got involved with reviewing Mr. Daniels' expenses, you said one was I have gone through the first two reasons, the third reason was Ms. Bollman?

A. Correct.

Q. What was that?

A. The APC employees, not all APC employees, but those employees who would be traveling on a regular basis were eligible to apply for an American Express card for which APC paid the annual fee. The card is issued by American Express based upon the employee's credit, not APC's credit. If the employee doesn't pay the bill, APC is not left on the hook for paying the bill. Mr. Daniels apparently had, I don't know if he had a bankruptcy or something in his past which prevented him from, I don't even think he applied for, he didn't even want to apply for an American Express, even though that opportunity was available to him with APC paying the fee. Whatever, he decided not to apply