IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - -

SETH DANIELS,
Plaintiff,

ORIGINAL

vs C.A. No. 05-00459-ML-LDA

AMERICAN POWER CONVERSION CORPORATION,
Defendant.

- - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF CHRISTINE BOLLMAN, called as a witness by counsel for the Plaintiff, pursuant to the provisions of Rhode Island Rules of Civil Procedure, before Victoria S. Reade, Professional Court Reporter and Notary Public, in and for the State of Rhode Island, taken at Law Offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, on Thursday, October 12, 2006, commencing at 1:00 p.m.

Exhibit 5

regard to the level of car an individual
to allowed to rent based upon a job title?
A. No.
Q. Is Mr. Machala a large man?
A. No.
Q. Did you inquire at all whether Mr. Machala
was escorting customers in the car?
A. No.
Q. Did you inquire with anybody else with
regard to the type or size of car that was
rented at all since you're the travel
manager?
A. No.
Q. Do you have any knowledge at all whether
or not there are any individuals at all
that have not been reimbursed for the
total cost for renting a car based upon
either the size or type of car?
A. I do not know.
Q. Do you know whether or not any inquires
were made with regard to any other
individual other than Mr. Machala with
regard to the size or type of car that was
rented?

A. As for myself?
Q. Do you have any knowledge at all, could be that somebody else told you something, doesn't matter where your knowledge came from, do you have any knowledge at all?
A. Can you rephrase that.
Q. Do you have any knowledge of any inquires that were made at all with regard to an individual who rented a car based upon the type or size of the car?
A. No.
Q. Do you have any knowledge at all with regard to individuals not receiving full reimbursement because of either the size or type of car?
A. No.
MS. KIRSCH: Do you want to take a quick break?
MR. KOSTAKOS: Sure.
(THEREUPON, THERE WAS A SHORT RECESS.)
Q. Going back to the preferred, the APC preferred hotel list, you had said that in the APC travel policy there was no APC