IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ORIGINAL

| | |
|---|---|
| SETH DANIELS, Plaintiff, | |
| vs. | Civil Action No. 05-00459-ML-LOA |
| AMERICAN POWER CONVERSION CORPORATION, Defendant. | |

Deposition of CHRISTINE B. HENDRIX, taken pursuant to Fedeeral Rules of Civil Procedure, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, before Sarah J. Miner, L.S.R., a Notary Public in and for the State of Connecticut, on October 18, 2006, at 9:00 a.m.

Exhibit 6

Q. Is BK Brian Kelly?
A. Yes.
Q. Do you recall, in order to give this E mail did you actually speak with John Bonzani?
A. The John is referring to John Bonzani, yes.
Q. Do you remember speaking to him?
A. I don't recall specifically speaking with him.
(Plaintiff's Exhibit No. 3 marked for identification.)
BY MS. KISCH:
Q. Ms. Hendrix, I show you what has been marked Hendrix Exhibit 3. Take a moment to look at this.
A. Okay.
Q. If you look down towards the bottom, the third to last paragraph talks about phone issues, and subject expenses. Does this have anything to do with the issues you said you received a complaint from the ID department about or this is separate?
MR. KOSTAKOS: Objection. You can answer.
THE WITNESS: I don't know.
BY MS. KISCH:
Q. Okay.

THE WITNESS: I just don't know.
BY MS. KISCH:
Q. Do you have any knowledge about any of the charges in this E mail as to whether or not they were reimbursed?
A. Do I have any information about any of these charges.
Q. Whether or not they were reimbursed by APC?
A. I don't know, but the other E mail says something about $3,500. I don't know if this is that $3,500. I don't know.
Q. Were you involved at all -- there was an E mail sent to you?
A. Yes.
Q. So what was your involvement if any in, with regard to any of these, the issues in this E mail?
A. I am not sure if this was information for me, I don't know. I don't know what I would have done with there, it was sent to Seth. It looks like I was simply inquiring, and then, and this is, he communicated to me what he communicated to Seth. That is all I know right today.
Q. Okay. Was there a requirement in order to be reimbursed for expenses an individual had to

produce individual receipts?

A. I don't recall. I don't remember.

(Plaintiff's Exhibit No. 4 marked for identification.)

BY MS. KISCH:

Q. Ms. Hendrix, I show you what has been marked as Hendrix Exhibit 4?

A. Okay.

Q. Have you ever seen this document before?

A. I don't remember. I don't remember seeing this.

Q. Do you know what this refers to?

A. No. I don't.

Q. Do you have any role in disseminating APC policies to employees?

MR. KOSTAKOS: Objection.

THE WITNESS: I think we talked about it would have been through the new hire orientation binders, which I kept in my office. From a dissemination standpoint I would give people the binders. I mean. Does that make sense?

BY MS. KISCH:

Q. Other than the binders, did you have any other role of disseminating any other APC policies to employees?