**Brian Kelly**
03/23/2004 02:35 PM

To: Christine Hendrix/CORP/NAM/APCC@APCC
cc: Christine Bollman/CORP/NAM/APCC@APCC, Mary Tougas/CORP/NAM/APCC@APCC
Subject: Re: Status on Seth Daneil's expenses

Chris H:

We reimbursed Seth on 3/10 for $476.99 for the cell phone that he originally expensed but had no receipt. I see no item on any report for $600 for voice recognition software. Perhaps he has not submitted it yet.

Mary:

Please dedcut the following:

1)$2,000 advance

✓2)$476.99 for the phone

3)$280.00 for unaccounted gift cards given to him.

4)Items that I have highlighted on the reports that are not to be reimbursed.

5)If he submits any subsequent reports, please let me see them when they arrive.

Thanks
Brian

Director - Finance & Administration
North America
Christine Hendrix

**Christine Hendrix**
03/23/04 12:51 PM

To: Brian Kelly/CORP/NAM/APCC@APCC
cc: Christine Bollman/CORP/NAM/APCC@APCC, Mary Tougas/CORP/NAM/APCC@APCC
Subject: Re: Status on Seth Daneil's expenses

Peachtree- it is taken care of- no more needs to be done on this end.

However- in researching that we found that he still has a cell phone ($400 or so) and voice recognition software ($600 or so) that should be returned or billed to him. Again- these things shold be listed on his expense accounts for exact amounts.

Thanks for your assistance with this.

Christine Hendrix
Human Resources
401.435.9800 ext. 6695
401.789.5735 ext. 2409
Brian Kelly

**Brian Kelly**
03/23/2004 11:25 AM

To: Christine Hendrix/CORP/NAM/APCC@APCC
cc: Christine Bollman/CORP/NAM/APCC@APCC, Mary

Exhibit 7

Tougas/CORP/NAM/APCC@apcc
Subject: Status on Seth Daneil's expenses

Ladies:

We have some outstanding issues that we need to resolve so that Seth's expenses can be released:

1)We will deduct the $2,000 advance that was given to him.

2)Christine H. mentioned the Peachtree software that is missing. Has it been found? If not, what is the purchase price so we can deduct?

3)Car rental expense - Mary Tougas advised that he expenses a Jepp Cherokee which is outside the policy. Mary needs to get togthere with Chris B. to advise what the cost should have been for a car that met policy. We will only reimburse that amount.

4)There are still $280.00 in unaccounted gift cards/certificates that were given to Seth. If we cannot confirm they were distributed then we will deduct that amount.

Please review and advise so that we can close out this issue.

Thanks
Brian

Director - Finance & Administration
North America
Christine Hendrix

**Christine Hendrix**
03/18/04 09:54 AM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc: Brian Kelly/CORP/NAM/APCC@APCC
Subject: Re: Fw: J&W awards certificates

We are missing a disc for the Peachtree software he purchased, as well as a telephone that he supossedly expensed (Brian can you check on that?) and a computer bag i am told we paid for. (again- if you could check.) Thanks.

Christine Hendrix
Human Resources
401.435.9800 ext. 6695
401.789.5735 ext. 2409
Christine Bollman

**Christine Bollman**
03/17/2004 04:26 PM

To: Brian Kelly/CORP/NAM/APCC@APCC
cc: Brian Kelly/CORP/NAM/APCC@APCC, Christine Hendrix/CORP/NAM/APCC@APCC
Subject: Re: Fw: J&W awards certificates

Brian - if the first question is directed towards me, no info/confirmation. Kim Distefano gave them to Seth.

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
Brian Kelly

**Brian Kelly**
03/17/2004 04:20 PM

To: Brian Kelly/CORP/NAM/APCC@APCC
cc: Christine Bollman/CORP/NAM/APCC@APCC, Christine Hendrix/CORP/NAM/APCC@APCC
Subject: Re: Fw: J&W awards certificates

Do we have any information/confirmation on the receipients of the other $280 in certificates? If not then I plan to deduct this amount from Seth's expense reimbursement.

Also, Chis H, do we have an updated status on the retunr of any APC equiment that was in Seth's possession?

Brian

Director - Finance & Administration
North America
Brian Kelly

**Brian Kelly**
03/15/2004 12:29 PM

To: Christine Bollman/CORP/NAM/APCC
cc: Christine Hendrix/CORP/NAM/APCC@APCC
Subject: Re: Fw: J&W awards certificates

Chris B:

Please contact the employee who is listed in the file as having received one and confirm that he did receive it. If we cannot confirm that someone else received any of the others I will deduct it from his expense reimbursement.

Thanks
Brian

Director - Finance & Administration
North America
Christine Bollman

**Christine Bollman**
03/15/04 12:25 PM

To: Christine Hendrix/CORP/NAM/APCC@APCC
cc: Brian Kelly/CORP/NAM/APCC@APCC
Subject: Re: Fw: J&W awards certificates

they are gift cards, just like cash.

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
Christine Hendrix



**Christine Hendrix**
03/15/2004 12:20 PM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc:
Subject: Fw: J&W awards certificates

Can we get these cancelled?

Christine Hendrix
Human Resources
401.435.9800 ext. 6695
401.789.5735 ext. 2409
----- Forwarded by Christine Hendrix/CORP/NAM/APCC on 03/15/2004 12:19 PM -----



**Julie Cipolla**
03/15/2004 12:06 PM

To: Christine Hendrix/CORP/NAM/APCC@APCC
cc:
Subject: Fw: J&W awards certificates

FYI, kiddo

keep smiling

----- Forwarded by Julie Cipolla/CORP/NAM/APCC on 03/15/2004 11:56 AM -----



**Christine Bollman**
03/15/2004 11:52 AM

To: Kim Distefano/TMP/NAM/APCC@APCC
cc: Julie Cipolla/CORP/NAM/APCC@APCC
Subject: Re: J&W awards certificates

oh boy, I should have known

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
Kim Distefano



**Kim Distefano**
03/15/2004 11:45 AM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc: Julie Cipolla/CORP/NAM/APCC@APCC
Subject: Re: J&W awards certificates

Hi Christine:

You must be psychic!!!!!!!!!! I just sent an e-mail to Christine Hendrix regarding the very same thing. Per Seth's request, I gave them all to him to hold. I have just advised Christine Hendrix of the situation, as I'm sure this is something that she will need to investigate. Please see the attached spreadsheet. Only one gift certificate was awarded as far as I know. I should hope that if any of the others were given out, that someone would have advised me and I would have entered it on my spreadsheet.

Thanks

GIFT CERTIFICATES.xl
Christine Bollman

**Christine Bollman**
03/15/2004 11:41 AM

To: Kim Distefano/TMP/NAM/APCC@APCC
cc:
Subject: J&W awards certificates

Kim - do you still have the gift certificates I gave you ? If not , who was awarded them ?
thanks

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com