AVIS®

Dec-03

212485151

Avis Rent A Car System, Inc.

CX 1 GARRAHAN STREET PROVIDENCE,RI,02903,US 1097

>>RETURN<< RA DOCUMENT 242517343
CAR# 8 1 2 2 0 8 5 GRP C/D
MI OUT:14405 MI IN: 14734
TOTAL MILES DRIVEN: 511
PLATE# MA 93WM14 FUEL OUT: 8/8
BRO CHEV 98LZ 4DR FUEL IN: 0/8

METHOD OF PAYMENT: VISA
AUTH: 12322/126 L
PHONE:609.206.1100
DRIVERS LIC# USNJXXXXXXXXXX8662
DATE OF BIRTH: 02AUG66
WIZARD# Y4014E
AWD# B923400
COST CONTROL# 12/98541
REMARKS:XM RADIO 2.99 DAY

RENTED: 27DEC03/1200 AT: PROVIDENCE RI
RETURN: 12DEC03/1845 AT: PROVIDENCE RI
DUE IN: 12DEC03/1200 AT: PROVIDENCE RI

*******OPTIONAL SERVICES******

LDW: 20.99/DAY DECLINED
PAI: 3.00/DAY DECLINED
PEP: 1.95/DAY DECLINED
ALI: 11.95/DAY DECLINED

PREV CAR# 0812V015 # OF EXCHGS 02
MI IN:14946 MI DRIVEN:00138
LAST EXCHANGE:PVD
EXCHG DATE/TIME:05DEC03/2148
EXT TO:12DEC03/1200 ON:05DEC03/2148
ORG RNT LOC:PV1

PHONE: 401-521-7900 387301
RATE: IN/D TIME: 11 DY 1 HR
MIN 1 DAY

| | | | |
|---|---|---|---|
| 0 MI @ | .00 | | |
| 1 HR @ | 14.67 | | 14.67 |
| 4 DY @ | 44.00 | | 176.00 |
| 1 WK @ | 264.00 | | 264.00 |
| 0 MO @ | 1056.00 | | |
| IN/D 511FM | | | |
| TIME & MILEAGE | | = | 454.67 |
| MISC CHARGES (0) | | + | 11.96 |
| FUEL SERVICE: .3882/MI | | | |
| | 4.999/GAL | | |
| FUEL SERVICE CHARGE | | + | 89.98 |
| * RI 6% SURCHARGE | | + | 33.40 |
| | | + | 45.00 |
| SUBTOTAL | | | 635.01 |
| TAX 7.000% | | + | 44.45 |
| TOTAL CHARGES | | | 679.46 |
| AMOUNT DUE CV USD | | | 679.46 |

* RHODE ISLAND RENTAL CAR SURCHARGE

DANIELS,SETH
2227 US HIGHWAY 1
UNIT 196
NORTH BRUNSWICK,NJ,08902,US

compact car is only about $2.00 per day cheaper per Christine Bollman

------NOTICES------NOTICES------NOTICES------NOTICES------NOTICES------NOTICES------NOTICES

***THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN BILLED TO YOUR VISA CARD.
***ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY ERRORS ARE FOUND.
***FOR LOCAL INQUIRIES CALL 401-521-7900, ALL OTHER INQUIRIES CALL 800-352-7900.
***THANK YOU FOR RENTING FROM AVIS.
***MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.
RC14/26AE/04048/15:56/F

***IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED A SERVICE CHARGE APPLIES.
***I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS RENTAL DOCUMENT.

X______________________________ RENTAL #242517343
RES # 19757026-US-5W
RENTAL AGENT: 886400 RETURN AGENT: 40407

Exhibit 8