Web 117067

ORACLE Contact Us Global Policy Return to Portal Logout Preferences

Expense Reports

Expenses Entry Expenses Search Expenses Preferences Projects and Tasks

General Information Cash and Other Expenses **Review**

## Review Your Expense Report

Save Cancel Back Step 3 of 3 Submit

Review the completed expense report below. Click **Submit** to send the expense report for approval, or click **Back** to make changes. You will not be able to make any changes to the expense report once it has been submitted.

-63.59 USB Drive Deduct per Brian Kelly
-230.98 router - Deduct per Brian Kelly

### General Information

Name **DANIELS, SETH (14499)** Expense Dates **30-JAN-2003 - 31-JAN-2004**
Cost Center **305** Purpose **Expense Report 1Jan -2004 to 31-Jan-2004**
Approver Lines Requiring Receipts **58**
* View Expenses By Expenses Details Go

-69.85 computer manual deduct per B.K.

$3648.63

3-29 MT

### Cash and Other Expenses

#### Receipt-Based Expenses

| Date | Receipt Amount | Exchange Rate | Expense Type | Location Expense Incurred | Merchant Name | Justification | Reimbursable Amount (USD) | Receipt Required |
|---|---|---|---|---|---|---|---|---|
| 05-Jan-2004 | 88.00 USD | 1 | FARES | | | amtrak | 88.00 | ✔ |
| 09-Jan-2004 | 148.00 USD | 1 | FARES | | | amtrak | 148.00 | ✔ |
| 11-Jan-2004 | 142.00 USD | 1 | FARES | | | amtrak | 142.00 | ✔ |
| 17-Jan-2004 | 96.00 USD | 1 | FARES | | | amtrak | 96.00 | ✔ |
| 19-Jan-2004 | 88.00 USD | 1 | FARES | | | amtrak | 88.00 | ✔ |
| 25-Jan-2004 | 39.00 USD | 1 | FARES | | | amtrak | 39.00 | ✔ |
| 25-Jan-2004 | 88.00 USD | 1 | FARES | | | amtrak | 88.00 | ✔ |
| 23-Jan-2004 | 104.00 USD | 1 | FARES | | | amtrak | 104.00 | ✔ |
| 23-Jan-2004 | 12.65 USD | 1 | FARES | | | nj transit | 12.65 | ✔ |
| 05-Jan-2004 | 5.00 USD | 1 | FARES | | | cab | 5.00 | ✔ |
| 09-Jan-2004 | 35.00 USD | 1 | FARES | | | cab | 35.00 | ✔ |



