**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SETH DANIELS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO: 05-00459-ML-LDA |
| | ) | Judge Mary Lisi |
| AMERICAN POWER CONVERSION CORPORATION | ) | |
| Defendant. | ) | |

**<u>PLAINTIFF'S MOTION TO SHORTEN TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOPTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff, through his undersigned attorneys, hereby requests that this Court shorten the time in which Defendant may respond to Plaintiff's Motion for Extension of Time to File His Opposition To Defendant's Motion For Summary Judgment. Plaintiff requests that this Court order that if Defendant intends to respond to Plaintiff's Motion for an Extension of Time, that it file its response by Tuesday, January 2, 2007.

The reasons for this motion are set forth more fully in the accompanying Memorandum.

Respectfully submitted this 27th day of December, 2006,

/s/ Noelle Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFF***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION

Defendant.

CIVIL NO: 05-00459-ML-LDA
Judge Lisi

**ORDER**

Upon consideration of Plaintiff's Motion To Shorten Time For Defendant to Respond to Plaintiff's Motion for Extension of Time to File His Opposition to Defendant's Motion for Summary Judgment, IT IS HEREBY ORDERED, that Plaintiff's Motion To Shorten Time is GRANTED.

AND IT IS FURTHER ORDERED Defendant shall file its response, if any, to Plaintiff's Motion For Extension of Time to File His Opposition to Defendant's Motion for Summary Judgment no later than January 2, 2007.

Dated: ____________, 2006.

______________________________

The Honorable Chief Judge Mary Lisi
United States District Judge
District of Rhode Island

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Shorten Time for Defendant to Respond to Plaintiff's Motion For Extension of Time to File His Opposition to Defendant's Motion For Summary Judgment and proposed Order will be served upon all counsel of record via the court's electronic filing system.

_________/s/ Noelle Clapham ____