**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION TO SHORTEN TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOPTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, through his undersigned attorneys, hereby requests that this Court shorten the time in which Defendant may respond to Plaintiff's Motion for Extension of Time to File His Opposition To Defendant's Motion For Summary Judgment.

Plaintiff's Opposition to Defendant's Motion For Summary Judgment is currently due on January 5, 2007. Plaintiff has filed a request for an extension to file his opposition. Dkt. No. 29. However, Defendant's response to Plaintiff's request for the extension is not due until after Plaintiff's response to Defendant's Motion for Summary Judgment is due. Therefore, in order to address the issues raised in Plaintiff's request for an extension, Plaintiff requests that the Court order Defendant to file any opposition to the requested extension by January 2, 2007.

Plaintiff initially requested consent from Defendant on December 21, 2006 for the

extension. Defendant did not respond until December 28, 2006 that it would not consent.

Plaintiff respectfully requests that the Court grant his request to shorten the time in which Defendant may respond to Plaintiff's request for an extension.

Respectfully submitted this 27th day of December, 2006,

/s/ Noelle Clapham____________________
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFF***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Memorandum in Support of His Motion to Shorten Time for Defendant to Respond to Plaintiff's Motion For Extension of Time to File His Opposition to Defendant's Motion For Summary Judgment and proposed Order will be served upon all counsel of record via the court's electronic filing system.

/s/ Noelle Clapham