IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

Civil Action No: 05-00459-ML-LDA

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant American Power Conversion Corporation hereby moves that Christopher B. Kaczmarek be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

Respectfully submitted,

**AMERICAN POWER CONVERSION CORPORATION,**

By its attorneys,

/s/ George P. Kostakos
George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
401-454-2903 (t)
401-454-2969 (f)
gkostakos@littler.com

Dated: December 28, 2006

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 28th day of December 2006 the foregoing Motion for Admission Pro Hac Vice and attached Certification of Christopher B. Kaczmarek was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos

Firmwide:81472620.1 049233.1004