IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

Civil Action No: 05-00459-ML-LDA

**CERTIFICATION OF CHRISTOPHER B. KACZMAREK**
**FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member of good standing in the bar of the Commonwealth of Massachusetts and of the following Federal District Court Bar(s): (1) Massachusetts and (2) New Hampshire, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than <u>minor</u> traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to these preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen. 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Christopher B. Kaczmarek (BBO# 647085)
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
617-378-6017 (t)
617-737-0052(f)
ckaczmarek@littler.com

I certify that have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen. 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ George P. Kostakos
George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
401-454-2903 (t)
401-454-2969 (f)
gkostakos@littler.com

This motion is hereby ________________________________________.

________________________________
Lisi, J.

Date: ________________________