IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ORIGINAL

```
- - - - - - - - - - - - - X
                          :
SETH DANIELS,             :
                          :
         Plaintiff,       :
                          :
      v.                  : Case No.: 1:05-cv-00459
                          :
AMERICAN POWER CONVERSION : Judge Mary M. Lisi
CORPORATION,              : Magistrate Judge Lincoln D.
                          : Almond
                          :
         Defendant.       :
                          :
- - - - - - - - - - - - - X
```

Thursday, October 5, 2006

Washington, D.C.

Exhibit 5

Deposition of:

JOHN J. BONZANI,

a witness was called for examination by Counsel for Plaintiff, Lori Kisch, attorney at law, pursuant to Notice at the offices of Wiggins, Childs, Quinn & Pantazis, 7 Dupont Circle, Northwest, Suite 200, Washington, D.C. 20036, commencing at 10:00 a.m., there being present on behalf of the respective parties:

A P P E A R A N C E S:

ON BEHALF OF PLAINTIFF:

WIGGINS, CHILDS, QUINN & PANTAZIS
BY: LORI KISCH, ATTORNEY-AT-LAW
7 Dupont Circle, N.W.
Suite 200
Washington, D.C. 20036
Telephone: 202.467.4123
Facsimile: 202.467.4489

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - -

SETH DANIELS,

Plaintiff,

vs C.A. No. 05-00459-ML-LDA

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF CHRISTINE BOLLMAN, called as a witness by counsel for the Plaintiff, pursuant to the provisions of Rhode Island Rules of Civil Procedure, before Victoria S. Reade, Professional Court Reporter and Notary Public, in and for the State of Rhode Island, taken at Law Offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, on Thursday, October 12, 2006, commencing at 1:00 p.m.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - x

SETH DANIELS,

Plaintiff

Civil Action
No. 05-00459-ML-LDA

vs.

AMERICAN POWER
CONVERSION CORPORATION,

Defendant

- - - - - - - - - - - - - - - x

DEPOSITION of BRUCE E. GOUGH, a witness called on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, before Patricia A. Conant, a Registered Professional Reporter and Notary Public within and for the State of Rhode Island, at the offices of Stephen Robinson, 155 south Main Street, Fourth Floor, Providence, Rhode Island 02903, on Thursday, November 9, 2006, commencing at 9:33 a.m.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br>Plaintiff,<br>vs.<br>AMERICAN POWER CONVERSION CORPORATION,<br>Defendant. | Civil Action No. 05-00459-ML-LOA |

Deposition of CHRISTINE B. HENDRIX, taken pursuant to Fedeeral Rules of Civil Procedure, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, before Sarah J. Miner, L.S.R., a Notary Public in and for the State of Connecticut, on October 18, 2006, at 9:00 a.m.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No. 05-00459-ML-LOA |

Deposition of BRIAN J. KELLY, taken pursuant to Fedeeral Rules of Civil Procedure, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, before Sarah J. Miner, L.S.R., a Notary Public in and for the State of Connecticut, on October 19, 2006, at 9:00 a.m.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO: 05-00459-ML-LDA

* * * * * * * * * * * * * * * * * * *

SETH DANIELS,

Plaintiff,

vs.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

* * * * * * * * * * * * * * * * * * *

DEPOSITION OF DOUG RADEMACHER, a witness called on behalf of the plaintiff, taken pursuant to the Rhode Island Rules of Civil Procedure, before Elizabette M. Afonso, Professional Shorthand Reporter and Commissioner for the State of Rhode Island and Providence Plantations, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, commencing at 10:25 a.m. on Friday, October 13, 2006.