**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

**DECLARATION OF LORI B. KISCH**

I, Lori B. Kisch, state the following:

1. I am an attorney with the law firm Wiggins, Childs, Quinn & Pantazis, PLLC ("WCQP") located in its Washington, D.C. office.

2. I have personal knowledge of the facts stated herein, and am competent to testify.

3. I am a member in good standing of the Bar of the District of Maryland, and of the District of Columbia bar.

4. Neither I, nor Noelle Clapham, received the discovery requests from APC when it stated that it initially served them. It was not until one month later, after APC's counsel contacted me regarding the discovery requests, that I learned that APC's attorneys had intended to serve them one month prior.

5. The documents attached were reformatted for ease of reading from documents produced from APC in excel format.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2007 in Washington, D.C.

Lori B. Kisch

Exhibit 15

| City Name | Property | Rooms | Nights | Amount | AvgRate |
|---|---|---|---|---|---|
| Providence, RI | Sheraton Inn Warwick Providence Arpt | 446 | 1407 | 124,569.00 | 88.54 |
| Providence, RI | Mainstay Suites | 88 | 1143 | 81,343.93 | 71.17 |
| Providence, RI | Johnson And Wales Inn | 167 | 1099 | 77,562.00 | 70.58 |
| Providence, RI | Radisson Airport Hotel Providence | 331 | 874 | 80,775.00 | 92.42 |
| Providence, RI | Park Inn Seekonk | 24 | 175 | 10,206.00 | 58.32 |
| Providence, RI | Hampton Inn Seekonk | 35 | 159 | 15,909.70 | 100.06 |
| Providence, RI | Extended Stay East Providence | 23 | 156 | 9,797.92 | 62.81 |
| Providence, RI | Crowne Plaza Warwick | 53 | 117 | 15,567.00 | 133.05 |
| Providence, RI | SpringHill Suites Warwick | 32 | 85 | 9,467.35 | 111.38 |
| Providence, RI | Courtyard Providence Downtown | 15 | 32 | 4,868.00 | 152.13 |
| Providence, RI | Holiday Inn Exp & Stes Warwick-Providenc | 4 | 22 | 2,510.00 | 114.09 |
| Providence, RI | Hotel Viking | 8 | 19 | 1,601.00 | 84.26 |
| Providence, RI | Village Inn | 1 | 14 | 1,260.00 | 90.00 |
| Providence, RI | Extended Stay America West Warwick | 3 | 11 | 929.00 | 84.45 |
| Providence, RI | The Westin Providence | 3 | 10 | 2,475.00 | 247.50 |
| Providence, RI | Kings Rose | 5 | 8 | 719.99 | 90.00 |
| Providence, RI | Hampton Inn Providence Warwick Airport | 3 | 7 | 800.30 | 114.33 |
| Providence, RI | Days Hotel At Providence | 4 | 7 | 911.00 | 130.14 |
| Providence, RI | Extended Stay Providence Warwick | 2 | 6 | 474.00 | 79.00 |
| Providence, RI | Holiday Inn Providence-Downtown | 2 | 6 | 714.00 | 119.00 |
| Providence, RI | Marriott Providence | 3 | 6 | 1,074.00 | 179.00 |
| Providence, RI | Providence Biltmore Hotel | 5 | 6 | 894.00 | 149.00 |
| Providence, RI | Providence Biltmore Hotel | 3 | 4 | 676.00 | 169.00 |
| Providence, RI | Fairfield Inn Warwick | 3 | 3 | 347.00 | 115.67 |
| Providence, RI | Newport Harbor Hotel And Marina | 1 | 3 | 195.00 | 65.00 |
| Providence, RI | Courtyard Foxborough | 2 | 2 | 206.10 | 103.05 |
| Providence, RI | Express North Attleboro | 1 | 2 | 214.20 | 107.10 |
| Providence, RI | Holiday Inn Express Middletown | 1 | 2 | 438.00 | 219.00 |
| Providence, RI | Comfort Inn Foxboro | 1 | 1 | 98.95 | 98.95 |
| Providence, RI | Comfort Inn Warwick Airport | 1 | 1 | 118.15 | 118.15 |
| Providence, RI | Hampton Inn Coventry | 1 | 1 | 107.10 | 107.10 |
| Providence, RI | Inn on Bellevue | 1 | 1 | 115.00 | 115.00 |
| Newport, RI | Newport Harbor Hotel And Marina | 175 | 669 | 52,407.00 | 78.34 |
| Newport, RI | Hotel Viking | 31 | 74 | 8,130.00 | 109.86 |
| Newport, RI | Holiday Inn S Kingstown Newport Area | 17 | 61 | 5,216.55 | 85.52 |
| Newport, RI | Marriott Newport | 10 | 27 | 4,219.00 | 156.26 |
| Newport, RI | Hyatt Regency Newport RI | 2 | 6 | 818.00 | 136.33 |
| Newport, RI | Mainstay Inn | 1 | 4 | 244.80 | 61.20 |
| Newport, RI | Vanderbilt Hall | 3 | 4 | 396.00 | 99.00 |
| Newport, RI | Courtyard Newport Middletown | 1 | 3 | 687.00 | 229.00 |
| Newport, RI | Vanderbilt Hall | 1 | 3 | 537.00 | 179.00 |

