IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**AMERICAN POWER CONVERSION CORPORATION'S INITIAL DISCLOSURES**

Defendant, American Power Conversion Corporation ("APC"), by its attorneys, hereby makes its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

**A. Disclosure Under Rule 26(a)(1)(A):**

In addition to the parties, the following individuals are likely to have discoverable information that Defendants may use to support their claims or defenses in this matter:

1. Brian Kelly
Former Director of Finance
American Power Conversion Corporation
Last known address: 8 Hayfield Lane, Cumberland, RI 02864

Mr. Kelly has information regarding Plaintiff's employment at APC; the Plaintiff's performance; and the decision to terminate Plaintiff.

2. John Bonzani
Former Supervisor
American Power Conversion Corporation
Last known address: 228 Filbert Way, Silverton, OR 97381

Mr. Bonzani has information regarding Plaintiff's employment at APC; the Plaintiff's performance; and the decision to terminate Plaintiff.

3. Paul Kavanaugh
Former Supervisor
American Power Conversion Corporation
Last known address: Tavlaght, Clonard, Co. Meath, Ireland

Exhibit 17

Mr. Kavanaugh may have information regarding Plaintiff's employment at APC; the Plaintiff's performance; and the decision to terminate Plaintiff.

4. Christine Bollman
Travel Department Manager
American Power Conversion Corporation
132 Fairgrounds Road, West Kingston, RI 02892

Ms. Bollman may have information regarding Plaintiff's employment at APC and the travel policies and procedures of APC.

5. Christine Hendrix
Former Human Resources
American Power Conversion Corporation
Last known address: 165 Wentworth Avenue, Apt. 3W, Cranston, RI 02905

Ms. Hendrix may have information regarding the facts related to Plaintiff's hiring, and as to Plaintiff's performance.

6. Doug Rademacher
Chief Information Officer
American Power Conversion Corporation
132 Fairgrounds Road, West Kingston, RI 02892

Mr. Rademacher may have information regarding Plaintiff's employment at APC; and Plaintiff's performance in connection with wireless solution efforts.

7. Brian Gough
Director of Human Resources
American Power Conversion Corporation
132 Fairgrounds Road, West Kingston, RI 02892

Mr. Gough has information regarding Plaintiff's employment at APC; Plaintiff's performance; and the decision to terminate Plaintiff.

8. Sean King
Operations Manager
American Power Conversion Corporation
132 Fairgrounds Road, West Kingston, RI 02892

Mr. King may have information regarding the facts related to Plaintiff's hiring.

At this time, expert witnesses have not been identified. APC will provide disclosures regarding expert witnesses in accordance with the schedule established by the Court. Defendant reserves the right to supplement this list pursuant to Fed.RCiv.P 26(e).

**B. Disclosure Under Rule 26(a)(1)(B):**

The following categories of documents, data compilations and tangible things are in Defendant's possession, custody or control and may be used by Defendant to support its claims or defenses:

(1) Plaintiff's personnel and employment records;

(2) Written correspondence by and/or between the parties;

(3) Defendant's written policies, practices and procedures; and

(4) Pleadings and documents filed with or received from the Equal Employment Opportunity Commission and/or the Rhode Island Human Rights Commission.

Defendant reserves the right to supplement this list pursuant to Fed. R. Civ. P. 26(e).

**C. Disclosure Under Rule 26(a)(1)(C):**

Not applicable.

**D. Disclosure Under Rule 26(a)(1)(D):**

Upon information and belief, APC is self-insured in an amount sufficient to satisfy all or part of a judgment that may be entered in this action.

**E. Preservation of Rights:**

This disclosure will be supplemented to the extent necessary, and pursuant to the applicable Federal Rules. This information is being provided while preserving, and intending to preserve, the right to object to the relevancy, materiality, privilege, or admissibility of any of the listed documents or the testimony of any listed witness at trial of this or any other action. APC further reserves the right to revise, correct, clarify, or amend these disclosures, as necessary, and consistent with the applicable rules.

Respectfully submitted,

**AMERICAN POWER CONVERSION CORPORATION,**

By its attorneys,

George P. Kostakos, mg

George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
401-454-2903 (t)
401-454-2969 (f)
gkostakos@littler.com

Dated: May 30, 2006

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 30th day of May 2006, a true and accurate copy of the foregoing Initial Disclosures was served via electronic and first class mail upon plaintiff's counsel of record:

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A-8
South Kingston, RI 02879

Lori Kisch, Esq.
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle NW Suite 200
Washington, DC 20036

George P. Kostakos

Firmwide:81134898.1 049233.1004