# Exhibit List

| Ex. No. | Description |
|---|---|
| 1 | Notice of Deposition of Jeffrey Giguere and cover letter |
| 2 | Notice of Rule 30(b)(6) FRCP Deposition of George Kostakos, Esquire |
| 3 | Kostakos Letter of January 22, 2007 |
| 4 | Declaration of Lori B. Kisch |
| 5 | Kostakos Letters of December 15, 2006; December 18, 2006; and January 8, 2007 |
| 6 | APC Document<br>APC 641 |