LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

George P. Kostakos
Direct: 401.454-2910
Direct Fax: 617.531.2051
gkostakos@littler.com

December 15, 2006

**VIA FEDERAL EXPRESS**

Lori Kisch, Esq.
Wiggins, Childs, Quinn & Pantazis, P.L.L.C.
2031 Florida Avenue
Suite 300
Washington, D.C. 20009

**Re:** **Seth Daniels v. American Power Conversion Corporation**

Dear Lori:

Further to my letter of December 1, 2006, I enclose the following documents:

1. Relative to Request Number 3, I enclose as Exhibit A documents Bates Nos. APC 640-650, reflecting the adoption of APC's Code of Ethics.

2. With respect to Request Number 5, I enclose as Exhibit B copies of expense reimbursement information related to Plaintiff, Bates Nos. APC 651-778.

3. With respect to Request Number 6, I enclose as Exhibit C a portion of Rainer Weigle's personnel file (Bates Nos. APC 894-898) relative to the "grey market scheme."

4. As to Request Number 8, I enclose as Exhibit D documents Bates Nos. APC 779-893, about which Christine Bollman testified relating to reports she received on a periodic basis regarding, among other things, the frequency of hotel usage by APC employees.

Please note that APC intends to produce (a) one prior version of the APC travel policy recently uncovered by my client, (b) additional documents related to the "grey market scheme," and (c) a privilege log. It is my expectation that these items will be sent to you on Monday, December 18th. It is my understanding that the documents contained herein,



Exhibit 5

and the travel policy and "grey market scheme" documents reference above, constitute the only remaining documents that APC agreed to produce in this litigation.

Sincerely,

George P. Kostakos

GPK/sm

Firmwide:81785976.1 049233.1004

LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

December 18, 2006

Christopher B. Kaczmarek
Direct: 617.378.6017
Direct Fax: 617.507.8046
ckaczmarek@littler.com

**VIA FEDEX**

Lori Kisch, Esq.
Wiggins, Childs, Quinn & Pantazis, P.L.L.C.
2031 Florida Avenue
Suite 300
Washington, D.C. 20009

**Re: Seth Daniels v. American Power Conversion Corporation**
**Civil Action No. 05-00459-ML-LDA**

Dear Lori:

At the request of George Kostakos, I enclose the privilege log of American Power Conversion Corporation, as well as documents Bates Nos. APC 899-APC 924.

Very truly yours,

Christopher B. Kaczmarek

Enclosures
cc: George P. Kostakos, Esq.

Firmwide:81797494.1 049233.1004

LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

January 8, 2007

Christopher B. Kaczmarek
Direct: 617.378.6017
Direct Fax: 617.507.8046
ckaczmarek@littler.com

**VIA FEDEX**

Lori Kisch, Esq.
Wiggins, Childs, Quinn & Pantazis, P.L.L.C.
2031 Florida Avenue
Suite 300
Washington, D.C. 20009

**Re: Seth Daniels v. American Power Conversion Corporation**
**Civil Action No. 05-00459-ML-LDA**

Dear Lori:

I enclose documents Bates Nos. APC 925-APC 949. I previously sent these documents to you in electronic form via electronic mail on January 5, 2007.

Very truly yours,

Christopher B. Kaczmarek

Enclosures
cc: George P. Kostakos, Esq.

Firmwide:81883517.1 049233.1004