IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**AFFIDAVIT OF GEORGE P. KOSTAKOS**

I, George P. Kostakos, hereby depose and state as follows:

1. I am over the age of twenty-one (21) and give this affidavit of my own free will. I make the statements contained in this Affidavit based on my personal knowledge and am competent to testify as to all facts stated herein.

2. I am an attorney at the law firm of Littler Mendelson, P.C., 10 Weybosset Street, Suite 404, Providence, Rhode Island 02903. I represent American Power Conversion Corporation ("APC") in this litigation. I make this Affidavit in support of APC's opposition to plaintiff Seth Daniels' supplemental motion to compel.

3. Attached hereto as Exhibit A is a true and accurate copy of an email I received from Lori Kisch, attorney for plaintiff Seth Daniels in this case, on October 3, 2006.

4. Attached hereto as Exhibit B is a true and accurate copy of an email I sent to Attorney Kisch on October 17, 2006.

5. On November 10, 2006, I took the deposition of plaintiff Seth Daniels. Attached hereto as Exhibit C is a true and accurate copy of a portion of the transcript of Mr. Daniels' deposition.

6. During the course of negotiations with Attorney Kisch regarding the continuation of Daniels' deposition (and prior to Daniels' deposition), I stated that (a) Daniels might be successful if he moved to re-open depositions to question witnesses regarding documents subsequently produced by APC, and (b) APC would consider agreeing to agree to allow Daniels to re-call previously deposed witnesses for that limited purpose.

7. In the course of these negotiations, Attorney Kisch never asked me whether I or APC were wiling to allow Daniels to depose witnesses who had not previously been deposed in this case.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 2nd DAY OF FEBRUARY, 2007.

/s/ George P. Kostakos
George P. Kostakos

CERTIFICATE OF SERVICE

I, George P. Kostakos, hereby certify that on this 2nd day of February 2007 the foregoing Affidavit of George P. Kostakos was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos