**Kostakos, George P.**

**From:** Lori Kisch [LKisch@wcqp.com]
**Sent:** Tuesday, October 03, 2006 12:21 PM
**To:** Kostakos, George P.
**Subject:** RE: Daniels v. APC

George,

With regard to Mr. Daniels' deposition, we will agree to an additional two hours if Defendant will agree that should I need to continue a deposition of a witness due to the belated production of discovery by APC, APC will not raise an objection. This would include any discovery that is produced by APC after a deposition is taken regardless of whether it is produced in response to my letters regarding the insufficient responses, or if necessary, after an Order from the Court in response to a Motion To Compel. Of course, I hope that we are able to work out any differences and avoid having to burden the court with a discovery dispute.

If this agreement is acceptable I will check to see if my client is available for a deposition during one of the days I am already planning to be in Rhode Island next week or the week after.

Lori

---

**From:** Kostakos, George P. [mailto:GKostakos@littler.com]
**Sent:** Monday, October 02, 2006 1:58 PM
**To:** Lori Kisch
**Cc:** Kaczmarek, Christopher B.
**Subject:** Daniels v. APC

Lori,

I am in receipt of your letter dated September 29, 2006. While we are preparing a substantive response to the issues raised in that letter, I wanted to advise you separate and apart from any such response that we have drafted a confidentiality stipulation/agreement that is currently under review by my client. I expect to have that to you shortly.

**George P. Kostakos**
Littler Mendelson, P.C.
gkostakos@littler.com

Providence:
10 Weybosset Street
Suite 404
Providence, RI 02903
(401) 454-2903 main
(401) 454-2910 direct
(401) 454-2969 fax

Boston:
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000 main