**Kostakos, George P.**

**From:** Kostakos, George P.
**Sent:** Tuesday, October 17, 2006 12:53 PM
**To:** 'Lori Kisch'
**Subject:** RE: Daniels v. APC

I would be willing to agree to 2 1/2 hours, with an understanding regarding belated production of documents. Of course, any agreement is subject to my confirming with with my client. Please advise. Thanks.

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Tuesday, October 03, 2006 12:21 PM
**To:** Kostakos, George P.
**Subject:** RE: Daniels v. APC

George,

With regard to Mr. Daniels' deposition, we will agree to an additional two hours if Defendant will agree that should I need to continue a deposition of a witness due to the belated production of discovery by APC, APC will not raise an objection. This would include any discovery that is produced by APC after a deposition is taken regardless of whether it is produced in response to my letters regarding the insufficient responses, or if necessary, after an Order from the Court in response to a Motion To Compel. Of course, I hope that we are able to work out any differences and avoid having to burden the court with a discovery dispute.

If this agreement is acceptable I will check to see if my client is available for a deposition during one of the days I am already planning to be in Rhode Island next week or the week after.

Lori

---

**From:** Kostakos, George P. [mailto:GKostakos@littler.com]
**Sent:** Monday, October 02, 2006 1:58 PM
**To:** Lori Kisch
**Cc:** Kaczmarek, Christopher B.
**Subject:** Daniels v. APC

Lori,

I am in receipt of your letter dated September 29, 2006. While we are preparing a substantive response to the issues raised in that letter, I wanted to advise you separate and apart from any such response that we have drafted a confidentiality stipulation/agreement that is currently under review by my client. I expect to have that to you shortly.

**George P. Kostakos**
Littler Mendelson, P.C.
gkostakos@littler.com

Providence:
10 Weybosset Street
Suite 404
Providence, RI 02903

(401) 454-2903 main
(401) 454-2910 direct
(401) 454-2969 fax

Boston:
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000 main
(617) 378-6023 direct
(617) 531-2051 fax

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com