IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

----------------------------x

SETH DANIELS,

Plaintiff,

v. Civil Action No: 05-00459-ML-LDA

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

----------------------------x

COPY

Job No. 2867 Pages 308 - 419

CONTINUATION DEPOSITION OF SETH DANIELS, a witness called by counsel for the Defendant, taken pursuant to the Federal Rules of Civil Procedure before Dena M. O'Brien, CSR, and Notary Public in and for the State of Rhode Island, at the law office of Littler Mendelson, 10 Weybosset Street, Suite 404, Providence, Rhode Island, on November 10, 2006, commencing at 9:00 a.m.

P R O C E E D I N G S

MS. KISCH: Good morning. We are continuing the deposition of Seth Daniels, and prior to beginning the deposition, I just want to put on the record the agreement that was reached between counsel with regard to the continuation of this deposition. We've agreed that Mr. Daniels would come back for a total of two and a half hours for his deposition and that we would not go over issues that have already been -- he has already been deposed about. However, I do understand that there may be some overlap, and we're certainly going to be reasonable. But to the extent that an issue has been already addressed, there is an agreement that we're not going to go back and redepose him on those issues.

In addition, defendants -- and correct me if I'm wrong -- defendant has agreed that to the extent that defendant produces documents and we need to call back any witnesses to depose them with regard to those documents, defendant has agreed to

make themselves available, as well as not opposing us calling a third-party witness.

MR. KOSTAKOS: As to the deposition today, I agree. I just want to be clear on the piece on the documents. To the extent we produced documents in response to your exceptions, yes, we'll make witnesses available in accordance with our agreement. I just want to make sure with respect to supplemental productions, that's a different issue.

MS. KISCH: I agree with that, except for the fact that many of our supplemental questions were actually responsive to the original ones, and I just wanted to be absolutely clear that we wanted these documents. So, to the extent they're responsive to the first set, then we would if we need to call somebody back, we can. To the extent they are new questions, we agree.

MR. KOSTAKOS: Fair enough. Just want to make it clear. Why don't we get going, and keep time, please, just because -- and not