**Exhibit List**

Ex. 1: Letter of March 7, 2005 from APC to the EEOC

Ex. 2: Letter of April 6, 2005 from APC to the EEOC

Ex. 3: Letter of June 24, 2005 from APC to the EEOC

Ex. 4: Letter of July 14, 2005 from APC to the EEOC

Ex. 5: Letter of August 2, 2005 from APC to the EEOC

Ex. 6: Letter of December 1, 2006 from George Kostakos to Lori Kisch

Ex. 7: Letter of November 21, 2006 from Lori Kisch to George Kostakos

Ex. 8: Deposition Transcript of Seth Daniels: 177-86, 220-22, 251, 252, 267, 335, 349, 368, 370-71, 377-79, 394-95

Ex. 9: Deposition Transcript of Brian Gough: 66-82, 101-05, 122-25, 175, 196

Ex. 10: Deposition Transcript of Christine Hendrix: 33-34, 43-44, 47, 73-78, 82-85, 94-154, 180, 196-97

Ex. 11: Deposition Transcript of Doug Radamacher: 32-36, 50

Ex. 12: Deposition Transcript of Brian Kelly: 127, 162-66

Ex. 13: Deposition Transcript of John Bonzani: 61-64, 96, 134-35, 139, 202-03

Ex. 14: Deposition Transcript of Christine Bollman: 197-201

Ex. 15: Emails between Lori Kisch and George Kostakos

Ex. 16: Plaintiff's First Set of Interrogatories and Requests for Production of Documents

Ex. 17: Defendant's Response to Plaintiff's First Set of Interrogatories

Ex. 18: Letter of September 29, 2006 from Lori Kisch to George Kostakos

Ex. 19: Letter of October 4, 2006 from Lori Kisch to George Kostakos

Ex. 20: Letter of November 13, 2006 from George Kostakos to Lori Kisch

Ex. 21: Letter of November 13, 2006 from George Kostakos to Lori Kisch

Ex. 22: Defendant's Response to Plaintiff's Second Supplemental Request for Production of Documents

Ex. 23: Defendant's Response to Plaintiff's Supplemental Request for Production of Documents

Ex. 24: Defendant's Response to Plaintiff's First Request for Production of Documents