IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO: 05-00459-ML-LDA

* * * * * * * * * * * * * * * * * * *

SETH DANIELS,

Plaintiff,

vs.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

* * * * * * * * * * * * * * * * * * *

DEPOSITION OF DOUG RADEMACHER, a witness called on behalf of the plaintiff, taken pursuant to the Rhode Island Rules of Civil Procedure, before Elizabette M. Afonso, Professional Shorthand Reporter and Commissioner for the State of Rhode Island and Providence Plantations, at the law offices of Stephen Robinson, 155 South Main Street, Providence, Rhode Island, commencing at 10:25 a.m. on Friday, October 13, 2006.

**Exhibit 11**

role to review complaints made by employees against
management or supervisors or HR or the company in
general?
A. No.
Q. Whose role was it to handle any complaints that
were made by employees against the company or
against supervisors?
A. It was handled by HR.
Q. Okay. Do you know what the policy or the practice
was of HR in responding to complaints made by
employees?
A. Not specifically, no.
Q. Are you aware of any complaints made by any
employees at all with regard to discrimination?
MR. KOSTAKOS: Objection.
A. What type of discrimination?
Q. Any type of discrimination?
A. No.
Q. Are you aware of any complaints made by any
employees regarding harassment?
MR. KOSTAKOS: Objection.
A. I recall one complaint.
Q. Okay. And who was that that complained?
A. His name is Kevin Brown.

Q. And what was the nature of his complaint?
A. His supervisor at the time was a gay man, and he was complaining that he was being harassed by the gay man, the supervisor.
Q. Okay. And how did you find out about this?
A. Just through the grapevine.
Q. Okay. Did you have any role investigating that complaint?
A. No.
Q. And who was the supervisor?
A. I do not recall his name.
Q. Do you know what outcome came of this complaint?
A. No. I know the supervisor wasn't terminated.
Q. He was not terminated.
Okay. Do you know whether the supervisor was disciplined?
A. I don't know.
Q. Do you know whether human resources conducted any type of investigation at all?
A. I don't know.
Q. Do you know whether after the complaint was made Mr. Brown continued to work for APC?
A. Yes, he did.
Q. And did he continue to work underneath the same

supervisor that he complained about?
A. I believe he did.
Q. Are you aware of any other complaints of harassment made by any employee at APC?
A. Yes.
Q. Okay. And who are you aware of?
A. What was her name? I forget the woman's name.
Q. Do you remember who she complained about?
A. She didn't know who was harassing her. I believe she received threatening e-mails.
Q. Do you recall what the nature of the threatening e-mails were?
A. Something to do about knowing where she lived, and I believe they were sexual in nature.
Q. Do you recall the race of this woman?
A. She was white.
Q. Do you recall the race of Kevin Brown?
A. He's white.
Q. And do you recall the race of his supervisor?
A. He was a black man.
Q. Do you recall about what year this woman complained that she was being sent threatening e-mails?
A. It was while I was CIO. I don't recall the year.
Q. Okay. And how did you become aware of the

threatening e-mails going to this woman?
A. I believe it was somebody at HR asking if we could trace the e-mails to determine the source.
Q. And did you attempt to trace the e-mails?
A. We weren't able to.
Q. Okay. But you tried?
A. Yes.
Q. Who in HR made that request?
A. I believe it was Andrew Cole.
MR. KOSTAKOS: I'm sorry?
THE WITNESS: Andrew Cole.
A. By the way, he's also on the Leadership Council.
Q. What's his position?
A. Vice president of HR.
Q. Do you know what else HR did to investigate her complaints?
A. No.
Q. And do you know what, if anything, occurred other than you trying to trace the e-mails with regard to that incident?
A. No.
Q. Were you involved in any other way other than trying to help trace the e-mails?
A. No. Kathleen Green was her name.

Q. Did Kathleen Green continue to work for APC after getting these threatening e-mails?
A. Yes.
Q. Okay. Is she still there today?
A. I believe so.
Q. The first complaint made by Kevin Brown against the black male supervisor, do you remember approximately when that was?
A. I think it was in the early 1990s.
Q. That was while you were director of software development?
A. Yes.
Q. Was Andrew Cole still the vice president of HR at that point -- I mean, was he the vice president of HR at that time?
A. No.
Q. Okay. Do you remember who was?
A. No, I don't.
Q. Okay. Do you know Cristine Hendrix?
A. No, I don't think so.
Q. Okay. Do you recall any other complaints of harassment made by any APC employees?
MR. KOSTAKOS: Objection.
A. No.

Q. Do you recall whether or not anyone has ever stayed at the Providence Marriott?
A. I don't think in my organization. I believe the sales organization had an event in Providence once, and I'm sure they had people staying in that hotel.
Q. Okay. Do you remember when that was?
A. Maybe two, three years ago.
Q. Do you remember if that was a large event or small event?
A. It was large. It was the entire -- our sales organization.
Q. And approximately how many people then do you think would have been traveling -- are we talking hundreds?
A. Yeah, hundreds.
Q. Do you know of anyone that's ever stayed at the Courtyard Marriott in the Providence area?
A. Not specifically, no.
Q. Okay. But you don't know one way or the other if whether they had --
A. Right. I don't know.
Q. Okay. Do you know of anyone that stayed at the Johnson & Wales Hotel?
A. No.