# Exhibit List

| *Ex.* | *Description* |
|---|---|
| 1 | Deposition Pages of Christine Bollman<br>Pages 37, 138-39; 157-58 |
| 2 | Emails Regarding Providence Marriot<br>Bates Numbered: APC 137-138 |
| 3 | APC Preferred Hotel List<br>Bates Numbered: APC 139-140 |
| 4 | Plaintiff's Supplemental Interrogatories and Request for Production of Documents |
| 5 | Cover Page of Bonzani, Bollman, Radmacher, Hendrix, Kelly & Gough Depositions |
| 6 | Deposition of Susan Colucci |
| 7 | Deposition of Art Hayek |
| 8 | Deposition of Lisa Laurence |
| 9 | Letter of December 1, 2006 from Kostakos to Kisch |
| 10 | Deposition of Brian Gough<br>Pages 128-45, 148-52, 166-67, 191-92 |
| 11 | APC Privilege Log |
| 12 | Letter of January 11, 2007 from Kisch to Kostakos |
| 13 | Subpoena *Duces Tecum* (with attachment) |
| 14 | Deposition of Brian Kelly<br>Pages 20-22, 27, 156-57, 162-66 |
| 15 | Affidavit of Lori Kisch (with attached APC Hotel Charts) |
| 16 | Email of January 5, 2007 from Kaczmarek to Kisch |
| 17 | APC Initial Disclosures |
| 18 | Email of January 16, 2007 from Kostakos to Kisch |

19 Emails of September 11, 2006 between Kostakos and Kisch

20 Emails between Kostakos and Kisch

21 Deposition of Seth Daniels
Pages 298-301