**Lori Kisch**

---

**From:** Kaczmarek, Christopher B. [CKaczmarek@littler.com]
**Sent:** Friday, January 05, 2007 12:32 PM
**To:** Lori Kisch
**Cc:** Kostakos, George P.; Gorman, Melissa J.
**Subject:** RE: Seth Daniels v. American Power Conversion
**Attachments:** APC Top Hotel City_Properties 2006.XLS; APC Top Hotel City_Properties 2005.XLS

Lori,

In response to your request, I attach spreadsheets regarding hotel usage by APC in 2005 and 2006. APC reserves its right to object to the competency, relevancy, materiality, and admissibility of the information disclosed in the attached documents.

regards,

Chris

---

**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Tuesday, January 02, 2007 11:50 AM
**To:** Kaczmarek, Christopher B.
**Cc:** Kostakos, George P.; Gorman, Melissa J.
**Subject:** RE: Seth Daniels v. American Power Conversion

Chris,

Thank you. I would also appreciate if you could send the spreadsheets for 2005 and 2006.

Lori Kisch

---

**From:** Kaczmarek, Christopher B. [mailto:CKaczmarek@littler.com]
**Sent:** Tuesday, January 02, 2007 11:53 AM
**To:** Lori Kisch
**Cc:** Kostakos, George P.; Gorman, Melissa J.
**Subject:** Seth Daniels v. American Power Conversion

Lori,

In response to your recent request, I enclose two Excel spreadsheets regarding hotel usage by APC in 2003 and 2004. The attached spreadsheets correspond to documents Bates Nos. APC 779-APC 806 produced previously by APC.

regards,

Chris

Christopher B. Kaczmarek

**Exhibit 16**

Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6017 (direct)
(617) 507-8046 (fax)
ckaczmarek@littler.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com