## Lori Kisch

**From:** Kostakos, George P. [GKostakos@littler.com]

**Sent:** Monday, September 11, 2006 5:51 PM

**To:** Lori Kisch

**Subject:** RE: Daniels v. APC

Lori,

The interrogatory responses should be on their way to you electronically. The client misdated the verification, so I am having that executed again and will get it to you asap. Sorry.

-----Original Message-----
**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Monday, September 11, 2006 5:03 PM
**To:** Kostakos, George P.; Kaczmarek, Christopher B.
**Subject:** Daniels v. APC

Please find attached deposition notices for Christine Bollman, Brian Gough, and Doug Radamacher.

Also, I have not received the defendant's answers to interrogatories which were due on September 1. As you know I had agreed to an extension through September 1st. I had also informed you that prior to a deposition of Mr. Daniels, we had expected to receive the answers. Please confirm that I will receive the answers tomorrow.

Thank you.

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
Tel: 202-263-3681
Fax:202-467-4489

*Privilege and Confidentiality Notice*
*This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above. Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.*

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

**Exhibit 19**

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

## Lori Kisch

**From:** Gorman, Melissa J. [MGorman@littler.com]
**Sent:** Monday, September 11, 2006 5:49 PM
**To:** Lori Kisch; Claphamlaw@verizon.net
**Cc:** Kostakos, George P.; Kaczmarek, Christopher B.
**Subject:** Daniels v. APC

**Attachments:** A_scanne.pdf

A_scanne.pdf
(922 KB)

Attached please find Defendant's Responses to Plaintiff's First Set of Interrogatories, together with cover correspondence from George Kostakos. There was a date error in the Verification - we will forward you a signed verification in the next day or so. Thank you.

Melissa J. Gorman
Paralegal
Littler Mendelson PC
One International Place, Suite 2700
Boston, MA 02110
617.378.6032 (tel)
617.737.0052 (fax)

-----Original Message-----
From: HP Digital Sender [mailto:_hpDigitalSender@littler.com]
Sent: Monday, September 11, 2006 5:25 PM
To: GORMAN, MELISSA J.
Subject: A scanned document for you.

-----------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

Sent by: HP Digital Sender
<_hpDigitalSender@littler.com>
Number of pages: 15
Document type: B/W Document
Attachment File Format: Adobe PDF

To view this document you need to use the Adobe Acrobat Reader. For free copy of the Acrobat reader please visit:

http://www.adobe.com

For more information on the HP Digital Sender please visit:

http://www.digitalsender.hp.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party

any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com