**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SETH DANIELS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO: 05-00459-ML-LDA |
| | ) | Judge Lisi |
| AMERICAN POWER CONVERSION CORPORATION | ) | |
| Defendant. | ) | |

**MOTION TO TAKE FURTHER LIMITED DISCOVERY**

Plaintiff, through his undersigned attorneys, hereby respectfully moves this Court to issue an Order granting Plaintiff leave to take further limited discovery. Specifically, Plaintiff seeks leave of this Court to take three additional depositions relating to documents that were produced by Defendant after the close of discovery. The grounds for this motion are set forth in the accompanying Memorandum

Dated: March 15, 2007

Respectfully submitted,

/s/ Noelle Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave., NW, Suite 300
Washington, DC 20009
lkisch@wcqp.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion Further Limited Discovery will be served upon all counsel of record via the court's electronic filing system.

__________/s/ Noelle Clapham ____