**WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY

2031 FLORIDA AVE, N.W.
SUITE 300
WASHINGTON, DC 20009
TELEPHONE (202) 467-4123
FACSIMILE (202) 467-4489

January 19, 2007

**Via Electronic and First Class U.S. Mail**
George Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903

***Re: Seth Daniels v. American Power Conversion Corporation***

Dear Mr. Kostakos:

Please find attached the Notice of Deposition for Mr. Jeffrey Giguere.

Very truly yours,

Lori Kisch

cc: Noelle Clapham, Esq.

Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Seth Daniels,<br><br>Plaintiff,<br><br>vs.<br><br>American Power Conversion Corporation,<br><br>Defendant. | CIVIL NO. 05-00459-ML-LDA<br>Judge Lisi |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the Plaintiff, by and through his attorneys, will take the deposition of Jeffrey Giguere before an officer authorized to administer oaths for the purpose of discovery and/or for use as evidence in the above-titled action. The deposition will take place on February 6, 2007, beginning at 9:30 a.m. at the offices of Law Offices of Stephen Robinson, 155 South Main Street, Providence, RI 02903.

Dated: January 19, 2007.

Respectfully Submitted,

Noelle Clapham (LBK w/permission)

Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road, Suite A-8
South Kingston, RI 02879
(401) 783-3670

Lori B. Kisch (D.C. Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, P.L.L.C.
2031 Florida Ave., N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123
(202) 467-4489 (facsimile)

*Attorneys for Plaintiff*