**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Seth Daniels,

Plaintiff,

vs.

American Power Conversion Corporation,

Defendant.

CIVIL NO. 05-00459-ML-LDA
Judge Lisi

**NOTICE OF RULE 30(b)(6) FRCP DEPOSITION**

TO: George Kostakos, Esquire
**LITTLER MENDELSON, P.C.**
10 Weybosset Street, Suite 404
Providence, RI 02903

**PLEASE TAKE NOTICE** that the Plaintiff, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of the designated corporate representative or representatives of Defendant, American Power Conversion Corporation ("APC"), regarding the topics referenced below, beginning at 3:30 on February 5, 2007, at the Law Offices of Stephen Robinson, 155 South Main Street, Providence, RI 02903 and continuing from day to day thereafter until completed.

Plaintiff will examine the designee(s) on the following matters and said designee(s) should be fully knowledgeable on said matters which are known or reasonably available to the Defendant:

1. The process and means by which the information contained in the Excel files (comprising the tables shown on the hard copy documents bates labeled as APC 779- 806 and APC 925-949) were compiled and/or created, and the identity of the

Exhibit 2

individual(s) who compiled such information and created such Excel files.

2. The location(s) where the Excel files identified above were and/or are maintained and the identity of the individual(s) responsible for maintaining the documents and/or Excel files.

3. The documents relied upon, reviewed, and or used to create the Excel files identified in paragraph 1.

4. The existence of any additional documents and/or computer databases and/or files (whether hard copy paper or electronic) of similar nature as those identified in paragraph 1 above, for the years 2000, 2001, and/or 2002.

5. The existence, location, and individual(s) responsible for maintaining any documents and/or electronic files or databases which have not been produced in this litigation by APC which contain information relating to hotel(s) used by APC employees in Rhode Island, the rates charged by such hotels, and the dates upon which such hotels were used dating back to 2000.

6. The existence, location, and individual(s) responsible for maintaining any documents and/or electronic files or databases which have not been produced in this litigation by APC which contain information relating to any contracts between APC and hotels in Rhode Island dating back to 2000.

7. The existence, location, and individual(s) responsible for maintaining any documents and/or electronic files or databases which have not been produced in this litigation by APC which would contain information revealing the name(s) of employees who

approved the use of hotels for APC employees in Rhode Island dating back to 2000.

Dated: January 19, 2007.

Respectfully Submitted,

Noelle Clapham CLBK w/permission

Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
(401) 783-3670

Lori B. Kisch (D.C. Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, P.L.L.C.
2031 Florida Ave., N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123
(202) 467-4489 (facsimile)

*Attorneys for Plaintiff*