IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

**DECLARATION OF LORI B. KISCH**

I, Lori B. Kisch, state the following:

1. I am an attorney with the law firm Wiggins, Childs, Quinn & Pantazis, PLLC ("WCQP") located in its Washington, D.C. office.

2. I have personal knowledge of the facts stated herein, and am competent to testify.

3. I am a member in good standing of the Bar of the District of Maryland, and of the District of Columbia bar.

4. I spoke with and exchanged several emails with George Kostakos regarding an agreement to take further additional depositions in this case after the close of discovery.

5. APC originally deposed Mr. Daniels for six hours and forty five minutes. In exchange for allowing APC to recall Mr. Daniels for an additional two and one half hours on a subsequent day, APC agreed that Plaintiff could take depositions of witnesses after the close of discovery. APC agreed that Daniels would be permitted to take additional depositions if it produced documents after the close of discovery and after the conclusion of the depositions where such documents were responsive to Plaintiff's initial document requests.

6. Although Plaintiff secured this Agreement from APC, APC's counsel admitted to Plaintiff's counsel that such an agreement was not even necessary. Plaintiff would have been entitled to take the depositions in any event.

Exhibit 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of February , 2007 in Washington, D.C.

Lori B. Kisch