REDACTED

The Directors then discussed a draft Code of Ethics and Business Conduct ("Code") that the Corporate Governance and Nominating Committee had recommended for approval by the Board. There was considerable discussion of the Code and the methods for receiving reports under the Code. The Directors discussed making certain amendments to the draft. Upon motion duly made and seconded, it was unanimously

**VOTED:** That the Code of Ethics and Business Conduct, as presented to and amended at the meeting and to be attached to the minutes of the meeting as Exhibit A, be and hereby is adopted and approved as the Code of Ethics and Business Conduct of the Corporation.

**VOTED:** That the General Counsel of the Corporation shall serve as the Compliance Officer under the Code of Ethics and Business Conduct.

REDACTED

Exhibit 6