LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

ALABAMA
ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
WASHINGTON

March 7, 2007

George P. Kostakos
Direct: 401.454.2910
Direct Fax: 617.531.2051
gkostakos@littler.com

**VIA ELECTRONIC AND**
**<u>OVERNIGHT MAIL</u>**

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

Lori Kisch, Esq.
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Avenue
Suite 300
Washington, D.C. 20009

**Re: Seth Daniels v. American Power Conversion Corporation**
**Civil Action No. 05-00459-ML-LDA**

Dear Noelle and Lori:

In connection with the above referenced matter, I enclose Defendant's Supplemental Discovery Responses in Response to the Court's Memorandum and Order, as well as defendant's revised privilege log. Please note that we are sending the documents having Bates Nos. APC 950 – APC 1771 via overnight courier as they are voluminous in nature. Please note further that we designate all of the documents produced with this letter as confidential pursuant to the parties' agreement.

Very truly yours,

George P. Kostakos

Enclosures
cc: Christopher B. Kaczmarek, Esq.

Firmwide:82140233.1 049233.1004



Exhibit 8