***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SETH DANIELS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No: 05-00459-ML-LDA |
| AMERICAN POWER CONVERSION CORPORATION, | ) | |
| Defendant. | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S APPEAL**
**OF THE MAGISTRATE JUDGE'S ORDER**

Defendant American Power Conversion Corporation ("APC") hereby opposes plaintiff Seth Daniels' appeal of the Memorandum and Order in which Magistrate Judge Almond denied in part, and granted in part, Daniels' motion to compel. In support of this opposition, APC submits herewith its Memorandum of Law.

Respectfully submitted,

AMERICAN POWER CONVERSION
CORPORATION,

By its attorneys,

/s/ George P. Kostakos
George P. Kostakos (6971)
Christopher B. Kaczmarek (*pro hac vice*)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: March 16, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 16th day of March 2007 the foregoing Opposition to Plaintiff's Appeal of the Magistrate Judge's Order was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos