***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

Civil Action No: 05-00459-ML-LDA

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

Defendant American Power Conversion Corporation ("APC" or the "Company") hereby opposes plaintiff Seth Daniels' motion for an extension of time to file his opposition to APC's motion for summary judgment. In support of this opposition, APC submits herewith its Memorandum of Law.

Respectfully submitted,

AMERICAN POWER CONVERSION CORPORATION,

By its attorneys,

/s/ George P. Kostakos

George P. Kostakos (6971)
Christopher B. Kaczmarek (admitted *pro hac vice*)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: March 16, 2007

# CERTIFICATE OF SERVICE

I, George P. Kostakos, hereby certify that on this 16th day of March 2007, the foregoing **Defendant's Opposition to Plaintiff's Motion for an Extension of Time** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos

Firmwide:82185908.1 049233.1004