**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, through his undersigned attorneys, and pursuant to Fed. R. Civ. Pro. 56(f), hereby requests an extension of time to file his Opposition to Defendant's Motion For Summary Judgment. Plaintiff makes this request due to the pending Appeal to the Magistrate Judge's partial denial of Plaintiff's Motion to Compel and because Defendant produced relevant documents after the close of discovery for which Plaintiff will need additional discovery. Plaintiff requests that he be permitted to file his opposition ten days after production of any documents by APC produced in response to an Order from this Court relating to Plaintiff's Appeal, or ten days following a denial of Plaintiff's Appeal, whichever is later.

The reasons for this motion are set forth more fully in the accompanying Memorandum.

Granted in part. Plaintiff shall file his response to the Motion for Summary Judgment ten days from the date of this Order. Mary M. Lisi USDJ 3/16/07

Respectfully submitted this 13th day of March, 2007,

/s/ Noelle Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
lkisch@wcqp.com

*ATTORNEYS FOR THE PLAINTIFF*