UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SETH DANIELS

v. CA 05-459 ML

AMERICAN POWER CONVERSION CORPORATION

## MEMORANDUM AND ORDER

Plaintiff has filed an appeal from an order of Magistrate Judge Almond denying a portion of Plaintiff's Motion to Compel responses to several discovery requests. Defendant opposes Plaintiff's appeal.

This Court has reviewed the Magistrate Judge's Memorandum and Order, Plaintiff's arguments on appeal, and Defendant's opposition. This Court finds that Plaintiff has not met his burden to demonstrate that the Magistrate Judge's decision was "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). Accordingly, Plaintiff's appeal is dismissed and the Magistrate Judge's Memorandum and Order is affirmed.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief Judge
March 16, 2007