***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendants. | Civil Action No: 05-00459-ML-LDA |

**JOINT MOTION FOR THE ENTRY OF A STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Plaintiff Seth Daniels and Defendant American Power Conversion Corporation hereby jointly move for the Court to approve and enter into the record the Stipulated Confidentiality Agreement and Protective Order (the "Order") attached as Exhibit A hereto. As grounds for their motion, Plaintiff and Defendant state that (a) each party has disclosed, or may disclose in the future, documents and information that such party believes to be confidential, and (b) the parties have agreed to the terms of the attached Order and believe that such terms are necessary to protect the confidentiality interests implicated in the aforementioned disclosures.

Respectfully submitted,

SETH DANIELS,

By his attorneys,

/s/ Noelle K. Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3670

Lori Kisch
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave., N.W., Suite 300
Washington, D.C. 20009
lkisch@wcqp.com
(202) 263-36817

AMERICAN POWER
CONVERSION CORPORATION,

By its attorneys,

/s/ George P. Kostakos
George P. Kostakos (R.I. Bar #6971)
LITTLER MENDELSON, P.C.
10 Weybosset Street
Suite 404
Providence, RI 02903
gkostakos@littler.com
(401) 454-2903

Dated: March 28, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 28th day of March 2007, the foregoing Joint Motion for the Entry of a Stipulated Confidentiality Agreement and Protective Order was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos