***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION TO TAKE FURTHER LIMITED DISCOVERY**

Defendant American Power Conversion Corporation ("APC" or the "Company") hereby opposes plaintiff Seth Daniels' Motion To Take Further Limited Discovery. In support of this opposition, APC submits herewith its Memorandum of Law.

Respectfully submitted,

AMERICAN POWER CONVERSION CORPORATION,

By its attorneys,

/s/ George P. Kostakos

George P. Kostakos (6971)
Christopher B. Kaczmarek (admitted *pro hac vice*)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: April 2, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 2nd day of April 2007, the foregoing **Defendant's Opposition To Plaintiff's Motion To Take Further Limited Discovery** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos

82268798.1 049233.1004