# AMERICAN POWER CONVERSION

## Performance Corrective Action Plan

This format may be used as a developmental tool for employees whose performance does not currently meet acceptable standards. This form summarizes the discussion(s) between the manager and the employee regarding performance concerns and expectations. Where possible, detailed descriptions of behavior, goal attainment, and performance indicators should be given. (This form should not be used for misconduct cases.)

Employee Name: **Julie Kelly** Date: **1/25/01**

Job title: **Operations/Project Coordinator** Time in Job: **9 months**

Manager's Name: **Lori Gaspar** Div: **ESSD**

**Detail of Performance Problems:** (attach most recent performance evaluation; summarize concerns or changes below)

During the November time frame Julie indicated she needed an accommodation to her schedule to allow her to spend more time with her father, who had some personal medical issues. At that point, we agreed to allow her to work on Tuesdays and Fridays from 9am to 5 pm, with the agreement she would be available on her cell phone or computer through 8 pm. A few weeks later, we found out that Julie was using the new schedule to go out and socialize on Friday evenings instead of spending time caring for her father. At this point, I approached her and asked her to explain the situation and she indicated she just did not feel like working until 8 pm on Fridays, and that was the reason she requested the change. At that point, we adjusted her hours to require her to work until 8 pm on Fridays.

Additionally, on 12/4/00 and in subsequent conversations that week, I discussed with her an overall concern about her declining performance. The issues discussed include:

Playing video games at work - while talking on phone
Too many personal calls, as well as too much personal conversation within business calls.
Failure to follow through on customer requests:
- failure to pass messages to Regional Manager
- failure to follow through on contacting FSE's or Reg. Mgr. When customer needs them.

Inability to maintain knowledge of FSE whereabouts
Giving HPPs and FSEs impression she is preoccupied while on calls.
Responses to requests from direct manager are short, aggressive, and indicate a negative attitude.

Since that time, there has been no visible improvement in these areas. Additionally, this week we had another situation with a customer where her lack of attention to detail and follow through resulted in customer dissatisfaction and additional cost to APC. In this situation, Julie was responsible for detailing all changes in a project plan for the customer, and as a result of her failure to do so, and her failure to follow through on these changes, the customer contacted the CEO of the company to express their dissatisfaction, and ultimately, APC deployed 3 resources that were not needed.

Additionally, during my normal review of her timecard, it was noted that Julie had put in a total of 15 hours of overtime within one week. This is an abnormal amount of overtime and there does not appear to be any rationale for the overtime.

Confidential
APC 1770

**Future Performance Expectations:** (detail what needs to be accomplished/changed and timeline)

During the next 90 days, and continuing thereafter, Julie is expected to:

- know whereabouts of FSE's at all normal business hours, and for emergency purposes, how to contact them in off hours.
- ensure all information on projects is updated in the system immediately upon change.
- minimize personal conversation with FSEs, HPPs and other customers while maintaining a professional relationship with all contacts.
- Refrain entirely from playing video games during normal business hours. (Remove all video games from APC computer immediately)
- respond professionally and promptly to manager requests.
- Forward any messages from customers to the impacted Regional Manager, FSE or HPP in a timely manner.

Additionally, it is expected during this period that Julie make every attempt to adhere to all processes, policies, and practices as they relate to this position. Where issues arise, it is the expectation of management that Julie communicate immediately with her direct manager to resolve the issue.

Finally, any overtime hours must be preapproved with her direct manager.

**Lack of sufficient improvement in performance as described above or if the performance that caused the corrective action plan to be given continues to occur, further corrective action will be taken up to including transfer, probation, or termination of employment.**

Employee Acknowledgment Julie B Kelley Date: 1/29/01

***My signature indicates that I participated in the Performance Corrective Action process with my manager on the date as noted.***

Manager Signature Lori A. Gaspar Date: 1-25-01

Date of follow up meeting: ______________________ HR Signature [signature]

Employee Comments:
(Separate sheet may be attached)

Confidential
APC 1771