Denied. Plaintiff shall comply with Local Rule Gen 102(a)(3). Plaintiff shall make his filing on or before 4/6/07. Mary M. Lisi USDJ 4/3/07

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
MAR 30 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

CIVIL NO: 05-00459-ML-LDA
Judge Lisi
Magistrate Judge Almond

**PLAINTIFF'S CONSENT MOTION TO FILE UNDER SEAL HIS MEMORANDUM IN SUPPORT OF HIS OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ATTACHED EXHIBITS**

Pursuant to L.R. Gen. 102, Plaintiff, through his undersigned Counsel, hereby requests that the Plaintiff's Memorandum in Support of His Objection to Defendant's Motion for Summary Judgment, and the attached exhibits, be sealed. Plaintiff seeks to seal the attached exhibits because several of them have been marked as Confidential. Further, the Plaintiff's Memorandum in Support of His Objection to Defendant's Motion for Summary Judgment contains multiple references to the confidential documents.

Plaintiff seeks to seal the foregoing pursuant to the Parties' Agreed Protective Order and Stipulated Confidentiality Agreement, filed in this case on March 28, 2007 (Docket No. 53). According to the Parties' Agreed Protective Order and Stipulated Confidentiality Agreement, all materials subject to the confidentiality agreement that are filed with the Court must be filed under seal. In addition, several of the exhibits described above were marked and/or designated as being confidential during discovery. Accordingly, there is no suitable alternative to sealing

the exhibits and any references thereto.

Defendant consents to this motion.

Dated: March 30, 2007

Respectfully submitted,

N. K. Clapham

Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave., NW, Suite 300
Washington, DC 20009
lkisch@wcqp.com

*Attorneys for Plaintiff*