**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Lisi |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, through his undersigned counsel, and objects to Defendant's Motion for Summary Judgment. In support of his Objection, Plaintiff relies upon his Memorandum of law and attached exhibits filed with this Court today, and made part hereof.

Dated: March 30, 2007

Respectfully submitted,

/s/ Noelle K. Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave., NW, Suite 300
Washington, DC 20009
lkisch@wcqp.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Objection to Defendant's Motion for Summary Judgment was filed electronically on this 6th day of May, 2007, and will be served upon all counsel via the court's electronic filing system.

_/s/ Noelle Clapham_____________
*Attorney for Plaintiff*