**Exhibit List**

| Exhibit | Description |
|---|---|
| **1** | Request for Separation Information, Seth Daniels<br>APC 006 |
| **2** | Affidavit of Seth Daniels |
| **3** | Deposition Transcript Excerpt of Bruce E. Gough<br>Pages: 121, 158, 160, 164-66, 173-74, 185, 198-201, 214-16, 226-27, 231-32, 234-35, 239-41, 254, 272-74 |
| **4** | Deposition Transcript Excerpt of Seth Daniels<br>Pages 143, 147, 165-66, 170-71, 174, 213, 220-24, 237-38, 247-48, 250, 255-56, 267-69, 272-73, 284-87, 297-302, 335, 344, 346, 348-50, 357-67, 368-69, 370-73, 375-79, 387-88, 390-96, 398-99, 402 |
| **5** | Affidavit of Bruce E. Gough |
| **6** | Deposition Transcript Excerpt of Christine B. Hendrix<br>Page 85-86, 145-46, 156, 159, 169, 211-17, 225, 254-55, 265-66 |
| **7** | Letter from Adam P. Forman to EEOC, 4/6/2005<br>APC 450-453 |
| **8** | Seth Daniels v. American Power Conversion Corp. EEOC Charge No. 161-2005-00257, 3/7/2005<br>APC 470-476 |
| **9** | Deposition Transcript Excerpt of Brian J. Kelly<br>Pages: 47-8, 54-5, 61-2, 97, 104-11, 127, 130-31, 133-37, 141-44, 147-48, 176-77, 193-94 |
| **10** | Deposition Transcript Excerpt of Susan Colucci<br>Page: 14 |
| **11** | Deposition Transcript Excerpt of John J. Bonzani<br>Page 34-36, 61-64, 71, 75-6, 78-9, 83, 88, 91, 102, 123, 126, 135-36, 140-43, 154-55, 157, 160-63, 171, 174-75, 193, 212, 208-209, 349-350 |
| **12** | Email Correspondence between Julie Cipolla and Mary Tougas of 2/4/2004<br>APC 143 |
| **13** | Deposition Transcript Excerpt of Christine Bollman<br>Pages: 37, 44-5, 56, 64-75, 83-4, 86, 89-90, 93-4, 96-9, 104-05, 115-19, 126-39, 142, 149-50, 155-58 |
| **14** | Email from Kim Distefano 02/27/2004<br>APC 117 |
| **15** | Email Correspondence between Seth Daniels and Christine Bollman, 2/5/2004-2/9/2004<br>APC 521-522 |
| **16** | Email from Kim Distefano to Seth Daniels 02/18/2004<br>APC 128 |
| **17** | Email from Jeff Gardner (Field Service Engineer) to Seth Daniels and Mark Gee, 12/16/2003<br>APC 243 |
| **18** | Email Correspondence between Christine Bollman and Kim Distefano, 2/17/2004-2/18/2004 |

| | |
|---|---|
| | APC 133 -134 |
| **19** | Email Correspondence between Christine Bollman, Kim Distefano, Andrew Laman, and Seth Daniels 2/27/2004-3/1/2007<br>APC 111-113 |
| **20** | APC Preferred Hotels 2004, list<br>APC 139-141 |
| **21** | W4 Forms: Seth Daniels<br>APC 041-042 |
| **22** | Email Correspondence between Brian Kelly and Brian Gough 12/18/2003<br>APC 193-194 |
| **23** | Email Correspondence between Christine Bollman and Steve Grunin and Brian Gough, 12/16/2003-12/17/2003<br>APC 213-215 |
| **24** | Police Department Incident Report, Fax From Maria Barnes to Chris Bellman 12/18/2003<br>APC 279-297 |
| **25** | Email from Brian Kelly to Seth Daniels<br>APC 225-226 |
| **26** | APC Performance Corrective Action Plan<br>APC 1770-1771 (filed under seal) |
| **27** | Deposition Transcript Excerpt of Doug Rademacher<br>Pages: 50 |
| **28** | AVIS Car Rental Receipt, 12/8/2003<br>APC 665 |
| **29** | Email Correspondence between Brian Kelly, Christine Hendrix, Christine Bollman, Julie Cipolla, and Kim Distefano, 3/15/2004-3/23/2004<br>APC 081, 657-661 |
| **30** | Expense Report (Web117067), Seth Daniels, 1/30/2004-1/31/2004<br>APC 679-682 |
| **31** | Expense Report Summary (Web117392), Seth Daniels, 2/18/2004-2/29/2004<br>APC 719-720 |
| **32** | Declaration of Yofi D. Weinberg, 3/28/2007<br>A: Marriott Hotel Rewards<br>B: Hotels by Reward Category – Category 1<br>C: Select Rates<br>D: Hotels by Reward Category – Category 7 |
| **33** | Declaration of Lori B. Kisch,, 12/27/2006 |
| **34** | Email Correspondence between Seth Daniels, Christine Bollman, and Kim Distefano, 2/9/2004<br>APC 137-138 |
| **35** | Letter from Adam P. Forman to EEOC, 7/14/2005<br>APC 501-503 |
| **36** | Letter from Adam P. Forman to EEOC, 8/2/2005<br>APC 512-515 |