# REQUEST FOR SEPARATION INFORMATION FORM BC-28

STATE OF NEW JERSEY
DEPARTMENT OF LABOR
DIVISION OF
UNEMPLOYMENT AND DISABILITY INSURANCE

| 1. SOCIAL SECURITY NO. | 2. PROG. | 3. DATE OF CLAIM | 4. FRD |
|---|---|---|---|
| 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 | 40 | 3/14/04 | 4/07 |

| 5. CLAIMANT'S NAME | 6. DATE OF MAILING | 7. L.O. NO |
|---|---|---|
| SETH D DANIELS | 3/22/04 | 952 |

8. EMPLOYER ID NO.:
0000000000-000-00

APC SALES & SERVICE CORP
PO BOX 278
KINGSTON
RI 02892

Questions on reason for separation should be directed to Christine Hendrix x2409-

9. CLAIMANT'S WORK NAME (IF DIFFERENT)

| 10. CLAIMANT'S OCCUPATION | 11. LAST DAY WORKED |
|---|---|
| MANAGER | 3/12/04 |

| 12. CITY OF EMPLOYMENT | 13. CLOCK/BADGE |
|---|---|
| EAST PROVIDENCE | |

IF YOU MUST COMPLETE THIS REQUEST AND FAIL TO RESPOND, THE CLAIM WILL BE PROCESSED ON THE BASIS OF AVAILABLE INFORMATION.

## IMPORTANT NOTICE TO EMPLOYER

The above named claimant has filed a claim for unemployment benefits under the New Jersey Unemployment Compensation Law and has indicated that you were his/her former employer. You must complete and return only if the claimant:

* Was separated for other than lack of work. (Item A & B)
* Is receiving a company pension. (Item C)
* Received payment for a period after the last day of work. (Item D)
* Has a definite date of recall. (Item E)

If any of the above apply, complete the items below and return to the address shown within ten calandar days from the date of mailing shown in Item 6 above.

A. The reason for separation is Involuntary -

Dates of last employment: From 9-22-03 To 3-12-04
Date of discharge if different from last day of work ____

B. What was the number of weeks worked? 25
What were the claimants's gross earnings for the period listed in A. above.? $ 43,459.68

C. Is the claimant receiving a company pension? Yes____ No ✓ Did claimant contribute? Yes ✓ No____
Monthly Amount of Pension? $____ If Lump Sum payment issued, please enter total amount $____

D. Was the claimant paid for a period after his/her last day work? Yes____ No ✓
( ) Vacation Pay: From____ To____ Amount____
( ) Severance Pay: From____ To____ Amount____
( ) Lieu of Notice: From____ To____ Amount____
Was payment part of a union agreement? Yes____ No____

E. This separation is ✓ permanent ____ temporary: Will recall on or about ____

F. If not entered in A. above, enter claimant's last day of work 3-12-2004

G. If the claimant was separated for reasons other than lack of work, would you like the assistance of the New Jersey State Employment Service in finding a replacement? Yes____ No ✓

RETURN THIS FORM TO:

STATE OF NEW JERSEY
LOCAL UNEMPLOYMENT
INSURANCE CLAIMS OFFICE
PO BOX 2628
NEW BRUNSWICK NJ 089012628

Bonnie L Smith
SIGNATURE OF AUTHORIZED REPRESENTATIVE
Bonnie L. Smith
NAME
Sr Payroll Coordinator
POSITION

EMPLOYER IDENTIFICATION NO. IF DIFFERENT FROM ITEM 13

TELEPHONE 401-789-5935 DATE 4-26-04

BC-28 (R 9/99)
(BC-280)

Exhibit 1

APC 006