# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | ) | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

## DECLARATION OF SETH DANIELS

I, Seth Daniels, state the following:

1. I am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify.

2. Prior to my termination I had not received any discipline while employed at APC. I did not receive any warnings regarding improper behavior prior to my termination.

3. I never received a copy of the ethics policy prior to or during my employment with APC, nor was I aware that an ethics policy existed.

4. While I was employed at APC, no central place existed to find all policies. Each department maintained its own lotus notes with information. Some of the databases required passwords which were not generally given to all employees. While I was working for APC, APC was looking into ways to create a central repository for information.

5. I saw Paul Cavanaugh use his American Express card to pay for meals for other employees, including myself. It is my understanding that Cavanaugh received points when he used his credit card to pay for such meals.

6. My complaints of racial harassment and race discrimination were made as recent as the last two weeks prior to my termination.

7. After I had complained to Bonzani about the racial harassment and race discrimination, Paul Cavanaugh he instructed me to keep my nose clean, to stay

Exhibit 2

away from Kelly and Gough and if I needed anything from HR that I should speak with Christine Hendrix rather than Brian Gough.

8. I generally incurred approximately $1,000 a week in commuting expenses related to my work for APC. I was required to pay for meals for FSEs that attended training sessions in Providence and then to submit the expenses for reimbursement. Such meals regularly totaled approximately, $1,000 a week.

9. I asked Bonzani, Brian Gough, and Mary Tougas who worked for Brian Kelly, whether I could get a higher advance than $2,000. My request was denied. I was never offered ongoing travel advances.

10. At no point was I disrespectful to an Avis representative while employed by APC nor was I aware that such an allegation had been made.

11. From approximately September, 2003 through December, 2003, I arranged for FSEs to stay at the Johnson & Wales and at other hotels on APC's preferred hotel list. However, it had become very expensive for the FSEs to stay in different locations because they were renting cars which was costing APC a lot of money. Bonzani instructed me to make arrangements for the FSEs to all stay in one hotel and that the hotel needed to have high speed internet access, be centrally located and close to the training facility, close to recreational activities, and have access to public transportation . He also instructed that we needed to keep transportation costs down from rental cars and that the hotel should have accommodations for meals.

12. The Marriott Hotel was the only Hotel that met all of John Bonzani's requirements. I arranged for a very good rate of $95.00 per room as well as a 20% discount on meals at the Marriott. High Speed internet access was available and I arranged for a van to transport all of the FSEs to their training.

13. The receipt of reward points did not influence my decision to book the rooms at the Marriott. I had contacted several hotels prior to arranging for rooms for the FSEs and the Marriott was the only hotel that met all of the requirements dictated by my supervisor, Bonzani.

14. I did not direct that the Marriott Hotel credit me with reward points that would have otherwise gone to FSE trainees. I spoke with numerous FSE employees about the Marriot Rewards program and encouraged them to sign up for the program. I am aware that some FSEs paid for their hotel stays at the Marriott and then received reward points for their stay. For example, Jeff St. Claire paid for his own stay and obtained an application to receive reward points. I saw him fill out the application and I believe he received reward points from the Marriott for his stay.

15. Even after December 2003, I continued to arrange for the hotel stays at hotels on

the preferred list. There were occasions when such hotel stays were possible. For example, in Februrary, 2004, Peter Lenton, an instructor from Denmark stayed at the Johnson & Wales Hotel. He did not need the internet to do his day to day job. I helped him with his arrangements to stay at the Johnson & Wales.

16. Prior to my termination, I was never approached by anyone at APC and given an opportunity to explain why I had arranged for the rooms to be booked at the Marriott, nor was I ever asked any questions regarding my receipt of award points. Had I been asked to turn over the cash equivalent of the reward points, I would have gladly done so.

17. I did not set up a direct billing scheme to hide the fact that rooms were being booked at the Marriott. In fact, Bonzani, Cavanaugh, Hendrix, Kim Distefano, Julie Cipolla, and regional managers all knew that the Marriott was being used by the FSEs.

18. Once I became aware that the bills from the Marriott had mistakenly been sent to my department rather than to the finance department, I instructed my assistant, Julie Cipolla, to contact the Marriott to have them send the bills directly to the finance department.

19. When I met with Scott Barger, he told me that he had checked with Marriott's billing department and was told that the Marriott had previously done business in a direct billing capacity with APC.

20. I did not have access to enter the direct bills into oracle. The only access I had to oracle was for my own expenses.

21. The racial harassment and racial discrimination deeply affected me while I was employed at APC. I had difficulty sleeping. It affected my relationship with my family. It caused me to have intimacy issues with my wife. I was unable to be a happy supportive father to my children and my temper was shorter. It also caused me to withdraw from my relationships with friends. I felt as though I was less than a man and that I was a second class citizen. I also began to second guess myself on issues that prior to the discrimination and harassment, I was confident. The discrimination and harassment caused me to lose the ability to enjoy life, family and friends.

Executed this 29th day of March, 2007 in New Jersey.

Seth Daniels