IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - x

SETH DANIELS,

Plaintiff

Civil Action

vs. No. 05-00459-ML-LDA

AMERICAN POWER

CONVERSION CORPORATION,

ORIGINAL

Defendant

- - - - - - - - - - - - - - - x

DEPOSITION of SUSAN COLUCCI, a witness called on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, before Patricia A. Conant, a Registered Professional Reporter and Notary Public within and for the State of Rhode Island, at the offices of Stephen Robinson, 155 South Main Street, Fourth Floor, Providence, Rhode Island 02903, on Thursday, November 9, 2006, commencing at 5:02 p.m.

Exhibit 10

A. That is correct.
Q. Does the Marriott currently have any program which allows a company to receive points for booking individual hotel rooms for guests?
A. Not to my knowledge.
Q. How it ever?
A. Not to my knowledge.
Q. And would you have knowledge of that?
A. I should, yes.
Q. Okay. I'm going to ask that we get a copy of these documents.
A. Sure.
MR. KOSTAKOS: Can I ask a question while we're on these points.
BY MS. KISCH: Okay.
MR. KOSTAKOS: And not to interrupt, but are these originals or copies of documents?
THE WITNESS: Those are originals.
MR. KOSTAKOS: I can take them and have copies made.
MS. KISCH: She doesn't feel