

**Julie Cipolla**
02/04/2004 05:06 PM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc:
Subject: Re: Please add vendor to Oracle - Prov Marriott

Ready to go

----- Forwarded by Julie Cipolla/CORP/NAM/APCC on 02/04/2004 05:06 PM -----



**Mary Tougas**
02/04/2004 03:09 PM

To: Julie Cipolla/CORP/NAM/APCC@APCC
cc:
Subject: Re: Please add vendor to Oracle - Prov Marriott

All set

Julie Cipolla



**Julie Cipolla**
02/04/2004 02:01 PM

To: Mary Tougas/CORP/NAM/APCC@apcc
cc:
Subject: Please add vendor to Oracle - Prov Marriott

Like you're not busy enough already
Thank you, ma'am!
Julie

COMPANY Providence Marriott
CONTACT Tricia Sadlier
ADDRESS One Orms St.
ADDRESS Providence, RI 02904
COUNTRY USA

database 17 APCSS