Kim Distefano

02/27/2004 02:40 PM

To: Nathan Curtis/CORP/NAM/APCC@APCC, Stephen Wendland/MAG/NAM/APCC@APCC, James Rice/CORP/NAM/APCC@APCC, Steven
cc: Seth D Daniels/CORP/NAM/APCC@APCC, Christine Hendrix/CORP/NAM/APCC@APCC
Subject: March 1 Training

FYI:

Hi Guys:

Just a reminder for those of your who are in **ISX REFRESH TRAINING ONLY:**

YOU MUST ATTEND THE KICK-OFF BREAKFAST AT 7:30 AM AT THE PROVIDENCE MARRIOTT.

**ISX for FSE's students** should report directly to the East Providence Facility for 9:00am.

Christine: Will you be joining us for breakfast? Please advise. Seth would really like for you to go. After March 22, you won't have to do this anymore.

If anyone has any questions, please do not hesitate to contact me.

http://www.apc.com

Exhibit 14