Seth D Daniels
02/09/2004 12:28 AM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc: Kim Distefano/SDD/NAM/APCC@APCC
Subject: Re: Marriott PVD training

Chris,

Thanks for the list. Your correct I did not get the it.

Also, we are not doing training at the Marriott. I will take a look the Fairfield and see what they have to offer.

Seth

Christine Bollman

Christine Bollman
02/06/2004 10:28 AM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc:
Subject: Re: Marriott PVD training

Seth - I don't think this went to you. I am trying to understand in what capacity you guys are using the Marriott in PVD and which one. In addition, I though I would forward the APC preferred list of hotels to you. The Fairfield in Warwick just lowered their rate to $59.00 including continental breakfast through April.

APC Preferred Hotels 2004.d

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
----- Forwarded by Christine Bollman/CORP/NAM/APCC on 02/06/2004 10:24 AM -----

Kim Distefano
02/05/2004 12:23 PM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc:
Subject: Re: Marriott PVD training

Seth:

FYI: Please advise.
Thanks
Kim
Christine Bollman

Christine Bollman
02/05/2004 11:30 AM

To: Kim Distefano/SDD/NAM/APCC@APCC
cc:
Subject: Marriott PVD training

Exhibit 15

Kim - I was never able to get any details on this are you guys still doing a training at the Marriott, if so at which one ? I did check in the contracts database and was not able to find anything.
thanks

cb

Christine Bollman
12/31/2003 10:47 AM

To: Tom Siedlecki/CORP/NAM/APCC@APCC, Julie Cipolla/CORP/NAM/APCC@APCC
cc:
Subject: training in February ??

Are you guys having some large scale training/meeting coming up ? If so, can you please give us some details, dates, how many are expected to make flight reservations, are we booking rooms or do you have a block, if so at what hotel etc. Any info would really help us out.
thanks !

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com