Kim Distefano
02/18/2004 04:29 PM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc:
Subject: Newbies Hotel

Hi Seth:

I'm thinking that it may be better to put the newbies at the J&W or somewhere closer to the office. The Comfort Suites are located in West Warwick and I'm thinking that's going to be a nightmare with the traffic every morning and night.

Apparently, Christine Bolman has called the J&W regarding our complaints and thinks we should give them another chance. Supposedly, they are upgrading the high speed internet access soon. Let me know what you think.

Thanks,
Kim

http://www.apc.com

Exhibit 16