Jeff Gardner
12/16/2003 05:30 PM

To: Seth D Daniels/CORP/NAM/APCC@APCC, Mark Gee/CORP/NAM/APCC@APCC
cc:
Subject: Johnson&Whales problems..

Seth/Mark,

Upon arriving at Johnson & Whales Inn on Sunday November 30, 2003 I noticed my room was a bit cool for that day. I turned my heater on high, and achieved no positive results. I then turned to the housekeeping staff, and reported my heater not getting the room warm enough. I returned the next day to find an electric "oil-filled radiator" style heater sitting in my room. This was not acceptable, but I did stay for one more day until I reported this to Seth Daniels. When Seth Daniels called the hotel I received a greater level of service, and a room upgrade into a suite. At this point everything was great. As you recall the Providence area received allot of snowfall over the weekend of Dec . 5th, 6th,7th. The result of this snowfall had completely covered all three windows with a wall of snow. On Sunday Dec. 6th, 2003 at 5:00 P.M. I returned from dinner to find that one of my three windows in the room was cracked in several places. Upon further examination of the window I found that the top latch was locked in, but the bottom latch was in the open position. I pulled the latch to lock it also, when the glass shattered. Several pieces fell to the floor, but most of the glass was still contained in the pane. I immediately went to the front desk and retrieved the night desk clerk. He and I returned to the room, and I explained what had happened. He noted the window and offered to move me to another room. At this point, I had already moved once and did not feel the need to move again since the snow was still above the window, and no wind was coming into the room. This did not have any effect on the warmth of the room. When I returned to the hotel Monday night, I found the window had been taped up with cardboard and duct tape. I still heard nothing from the hotel staff. This was fine with me so I stayed and said nothing. I had reported this to Seth Daniels on Monday the 15th, and explained to him that I did not want to unpack/pack to move rooms. It was not until Thursday afternoon (DEC. 11th) that I received word that the hotel was concerned for my welfare since they had reported blood being in my room. I thought this was odd, and contacted the front desk. I was then directed to the Sales department where I spoke with a young lady who said that she was worried about me, and if I needed to get another room I could have it. Again, the problem was not affecting me directly so I stayed. I asked her about the blood in the room, which at this point was not there. She explained to me Housekeeping had reported cleaning up blood over the weekend, and she had just found out about it. I told her that housekeeping was not in my room for the entire weekend, because I had refused the service. She then went on to tell me that Maintenance had also seen blood. I told her that when the front desk guy and I returned to the room I had indeed put a pinhole in my left hand, but it did not bleed. I thanked her for thinking of me, but that I had not been injured by the window. She said good-bye, and that was the last I heard from this.

I'm sorry that I cannot remember the names of these people, but I did not think that I would have to recall them for this. Thank You, and if you have any questions concerning this please feel free to call me on my cell @ (562)-522-6786.

Jeff Gardner
Field Service Engineer
American Power Conversion

http://www.apc.com

Exhibit 17