Christine Bollman
02/18/2004 09:17 AM

To: Kim Distefano/SDD/NAM/APCC@APCC
cc: Seth D Daniels/CORP/NAM/APCC@APCC
Subject: Re: JW

thanks Kim, I would appreciate if you and Seth would advise anyone who has an issue with the J&W or any other hotel to direct whatever the problem might be to me. Over the last several years APC was able to negotiate some great rates because I try to foster relationships. I have personally visited the J&W on several occasions and find it adequate for our travelers. I recently spoke with Carol Shibley at the J&W and she has assured me they are working on upgrading to high speed internet access over a period of time. The J&W is a working hotel which means it is run by the students that attend the J&W University. Service might not always be perfect but I find these students bring a refreshing energy to their jobs. With all hotels there are issues now and then but I have to say they have been far and few between. It seems strange to me that suddenly there seem to be issues with the J&W. To get to the point, the Comfort Suites is fine it is a new property for APC but we need to spread the business around. For the EP office the J&W is very convenient.
On another note, APC earns points from every night stay at the J&W which we use for our annual Xmas party or other occasions. Last week I needed to redeem some points that would otherwise have expired. I was going to offer the goodies to your group since I still hear that you guys have some kind of training coming up and you might be able to use them for prizes or incentives. I have a $80 gift card for Wal Mart, a $100 gift card for Home Depot, 2 x $50 gift checks for the Providence Place Mall and a $75 certificate to Audrey's, the J&W restaurant. Please let me know if you have any use for these.

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
Kim Distefano

Kim Distefano
02/17/2004 05:12 PM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc: Seth D Daniels/CORP/NAM/APCC@APCC
Subject: Re: JW

Hi Christine:

There have been several things that were brought to Seth's attention in regard to the J&W. We have heard complaints about the heating systems in the rooms not working, false fire alarms going off in the middle of the night, no internet access in the rooms, and a generally low level of hospitality service.

I spoke with Seth this morning and he advised me to check the APC Intranet where I found the list of hotels that are approved for APC travelers. I have made reservations through travel for the newbies to stay at the Comfort Inn in West Warwick, which is $69.00 per night and includes highspeed internet access.

Please advise if this is an acceptable alternative to the J&W. Thank you for your help.
Sincerely,
Kim DiStefano
Christine Bollman

Exhibit 18

Christine Bollman
To: Kim Distefano/SDD/NAM/APCC@APCC

[redacted] 02/17/2004 04:55 PM

cc:
Subject: JW

Kim - do you have issues with the Johnson & Wales hotel ? If so, I would like to know what they are. APC has a long standing relationship with this hotel. Attached find the APC hotel list for 2004, employees are expected to book these properties when ever possible per APC policy.

APC Preferred Hotels 2004.doc

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com