Christine Bollman
03/01/2004 12:24 PM

To: Andrew Laman/CORP/NAM/APCC@APCC, Michelle Hilario/CORP/NAM/APCC@APCC
cc:
Subject: Fw: Comfort Suits

Andrew - could you please give Randy Woessner a call at 508-486-6391, he is with Conversent who is the high speed internet provider for the Comfort Suites in West Warwick. Apparently some APC employees have been having issues getting in to the APC network from this hotel and he is trying to get the issue resolved. You might say just use another hotel, well it seems high speed internet access for a reasonable rate is not easy to find in this area and they are offering to fix the problem. Seth Daniels insists that his people have high speed internet access. I already spoke to Randy but he is asking me questions that I don't know anything about. I would appreciate your help !!! Unfortunately it a time sensitive issue

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
----- Forwarded by Christine Bollman/CORP/NAM/APCC on 03/01/2004 12:12 PM -----

Seth D Daniels
03/01/2004 12:08 PM

To: Christine Bollman/CORP/NAM/APCC@APCC, Andrew Laman/CORP/NAM/APCC@APCC, Michelle Hilario/CORP/NAM/APCC@APCC
cc: Kim Distefano/SDD/NAM/APCC@APCC
Subject: Re: Comfort Suits

Christine,

I would suggest we ensure 2 departments in IT are in the loop on this issue, because:

- Andrew Laymen - owns the VPN server and he would be the correct person to represent APC the hotel's ISP.
- Michelle Hilario - is the team lead for the helpdesk. It would be good for them to know about this issue so, if they get calls from other users they can let them know this is a known issue and not a problem with their VPN.

---

Seth Daniels
Manager, Training and Development

APC Global Services
40 Catamore Boulevard
East Providence, RI 02914

P - 800-890-4272 x 6885
C - 609-206-1100
F - 401-435-0268

seth.daniels@apcc.com

Christine Bollman

Exhibit 19

Christine Bollman
03/01/2004 10:45 AM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc: Kim Distefano/SDD/NAM/APCC@APCC
Subject: Comfort Suits

I need an APC person that has knowledge on what options we have to access our network from a hotel to contact Randy Woessner at Conversent phone number 508-486-6391, all I know is the dial up option. Conversent is the current high speed internet provider for the Comfort Suites and they are trying to find the problem.
Any suggestions ?

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com

I have made some phone calls, will be in touch early next week.

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
Kim Distefano

Kim Distefano
02/27/2004 12:16 PM

To: Christine Bollman/CORP/NAM/APCC@APCC
cc: Seth D Daniels/CORP/NAM/APCC@APCC
Subject: New Hires March 8

Hi Christine:

I have 2 new hires coming here for March 8. I understand that there has been an issue with the VPN access at the Comfort Suites. Can you please confirm with the Comfort Suites that there will be VPN access by March 8? If not, can you please provide us with some alternate hotels that have working VPN access, as the new hires require this for their homework, etc.

Thank you for your help.

Kim

http://www.apc.com

Seth D Daniels
03/01/2004 12:08 PM

To: Christine Bollman/CORP/NAM/APCC@APCC, Andrew Laman/CORP/NAM/APCC@APCC, Michelle Hilario/CORP/NAM/APCC@APCC
cc: Kim Distefano/SDD/NAM/APCC@APCC
Subject: Re: Comfort Suits

Christine,

I would suggest we ensure 2 departments in IT are in the loop on this issue, because:

- Andrew Laymen - owns the VPN server and he would be the correct person to represent APC the hotel's ISP.
- Michelle Hilario - is the team lead for the helpdesk. It would be good for them to know about this issue so, if they get calls from other users they can let them know this is a known issue and not a problem with their VPN.

---

Seth Daniels
Manager, Training and Development

APC Global Services
40 Catamore Boulevard
East Providence, RI 02914

P - 800-890-4272 x 6885
C - 609-206-1100
F - 401-435-0268

seth.daniels@apcc.com

Christine Bollman

Christine Bollman
03/01/2004 10:45 AM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc: Kim Distefano/SDD/NAM/APCC@APCC
Subject: Comfort Suits

I need an APC person that has knowledge on what options we have to access our network from a hotel to contact Randy Woessner at Conversent phone number 508-486-6391, all I know is the dial up option. Conversent is the current high speed internet provider for the Comfort Suites and they are trying to find the problem.
Any suggestions ?

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com

I have made some phone calls, will be in touch early next week.