# Form W-4 (2003)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2003 expires February 16, 2004. See **Pub. 505,** Tax Withholding and Estimated Tax.

**Note:** *You cannot claim exemption from withholding if: (a) your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See **Pub. 919,** How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using **Form 1040-ES,** Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the **Instructions for Form 8233** before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2003. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

**Personal Allowances Worksheet** (Keep for your records.)

A Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . A ______

B Enter "1" if: { • You are single and have only one job; or • You are married, ... • Your wages from ... $1,000 or less. } . . B ______

C Enter "1" for your **spouse.** But, you ... ther a working spouse or more than one job. (Entering "-0-" ... . . . . C ______

D Enter number of **dependents** (other ... turn . . . . D ______

E Enter "1" if you will file as **head of** ... of household above) . . E ______

F Enter "1" if you have at least $1,50... to claim a credit . . F ______

(**Note:** *Do not include child support* ... *nses, for details.*)

G **Child Tax Credit** (including addition...
• If your total income will be between $15,... ligible child plus **1 additional** if you have three to five eligible children o...
• If your total income will be between $42,0... one or two eligible children, "2" if you have three eligible children, "3" ... children. G ______

H Add lines A through G and enter total here. ... n on your tax return. ▶ H ______

For accuracy, complete all worksheets that apply. { • If you plan to ite... and Adjustment... your withholding, see the **Deductions** ... • If you have more ... oth work and the combined earnings from all jobs exc... page 2 to avoid having too little tax withheld. • If **neither** of the a... n line H on line 5 of Form W-4 below. }

Per Brian Kelly - Employee is not to be given back this original W-4 - Copy mailed to Employee Tues 10-14

Cut here and give Form W-4 to your employer. Keep the top part for your records.

## Form W-4 — Employee's Withholding Allowance Certificate

Department of the Treasury Internal Revenue Service

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010 **2003**

1 Type or print your first name and middle initial: Seth | Last name: DANIELS | 2 Your social security number: 156 58 2567

Home address (number and street or rural route): 2227 US Highway 1

3 ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate.
*Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.*

City or town, state, and ZIP code: NO Brunswick, NJ

4 **If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card.** ▶ ☐

5 Total number of allowances you are claiming (from line H above **or** from the applicable worksheet on page 2) 5 ______

6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . 6 $ ______

7 I claim exemption from withholding for 2003, and I certify that I meet **both** of the following conditions for exemption:
• Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**
• This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here . . . . . . ▶ 7 Exempt

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

**Employee's signature** (Form is not valid unless you sign it.) ▶ [signature] Date ▶

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number

Cat. No. 10220Q

Exhibit 21

APC 041

## Deductions and Adjustments Worksheet

**Note:** *Use this worksheet only if you plan to itemize deductions, claim certain credits, or claim adjustments to income on your 2003 tax return.*

| | | | |
|---|---|---|---|
| 1 | Enter an estimate of your 2003 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2003, you may have to reduce your itemized deductions if your income is over $139,500 ($69,750 if married filing separately). See **Worksheet 3** in Pub. 919 for details.) | 1 | $ |
| 2 | Enter: $7,950 if married filing jointly or qualifying widow(er); $7,000 if head of household; $4,750 if single; $3,975 if married filing separately | 2 | $ |
| 3 | **Subtract** line 2 from line 1. If line 2 is greater than line 1, enter "-0-" | 3 | $ |
| 4 | Enter an estimate of your 2003 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | 4 | $ |
| 5 | **Add** lines 3 and 4 and enter the total. Include any amount for credits from **Worksheet 7** in Pub. 919 | 5 | $ |
| 6 | Enter an estimate of your 2003 nonwage income (such as dividends or interest) | 6 | $ |
| 7 | **Subtract** line 6 from line 5. Enter the result, but not less than "-0-" | 7 | $ |
| 8 | **Divide** the amount on line 7 by $3,000 and enter the result here. Drop any fraction | 8 | |
| 9 | Enter the number from the **Personal Allowances Worksheet,** line H, page 1 | 9 | |
| 10 | **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earner/Two-Job Worksheet,** also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 | 10 | |

## Two-Earner/Two-Job Worksheet

**Note:** *Use this worksheet only if the instructions under line H on page 1 direct you here.*

| | | | |
|---|---|---|---|
| 1 | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | 1 | |
| 2 | Find the number in **Table 1** below that applies to the **lowest** paying job and enter it here | 2 | |
| 3 | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet | 3 | |

**Note:** *If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4–9 below to calculate the additional withholding amount necessary to avoid a year-end tax bill.*

| | | | |
|---|---|---|---|
| 4 | Enter the number from line 2 of this worksheet | 4 | |
| 5 | Enter the number from line 1 of this worksheet | 5 | |
| 6 | **Subtract** line 5 from line 4 | 6 | |
| 7 | Find the amount in **Table 2** below that applies to the **highest** paying job and enter it here | 7 | $ |
| 8 | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed | 8 | $ |
| 9 | Divide line 8 by the number of pay periods remaining in 2003. For example, divide by 26 if you are paid every two weeks and you complete this form in December 2002. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck | 9 | $ |

## Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | All Others | | | |
|---|---|---|---|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $4,000 | 0 | 44,001 - 50,000 | 8 | $0 - $6,000 | 0 | 75,001 - 100,000 | 8 |
| 4,001 - 9,000 | 1 | 50,001 - 60,000 | 9 | 6,001 - 11,000 | 1 | 100,001 - 110,000 | 9 |
| 9,001 - 15,000 | 2 | 60,001 - 70,000 | 10 | 11,001 - 18,000 | 2 | 110,001 and over | 10 |
| 15,001 - 20,000 | 3 | 70,001 - 90,000 | 11 | 18,001 - 25,000 | 3 | | |
| 20,001 - 25,000 | 4 | 90,001 - 100,000 | 12 | 25,001 - 29,000 | 4 | | |
| 25,001 - 33,000 | 5 | 100,001 - 115,000 | 13 | 29,001 - 40,000 | 5 | | |
| 33,001 - 38,000 | 6 | 115,001 - 125,000 | 14 | 40,001 - 55,000 | 6 | | |
| 38,001 - 44,000 | 7 | 125,001 and over | 15 | 55,001 - 75,000 | 7 | | |

## Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $50,000 | $450 | $0 - $30,000 | $450 |
| 50,001 - 100,000 | 800 | 30,001 - 70,000 | 800 |
| 100,001 - 150,000 | 900 | 70,001 - 140,000 | 900 |
| 150,001 - 270,000 | 1,050 | 140,001 - 300,000 | 1,050 |
| 270,001 and over | 1,200 | 300,001 and over | 1,200 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. **Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties.** Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and using it in the National Directory of New Hires. We may also disclose this information to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping, 46 min.; Learning about the law or the form, 13 min.; Preparing the form, 59 min. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. Do not send the tax form to this address. Instead, give it to your employer.

APC 042