Brian Kelly
12/18/2003 06:25 PM

To: Brian Gough/MAG/NAM/APCC@APCC
cc: Christine Hendrix/CORP/NAM/APCC@APCC
Subject: Re: Seth Daniels

Brian:

I've given the date of the incident to Chris Bollman to follow-up with Avis. Regarding the expense reports, I am attempting to cross-reference the names of the employees on the reports to othyer expense reports as well as timecard information. Why he can suddenly submit the receipts past the date of the incident now is interesting when he advised in his e-mail to me that they did not exist is beyond me.

I'll continue to review his reports tomorrow to see if I can detect anything else.

I'll be holding both reports until the receipts aree received and I can compare the receipt detail to the report detail.

Thanks
Brian

PS: I'm glad it is just not me that had difficulty with him (Bonnie, Chris B, Mary T) as far as evasiveness, non-response.

Director - Finance & Administration
North America
Brian Gough

Brian Gough
12/18/2003 05:41 PM

To: Brian Kelly/CORP/NAM/APCC@APCC
cc: Christine Hendrix/CORP/NAM/APCC@APCC
Subject: Seth Daniels

Brian,
Here is where we stand right now:

- Seth will be submitting receipts for the expense reports he has submitted - for anything past the date of the theft.
- I have a copy of the police report
- The issue of the lunch with Megan/Christine/Jeff is still an open issue, no resolution. From his perspective, worst case is that he made a mistake. From our perspective, worst case is he tried to defraud the company. Proof of intent will be difficult, and therefore, if this is the only issue we find in the reports, we need to accept that we can't come to any definitive conclusion therefore we take no negative action.
- If no other issues are identified on the expense reports, no disciplinary action should be taken.
- I have advised on proper expense submittal and have hopefully clarified expectations.
- I have also addressed overall issue of the perception gained of others by his actions (evasiveness to questions, delays in providing documentation, etc.) as well as perception gained through his brash style. He will need to make some decisions around his ability to fix those perceptions for his continued future at APC.

So, I need you to continue with this review of his expenses, and note to me any that are questionable.

I will continue to attempt to learn from Bugaboo if he has filed any claim with.

Exhibit 22

Do you know if he has attempted to make any personal claim with Avis?

Brian Gough
Director of Human Resources - NAM/LAM

http://www.apc.com