**Christine Bollman**
12/18/2003 09:28 AM

To: Stephen.Grunin@cendant.com
cc:
Subject: RE: APC

Steve - I have a little more info the incidence took place Nov. 5 or 6. We would still like to know if Avis has a record of this or even a police report filed. I guess you could tell the location manager that it is a confidential matter.
I would appreciate your help with this.
thanks

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
----- Forwarded by Christine Bollman/CORP/NAM/APCC on 12/18/2003 09:13 AM -----

**Christine Bollman**
12/17/2003 08:27 AM

To: "Grunin, Stephen" <Stephen.Grunin@cendant.com>@NMTA
cc:
Subject: RE: APC

Steve, thanks. The only thing I know is that it happened the first week in Nov., I understand if this is not enough information. I will just wait an see what happens on our end.

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com
"Grunin, Stephen" <Stephen.Grunin@cendant.com>

**"Grunin, Stephen" <Stephen.Grunin@cendant.com>**
12/16/2003 07:08 PM

To: "'Christine.Bollman@apcc.com'" <Christine.Bollman@apcc.com>
cc:
Subject: RE: APC

Exhibit 23

**Brian Gough**
12/18/2003 09:27 AM

To: Christine Hendrix/CORP/NAM/APCC@APCC
cc:
Subject:

don't tell Seth we have a copy of the police report

Brian Gough
Director of Human Resources - NAM/LAM

http://www.apc.com

No problem but I need a conf# or the exact date it was rented and then I can assist.

Regards,

Steve Grunin
Account Manager
Cendant Car Rental Group
Cell-508-479-7607
Fax-508-697-0037
stephen.grunin@cendant.com

-----Original Message-----
From: Christine.Bollman@apcc.com [mailto:Christine.Bollman@apcc.com]
Sent: Tuesday, December 16, 2003 1:58 PM
To: Grunin, Stephen
Subject: APC

Steve - is there away to find out if an Avis car was returned to Avis sometime in the first week of November with damage due to a break in ? I am thinking the car was returned to the airport or possibly the downtown PVD office. The car was rented under the name Seth Daniels. Please make sure this stays confidential.
thanks

Regards,

Christine Bollmann, CCTE
Manager Corp. Travel
American Power Conversion
401-789-5735 x2248
fax: 401-788-2724
Christine.Bollman@apc.com

http://www.apc.com

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.