To: CHRIS BELLMAN
401.788-2724

From: MARIA BARNES / AVIS TF GREEN APO.
(401) 736-7508

Copy of Report per Request.

12/18/2003

Exhibit 24

# Incident Report

Page: 1
12/17/2003

**Incident #: 03-5147-OF**
**Call #: 03-71897**

Date/Time Reported: 11/05/2003 2203
Report Date/Time: 11/09/2003 1607
Status: Incident Open
Reporting Officer: Officer William DeFeo
Approving Officer: Sergeant Mark Canning

Signature: ______________________

| # | OFFENSE(S) | A/C | TITLE/CHAP | SECTION |
|---|---|---|---|---|
| | LOCATION TYPE: Parking Lot/Garage Zone: RD 284 (POST 15)<br>BUGABOO CREEK STEAK HOUSE<br>30 JEFFERSON BLVD<br>WARWICK RI | | | |
| 1 | VANDALISM/MALICIOUS INJURY TO PROPERTY<br>OCCURRED: 11/05/2003 2203 | C | 11-44 | 1 |
| 2 | LARCENY/O $500<br>OCCURRED: 11/05/2003 2203 | C | 11-41 | 1 - FROM MV |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | DANIELS, SETH<br>2227 US HIGHWAY 1<br>NORTH BRUNSWICK NJ 08902<br>DOB: NOT AVAIL<br>EMPLOYER: APC<br>ETHNICITY: Not of Hispanic Origin<br>RESIDENT STATUS: Non Resident<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 2 | M | B | 37 | NOT AVAIL | |

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | RIVIERA | 2004 | BUIC | | RED | | RI GD684 | $300.00 |

STATUS: Destroyed/Damaged/Vandalized DATE: 11/09/2003
OWNER: DANIELS, SETH
VIN: 140213

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | IBM THINKPAD T-40 COLOR BLACK<br>QUANTITY: 1 VALUE: $3,000.00<br>SERIAL #: NOT AVAIL<br>DATE: 11/09/2003<br>OWNER: DANIELS, SETH | | Stolen |

On 11/5/03, Off. DeFeo was sent to Bugaboo Creek on the report of a larceny. Upon arrival to the above address, Off. DeFeo met with VI#1 Seth Daniels, DOB: 8/2/66. VI#1 (Daniels) stated that he parked his vehicle to the west side of Bugaboo Creek and went inside. He had diner and upon exiting Bugaboo, he noticed that his right rear passenger window was smashed out. He investigated further and noticed that the laptop computer that was on the back seat of his car was missing as well.

The laptop is described as a IBM Think Pad T40, color black, valued at approximately $3000. At this pint in time, VI#1 (Daniels) could not provide Off. DeFeo with a serial number. There are no suspects at this time.