**Brian Kelly**
12/17/2003 10:29 AM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc: John Bonzani/CORP/NAM/APCC@APCC
Subject: Re: Open issues/questions - please open/read/respond

Seth:

I reviewed your offer letter yesterday and it states that APC will pay for relocation to RI. That is the extent of the language on the issue. All of your expenses are not APC business related. Your personal lunches (as are mine and everyone else at APC) while not traveling on APC business are personal and not business related. As I've stated, you've chosen to commute to RI. If you were living in RI and had the saem expense APC would not be paying for them.

Regards
Brian

Director - Finance & Administration
North America
Seth D Daniels

**Seth D Daniels**
12/17/03 10:03 AM

To: Brian Kelly/CORP/NAM/APCC@APCC
cc: John Bonzani/CORP/NAM/APCC@APCC
Subject: Re: Open issues/questions - please open/read/respond

Brian,

Please find my responses to your questions in blue below.

Seth

Brian Kelly

**Brian Kelly**
12/16/2003 02:23 PM

To: Seth D Daniels/CORP/NAM/APCC@APCC
cc: John Bonzani/CORP/NAM/APCC@APCC
Subject: Open issues/questions - please open/read/respond

Seth:

Wanted to send you an e-mail on some open issues that I need replies to. Please review and advise as to the status of each.

1)I have two expense reports totalling $8400. There are no receipts attached. The reports cannot be processed until the *original* receipts are submitted and we have a chance to review. I will also be looking to determine why we are being asked to pay certain expenses (ie certain meals). Given that you are commuting to RI from NJ due to family needs, it is likely that some of these expenses are taxable (if I decide to reimburse them). Such expenses are treated the same under IRS rules as if they were relocation related expenses. We should be looking at the expenses we would normally reimburse for an employee that works in your same location but lives locally.

1. Brian you are correct- I did not attach any receipts because all of my receipts (for the two expense reports in question) and other items were stolen with my laptop.

Exhibit 25

1. I electronically track all of my personal and business transactions with Microsoft Money (a personal financial management software like Quicken) and all of my credit and debit cards transactions are then downloaded into Money. I then account for all transactions both personal and APC. This allows me to accurately account for all of my transactions and gives me the ability to produce an APC specific expense report from Microsoft Money. Additionally, I backup all of my files weekly.
2. I apprised Mary Tougas a few days after the theft, I would be able to provide a report that would accurately detail my expenses. I also showed her the type of report and level of detail I would be able to provide due to the fact that my receipts were stolen at the time of the theft. She said the level of detail was sufficient to reimburse my expenses given the circumstances.
3. On Monday 12/5/03, I submitted my expenses to Mary Tougas for processing with the APC expense report created by Microsoft Money.

2. In response to your questions regarding specific expenses I incurred on behalf of APC that are legitimately due me:
   1. All of the expenses are directly related to APC
   2. My manager was aware of the reason and nature of the expenses
   3. Some of the expenses were part of my employment agreement.
   4. Based upon items above - I am unsure why you are deciding whether or not you will reimburse them.

2)You've mentioned to Christine Bollman regarding the breakin into your Avis rental car and your laptop and personal items being stolen. I've asked you for a copy of the police report and an itemized list of what was stolen (along with values) for my my review. I've yet to receive this.

1. I will foward thses Items to you by Friday 12/19/03.

3)Chris also advises that there was an issue with Johnson & Wales and some of the accomdations for certain employees. I appreciate your attempt to assist in the matter but Christine is the person that would handle these relationships and should be apprised of these issues.

1. I will work more closely with Christine if a situation like this occurs in the future.

Chris also mentioned that there was a room that an employee was using that was in disarray, window broken, blood in the room. Please advise as to how this occured. Was an emplpoyee injured (source of the blood)? Was the hotel apprised of the situation and what actions were taken?

1. The employee in question was not injured in this event nor did the employee damage hotel property.
2. That being said, this matter was addressed according to APC Corporate policy as I understood it at that point in time with respect to employees being injured at work or in the process of conducting business on APC's behalf.
3. Per your request for the details of the event, please click on the attached link for a report from the FSE in question.

Regards
Brian

Director - Finance & Administration
North America

http://www.apc.com