IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO: 05-00459-ML-LDA

* * * * * * * * * * * * * * * * * * *

SETH DANIELS,

Plaintiff,

ORIGINAL

vs.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

* * * * * * * * * * * * * * * * * * *

DEPOSITION OF DOUG RADEMACHER, a witness called on behalf of the plaintiff, taken pursuant to the Rhode Island Rules of Civil Procedure, before Elizabette M. Afonso, Professional Shorthand Reporter and Commissioner for the State of Rhode Island and Providence Plantations, at the law ɔffices of Stephen Robinson, 155 South Main Street, rovidence, Rhode Island, commencing at 10:25 a.m. Friday, October 13, 2006.

Exhibit 27

Q. Do you recall whether or not anyone has ever stayed at the Providence Marriott?
A. I don't think in my organization. I believe the sales organization had an event in Providence once, and I'm sure they had people staying in that hotel.
Q. Okay. Do you remember when that was?
A. Maybe two, three years ago.
Q. Do you remember if that was a large event or small event?
A. It was large. It was the entire -- our sales organization.
Q. And approximately how many people then do you think would have been traveling -- are we talking hundreds?
A. Yeah, hundreds.
Q. Do you know of anyone that's ever stayed at the Courtyard Marriott in the Providence area?
A. Not specifically, no.
Q. Okay. But you don't know one way or the other if whether they had --
A. Right. I don't know.
Q. Okay. Do you know of anyone that stayed at the Johnson & Wales Hotel?
A. No.