AVIS®

Dec-03

212485151

Avis Rent A Car System, Inc.

CX 1 [illegible] STREET PROVIDENCE,RI,02903,US 1092

>>RETURN<< RA DOCUMENT 242517343

CAR# 8 1 x 2 0 3 5 SKP C/O

MI OUT:14405 MI IN: 14734

TOTAL MILES DRIVEN: 510

PLATE# MA 93NM14 FUEL OUT: 8/8

BRO CHEV [illegible] 4DR FUEL IN: 0/8

METHOD OF PAYMENT: VISA

AUTH: 12323/126 L

PHONE:609.206.1100

DRIVERS LIC# USNJXXXXXXXXXXX8662

DATE OF BIRTH: 02AUG66

WIZARD# Y4D14E

AWD# B923400

COST CONTROL# 12/98541

REMARKS:XM RADIO 2.99 DAY

RENT: [illegible] AT: PROVIDENCE RI PHONE: 401-521-7900 387301

RETURN: 12DEC03/1845 AT: PROVIDENCE RI RATE: IN/D TIME: 11 DY 1 HR

DUE IN: 12DEC03/1200 AT: PROVIDENCE RI MIN 1 DAY

******OPTIONAL SERVICES******

LDW: 20.99/DAY DECLINED

PAI: 3.00/DAY DECLINED

PEP: 1.95/DAY DECLINED

ALI: 11.95/DAY DECLINED

PREV CAR# 0312?015 # OF EXCHGS 02

MI IN:14946 MI DRIVEN:00138

LAST EXCHANGE:PVD

EXCHG DATE/TIME:09DEC03/2148

EXT TO:12DEC03/1200 ON:09DEC03/2148

ORG RNT LOC:PV1

| | | | |
|---|---|---|---|
| 0 MI @ | .20 | | |
| 1 HR @ | 14.67 | | 14.67 |
| 4 DY @ | 44.00 | | 176.00 |
| 1 WK @ | 264.00 | | 264.00 |
| 0 MO @ | 1056.00 | | |
| IN/D 511FM | | | |
| TIME & MILEAGE | | = | 454.67 |
| MISC CHARGES (U) | | + | 11.96 |
| FUEL SERVICE: .3882/MI | | | |
| 4.99/GAL | | | |
| FUEL SERVICE CHARGE | | + | 89.98 |
| * RI 6% SURCHARGE | | + | 33.40 |
| | | + | 45.00 |
| SUBTOTAL | | | 635.01 |
| TAX 7.000% | | + | 44.45 |
| TOTAL CHARGES | | | 679.46 |
| AMOUNT DUE CV USD | | | 679.46 |

* RHODE ISLAND RENTAL CAR SURCHARGE

DANIELS,SETH
2227 US HIGHWAY 1
UNIT 196
NORTH BRUNSWICK,NJ,08902,US

compact car
is only about
$2.00 per day
cheaper per
Christine Bollman

---NOTICES---NOTICES---NOTICES---NOTICES---NOTICES---NOTICES---NOTICES

***THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN BILLED TO YOUR VISA CARD.

***ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY ERRORS ARE FOUND.

***FOR LOCAL INQUIRIES CALL 401-521-7900, ALL OTHER INQUIRIES CALL 800-352-7900.

***THANK YOU FOR RENTING FROM AVIS.

***MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.

BC14/26AE/04048/15:56/F

***IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED A SERVICE CHARGE APPLIES.

***I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS RENTAL DOCUMENT.

X______________________________ RENTAL #242517343

RES # 19757026-US-6W

RENTAL AGENT: 886400 RETURN AGENT: 40409

Exhibit 28

APC 665