Exhibit 9

APC 679

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09-Jan-2004 | 5.00 USD | 1 | FARES | | | cab | 5.00 | ✔ |
| 11-Jan-2004 | 6.00 USD | 1 | FARES | | | cab | 6.00 | ✔ |
| 17-Jan-2004 | 5.00 USD | 1 | FARES | | | cab | 5.00 | ✔ |
| 17-Jan-2004 | 35.00 USD | 1 | FARES | | | cab | 35.00 | ✔ |
| 21-Jan-2004 | 5.00 USD | 1 | FARES | | | cab | 5.00 | ✔ |
| 23-Jan-2004 | 35.00 USD | 1 | FARES | | | cab | 35.00 | ✔ |
| 23-Jan-2004 | 5.00 USD | 1 | FARES | | | cab | 5.00 | ✔ |
| 26-Jan-2004 | 6.00 USD | 1 | FARES | | | cab | 6.00 | ✔ |
| 09-Jan-2004 | 282.66 USD | 1 | CAR RENTAL | | | avis | 282.66 | ✔ |
| 16-Jan-2004 | 262.91 USD | 1 | CAR RENTAL | | | avis | 262.91 | ✔ |
| 23-Jan-2004 | 168.60 USD | 1 | CAR RENTAL | | | avis | 168.60 | ✔ |
| 31-Jan-2004 | 16.14 USD | 1 | CAR RENTAL | | | gas | 16.14 | ✔ |
| 12-Jan-2004 | 10.00 USD | 1 | CAR RENTAL | | | gas | 10.00 | ✔ |
| 04-Jan-2004 | [redacted] NO | 1 | NON-CAPITAL ($2500 OR LESS) COMPUTER EQUIP | | | usb drive | 63.59 | ✔ |
| 06-Jan-2004 | [redacted] NO | 1 | NON-CAPITAL ($2500 OR LESS) COMPUTER EQUIP | | | linksys router for training lan | 230.98 | ✔ |
| 28-Jan-2004 | [redacted] NO | 1 | NON-CAPITAL ($2500 OR LESS) COMPUTER EQUIP | | | computer manual | 69.85 | ✔ |
| 05-Jan-2004 | 14.00 USD | 1 | BREAKFAST | | | seth | 14.00 | ✔ |
| 05-Jan-2004 | 61.00 USD | 1 | DINNER | | | see receipt | 61.00 | ✔ |
| 06-Jan-2004 | 9.00 USD | 1 | LUNCH | | | seth | 9.00 | ✔ |
| 07-Jan-2004 | 25.00 USD | 1 | LUNCH | | | see receipt | 25.00 | ✔ |
| 08-Jan-2004 | 126.00 USD | 1 | DINNER | | | see receipt | 126.00 | ✔ |
| 08-Jan-2004 | 5.81 USD | 1 | LUNCH | | | see receipt | 5.81 | ✔ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09-Jan-2004 | 3.50 USD | 1 | BREAKFAST | | seth | 3.50 | ✔ |
| 09-Jan-2004 | 1.75 USD | 1 | BREAKFAST | | seth | 1.75 | ✔ |
| 09-Jan-2004 | 23.00 USD | 1 | LUNCH | | seth | 23.00 | ✔ |
| 11-Jan-2004 | 6.75 USD | 1 | DINNER | | seth | 6.75 | ✔ |
| 11-Jan-2004 | 1.75 USD | 1 | DINNER | | seth | 1.75 | ✔ |
| 12-Jan-2004 | 30.00 USD | 1 | LUNCH | | see receipt | 30.00 | ✔ |
| 14-Jan-2004 | 30.00 USD | 1 | LUNCH | | see receipt | 30.00 | ✔ |
| 15-Jan-2004 | 212.86 USD | 1 | DINNER | | business meal - AGS Training Dept - details on receipt | 212.86 | ✔ |
| 16-Jan-2004 | 125.55 USD | 1 | LUNCH | | business meal - AGS Training Dept - details on receipt | 125.55 | ✔ |
| 19-Jan-2004 | 6.00 USD | 1 | LUNCH | | seth | 6.00 | ✔ |
| 19-Jan-2004 | 1.75 USD | 1 | LUNCH | | seth | 1.75 | ✔ |
| 21-Jan-2004 | 27.00 USD | 1 | DINNER | | seth | 27.00 | ✔ |
| 22-Jan-2004 | 45.00 USD | 1 | DINNER | | seth | 45.00 | ✔ |
| 22-Jan-2004 | 15.00 USD | 1 | LUNCH | | seth | 15.00 | ✔ |
| 23-Jan-2004 | 23.00 USD | 1 | LUNCH | | seth | 23.00 | ✔ |
| 23-Jan-2004 | 1.50 USD | 1 | DINNER | | seth | 1.50 | ✔ |
| 23-Jan-2004 | 2.00 USD | 1 | DINNER | | seth | 2.00 | ✔ |
| 25-Jan-2004 | 6.00 USD | 1 | BREAKFAST | | seth | 6.00 | ✔ |
| 27-Jan-2004 | 127.10 USD | 1 | DINNER | | Business meal - AGS Training Dept - details on receipt | 127.10 | ✔ |
| 31-Jan-2004 | 28.00 USD | 1 | DINNER | | Seth | 28.00 | ✔ |
| 27-Jan-2004 | 104.00 USD | 1 | LUNCH | | Business meal - AGS Training Dept - details on receipt | 104.00 | ✔ |
| 28-Jan-2004 | 323.00 USD | 1 | LUNCH | | Business meal - AGS | 323.00 | ✔ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Training Dept - details on receipt | | |
| 29-Jan-2004 | 198.35 USD | 1 | LUNCH | | | Business meal - AGS Training Dept - details on receipt | 198.35 | ✔ |
| 30-Jan-2003 | 172.00 USD | 1 | DINNER | | | Business meal - AGS Training Dept - details on receipt | 172.00 | ✔ |
| 30-Jan-2003 | 205.00 USD | 1 | DINNER | | | Business meal - AGS Training Dept - details on receipt | 205.00 | ✔ |
| | | | | | | **Total** | 4,013.05 | |

Expense Report Total **4,013.05 USD**

Save Cancel Back Step 3 of 3 Submit

**Expenses** | Contact Us | Global Policy | Return to Portal | Logout | Preferences