F:\American Power Conversion\Discovery\APC 2004 Top 10 Hotel Cities_Properties (reduced)

| City Name | Property | Rooms | Nights | Amount | AvgRate |
|---|---|---|---|---|---|
| Providence, RI | Mainstay Suites | 92 | 1967 | 163,166.28 | 82.95 |
| Providence, RI | Sheraton Inn Warwick Providence Arpt | 535 | 1741 | 157,994.00 | 90.75 |
| Providence, RI | Johnson And Wales Inn | 150 | 883 | 62,262.00 | 70.51 |
| Providence, RI | Radisson Airport Hotel Providence | 354 | 770 | 98,939.84 | 128.49 |
| Providence, RI | Fairfield Inn Warwick | 49 | 160 | 11,200.00 | 70.00 |
| Providence, RI | Crowne Plaza Warwick | 72 | 160 | 25,747.00 | 160.92 |
| Providence, RI | Extended Stay East Providence | 15 | 159 | 10,173.82 | 63.99 |
| Providence, RI | Johnson And Wales Inn | 16 | 136 | 9,458.00 | 69.54 |
| Providence, RI | Hotel Viking | 52 | 103 | 10,137.00 | 98.42 |
| Providence, RI | Comfort Suites West Warwick | 28 | 92 | 6,348.00 | 69.00 |
| Providence, RI | Hampton Inn Seekonk | 20 | 73 | 7,140.20 | 97.81 |
| Providence, RI | Newport Harbor Hotel And Marina | 18 | 63 | 4,206.00 | 66.76 |
| Providence, RI | Mainstay Suites | 3 | 61 | 4,387.69 | 71.93 |
| Providence, RI | SpringHill Suites Warwick | 26 | 61 | 6,346.80 | 104.05 |
| Providence, RI | SpringHill Suites Warwick | 2 | 37 | 3,663.00 | 99.00 |
| Providence, RI | Holiday Inn Providence-Downtown | 6 | 26 | 3,076.30 | 118.32 |
| Providence, RI | Fairfield Inn Warwick | 10 | 25 | 1,725.00 | 69.00 |
| Providence, RI | Crowne Plaza Warwick | 16 | 21 | 2,572.20 | 122.49 |
| Providence, RI | Express North Attleboro | 4 | 20 | 1,780.00 | 89.00 |
| Providence, RI | Providence Warwick Airport Hotel | 2 | 18 | 1,765.80 | 98.10 |
| Providence, RI | Hampton Inn Providence Warwick Airport | 6 | 16 | 1,894.60 | 118.41 |
| Providence, RI | Extended Stay Providence Warwick | 1 | 14 | 777.98 | 55.57 |
| Providence, RI | Comfort Inn Warwick Airport | 4 | 8 | 864.00 | 108.00 |
| Providence, RI | Marriott Providence | 2 | 7 | 1,323.00 | 189.00 |
| Providence, RI | Holiday Inn Express Middletown | 1 | 5 | 795.00 | 159.00 |
| Providence, RI | West Greenwich Super 8 Motel | 1 | 5 | 595.00 | 119.00 |
| Providence, RI | Courtyard Foxborough | 4 | 4 | 472.00 | 118.00 |
| Providence, RI | Courtyard Providence Downtown | 1 | 4 | 900.00 | 225.00 |
| Providence, RI | Holiday Inn Exp & Stes Warwick-Providenc | 3 | 4 | 416.00 | 104.00 |
| Providence, RI | Providence Biltmore Hotel | 4 | 4 | 556.00 | 139.00 |
| Providence, RI | Courtyard Providence Warwick | 2 | 3 | 312.00 | 104.00 |
| Providence, RI | Vanderbilt Hall | 2 | 3 | 253.00 | 84.33 |
| Providence, RI | Extended Stay America West Warwick | 2 | 2 | 181.99 | 91.00 |
| Providence, RI | Holiday Inn Express Suites Chambersburg | 2 | 2 | 153.90 | 76.95 |
| Providence, RI | Hampton Inn Coventry | 1 | 1 | 116.10 | 116.10 |
| Westerly, RI | Comfort Suites West Warwick | 414 | 1659 | 114,907.96 | 69.26 |
| Newport, RI | Newport Harbor Hotel And Marina | 341 | 887 | 68,136.00 | 76.82 |
| Newport, RI | Hotel Viking | 58 | 112 | 11,566.00 | 103.27 |
| Newport, RI | Holiday Inn S Kingstown Newport Area | 29 | 71 | 5,431.75 | 76.50 |
| Newport, RI | Marriott Newport | 18 | 25 | 4,447.00 | 177.88 |
| Newport, RI | Holiday Inn S Kingstown Newport Area | 3 | 7 | 527.56 | 75.37 |
| Newport, RI | Mainstay Inn | 5 | 5 | 200.00 | 40.00 |
| Newport, RI | Hyatt Regency Newport RI | 1 | 3 | 345.00 | 115.00 |
| Newport, RI | Courtyard Newport Middletown | 1 | 2 | 378.00 | 189.00 |

F:\American Power Conversion\Discovery\APC Top Hotel City_Properties 2005 (reduced)

| City Name | Property | Rooms | Nights | Amount | AvgRate |
|---|---|---|---|---|---|
| Providence, RI | Comfort Suites West Warwick | 595 | 3287 | 240,990.82 | 73.32 |
| Providence, RI | Sheraton Inn Warwick Providence Arpt | 726 | 2202 | 202,356.00 | 91.90 |
| Providence, RI | Mainstay Suites | 96 | 2022 | 137,220.00 | 67.86 |
| Providence, RI | Johnson And Wales Inn | 130 | 680 | 50,063.00 | 73.62 |
| Providence, RI | Radisson Airport Hotel Providence | 365 | 642 | 58,705.00 | 91.44 |
| Providence, RI | Extended Stay America West Warwick | 20 | 397 | 26,833.34 | 67.59 |
| Providence, RI | Newport Harbor Hotel And Marina | 152 | 391 | 34,419.00 | 88.03 |
| Providence, RI | Days Hotel At Providence | 25 | 347 | 32,646.20 | 94.08 |
| Providence, RI | Newport Harbor Hotel And Marina | 126 | 346 | 35,499.00 | 102.60 |
| Providence, RI | Crowne Plaza Warwick | 105 | 292 | 38,390.97 | 131.48 |
| Providence, RI | Extended Stay East Providence | 21 | 274 | 20,727.26 | 75.65 |
| Providence, RI | Johnson And Wales Inn | 24 | 119 | 8,939.00 | 75.12 |
| Providence, RI | Residence Inn Providence | 6 | 114 | 11,400.00 | 100.00 |
| Providence, RI | Hotel Viking | 47 | 103 | 15,316.00 | 148.70 |
| Providence, RI | SpringHill Suites Warwick | 36 | 99 | 10,068.50 | 101.70 |
| Providence, RI | Fairfield Inn Warwick | 39 | 91 | 6,279.00 | 69.00 |
| Providence, RI | Mainstay Suites | 3 | 90 | 5,850.00 | 65.00 |
| Providence, RI | Hampton Inn Seekonk | 28 | 80 | 8,425.05 | 105.31 |
| Providence, RI | Mainstay Suites | 1 | 38 | 2,470.00 | 65.00 |
| Providence, RI | Vanderbilt Hall | 18 | 34 | 4,922.00 | 144.76 |
| Providence, RI | Park Inn Seekonk | 2 | 34 | 2,039.66 | 59.99 |
| Providence, RI | Holiday Inn Providence-Downtown | 3 | 27 | 3,435.00 | 127.22 |
| Providence, RI | Hyatt Regency Newport RI | 9 | 27 | 3,238.00 | 119.93 |
| Providence, RI | Holiday Inn Exp & Stes Warwick-Providenc | 7 | 26 | 3,074.08 | 118.23 |
| Providence, RI | Hilton Garden Inn Providence | 5 | 22 | 2,688.00 | 122.18 |
| Providence, RI | Providence Biltmore Hotel | 3 | 18 | 3,222.00 | 179.00 |
| Providence, RI | Courtyard Providence Warwick | 7 | 15 | 1,347.00 | 89.80 |
| Providence, RI | Best Western Atlantic Beach Hotel | 3 | 10 | 1,055.50 | 105.55 |
| Providence, RI | Courtyard Newport Middletown | 2 | 9 | 651.00 | 72.33 |
| Providence, RI | Village Inn | 3 | 9 | 810.00 | 90.00 |
| Providence, RI | Newport Harbor Hotel And Marina | 2 | 8 | 544.00 | 68.00 |
| Providence, RI | Sheraton Inn Warwick Providence Arpt | 2 | 7 | 635.00 | 90.71 |
| Providence, RI | Comfort Suites West Warwick | 1 | 7 | 511.00 | 73.00 |
| Providence, RI | Hampton Inn Coventry | 6 | 6 | 625.40 | 104.23 |
| Providence, RI | Marriott Newport | 3 | 6 | 716.00 | 119.33 |
| Providence, RI | Providence Biltmore Hotel | 1 | 6 | 1,074.00 | 179.00 |
| Providence, RI | Homewood Suites Providence | 1 | 5 | 545.00 | 109.00 |
| Providence, RI | Hampton Inn Providence Warwick Airport | 5 | 5 | 671.20 | 134.24 |
| Providence, RI | Comfort Suites West Warwick | 1 | 4 | 276.00 | 69.00 |
| Providence, RI | Wyndham Tutwiler Hotel | 4 | 4 | 396.00 | 99.00 |
| Providence, RI | North Raleigh Hilton | 1 | 3 | 285.00 | 95.00 |
| Providence, RI | Motel 6 Providence - Seekonk | 1 | 3 | 167.97 | 55.99 |
| Providence, RI | Mohegan Sun Hotel | 2 | 3 | 507.00 | 169.00 |
| Providence, RI | Best Western Sovereign Hotel Mystic | 1 | 1 | 99.00 | 99.00 |
| Providence, RI | Park Inn Seekonk | 1 | 1 | 75.99 | 75.99 |
| Providence, RI | Courtyard Norwich | 1 | 1 | 259.00 | 259.00 |
| Providence, RI | Courtyard Providence Downtown | 1 | 1 | 179.00 | 179.00 |
| Providence, RI | Radisson Airport Hotel Providence | 1 | 1 | 89.00 | 89.00 |
| Providence, RI | Sheraton Inn Warwick Providence Arpt | 1 | 1 | 89.00 | 89.00 |
| Providence, RI | Express North Attleboro | 1 | 1 | 89.10 | 89.10 |
| Providence, RI | Express Stes Conference Ctr Woonsocket | 1 | 1 | 107.00 | 107.00 |
| Providence, RI | The Westin Providence | 1 | 1 | 269.00 | 269.00 |
| Providence, RI | Mohegan Sun Hotel | 1 | 1 | 149.00 | 149.00 |

| City Name | Property | Rooms | Nights | Amount | AvgRate |
|---|---|---|---|---|---|
| Providence, RI | Comfort Suites West Warwick | 718 | 3145 | 230,231.25 | 73.21 |
| Providence, RI | Sheraton Inn Warwick Providence Arpt | 462 | 1438 | 132,911.00 | 92.43 |
| Providence, RI | Extended Stay East Providence | 116 | 1175 | 79,290.81 | 67.48 |
| Providence, RI | Crowne Plaza Warwick | 218 | 641 | 70,414.30 | 109.85 |
| Providence, RI | Newport Harbor Hotel And Marina | 282 | 574 | 54,101.40 | 94.25 |
| Providence, RI | Radisson Airport Hotel Providence | 231 | 483 | 43,926.20 | 90.94 |
| Providence, RI | Johnson And Wales Inn | 61 | 335 | 25,005.00 | 74.64 |
| Providence, RI | Mainstay Suites | 27 | 313 | 21,054.98 | 67.27 |
| Providence, RI | Hotel Viking | 68 | 186 | 25,908.00 | 139.29 |
| Providence, RI | Extended Stay America West Warwick | 16 | 151 | 10,242.94 | 67.83 |
| Providence, RI | SpringHill Suites Warwick | 46 | 125 | 13,274.70 | 106.20 |
| Providence, RI | Hilton Garden Inn Providence | 35 | 124 | 13,540.55 | 109.20 |
| Providence, RI | Marriott Newport | 54 | 117 | 17,353.00 | 148.32 |
| Providence, RI | Hampton Inn Providence Warwick Airport | 45 | 116 | 12,648.20 | 109.04 |
| Providence, RI | Hampton Inn Seekonk | 29 | 113 | 12,584.74 | 111.37 |
| Providence, RI | Fairfield Inn Warwick | 39 | 101 | 8,439.00 | 83.55 |
| Providence, RI | Newport Harbor Hotel And Marina | 29 | 94 | 6,988.00 | 74.34 |
| Providence, RI | Hampton Inn Coventry | 37 | 91 | 8,890.30 | 97.70 |
| Providence, RI | Residence Inn Providence | 7 | 78 | 10,600.00 | 135.90 |
| Providence, RI | Days Hotel At Providence | 10 | 74 | 7,296.87 | 98.61 |
| Providence, RI | Holiday Inn Exp & Stes Warwick-Providenc | 14 | 69 | 6,999.00 | 101.43 |
| Providence, RI | Courtyard Providence Warwick | 19 | 53 | 5,603.00 | 105.72 |
| Providence, RI | Hyatt Regency Newport RI | 17 | 37 | 5,773.00 | 156.03 |
| Providence, RI | Mystic AmeriSuites | 1 | 21 | 2,919.00 | 139.00 |
| Providence, RI | Providence Biltmore Hotel | 13 | 19 | 4,141.00 | 217.95 |
| Providence, RI | Homewood Suites Providence | 2 | 15 | 1,675.65 | 111.71 |
| Providence, RI | Courtyard Providence Downtown | 3 | 13 | 3,077.00 | 236.69 |
| Providence, RI | Best Western Sovereign Hotel Mystic | 2 | 10 | 1,593.55 | 159.36 |
| Providence, RI | Courtyard Newport Middletown | 2 | 6 | 474.00 | 79.00 |
| Providence, RI | Hampton Inn & Suites Middletown | 2 | 6 | 594.00 | 99.00 |
| Providence, RI | Comfort Inn Warwick Airport | 3 | 5 | 579.35 | 115.87 |
| Providence, RI | Johnson And Wales Inn | 2 | 5 | 345.00 | 69.00 |
| Providence, RI | The Westin Providence | 5 | 5 | 1,195.00 | 239.00 |
| Providence, RI | Village Inn | 1 | 5 | 475.00 | 95.00 |
| Providence, RI | Providence Biltmore Hotel | 3 | 4 | 996.00 | 249.00 |
| Providence, RI | Holiday Inn Express Middletown | 1 | 3 | 186.30 | 62.10 |
| Providence, RI | Holiday Inn Providence-Downtown | 1 | 3 | 273.00 | 91.00 |
| Providence, RI | Mohegan Sun Hotel | 1 | 3 | 567.00 | 189.00 |
| Providence, RI | Inn At Newport Beach | 2 | 3 | 207.00 | 69.00 |
| Providence, RI | Mohegan Sun Hotel | 1 | 3 | 447.00 | 149.00 |
| Providence, RI | Best Western Atlantic Beach Hotel | 1 | 1 | 79.00 | 79.00 |
| Providence, RI | Courtyard Norwich | 1 | 1 | 89.00 | 89.00 |
| Providence, RI | Courtyard Providence-Lincoln | 1 | 1 | 125.00 | 125.00 |