# Confirmation

Expense report number Web117392 for 2,061.66 has been submitted to your manager for approval.

* To send required receipts to Accounts Payable, print this page and attach all required receipts.
* Make a photocopy of this page and the receipts for your records.
* Place this page and the original receipts in an interoffice envelope, and send to Accounts Payable.

Your manager (or specified approver) will be notified requesting approval for this expense report. Upon approval, a notification will be sent to you and Accounts Payable. This expense report will be paid after it has been approved, and Accounts Payable verifies the receipts.

Hint: Use your browser Back button to exit the printable page view of the Confirmation page.

## Expense Report Summary

1683.70

Expense Report Total ~~2,061.66 USD~~

3-29 mr

-167.97 Adapter Deduct per Brian Ke
-62.99 Sport Network switch Deduct per Brian Kelly
-20.00 meal exp'd over the allowed Amt 2-24

## General Information

Name **DANIELS, SETH (14499)**
Cost Center **305**
Approver

Expense Dates **18-FEB-2004 - 29-FEB-2004**
Purpose **Expense Report 21Feb -2004 to 28-Feb-2004**
Lines Requiring Receipts **20**

-88.00 Amtrak - No receipt 2-27 ?
-39.00 Amtrak - Duplicate entry? only one receipt

## Cash and Other Expenses

### Receipt-Based Expenses

| Date | Receipt Amount | Exchange Rate | Expense Type | Location Expense Incurred | Merchant Name | Justification | Reimbursable Amount (USD) | Rece Requ |
|---|---|---|---|---|---|---|---|---|
| 27-Feb-2004 | 285.97 USD | 1 | CAR RENTAL | | | Avis rental car | 285.97 | ✔ |
| 22-Feb-2004 | 113.00 USD | 1 | FARES | | | Amtrak | 113.00 | ✔ |
| 22-Feb-2004 | 11.00 USD | 1 | FARES | | | Cab | 11.00 | ✔ |
| 25-Feb-2004 | [redacted] NO | 1 | NON-CAPITAL ($2500 OR LESS) COMPUTER EQUIP | | | Best Buy | 167.97 | ✔ |
| 23-Feb-2004 | [redacted] NO | 1 | NON-CAPITAL ($2500 OR LESS) COMPUTER EQUIP | | | Bust Buy | 62.99 | ✔ |
| 25-Feb-2004 | 263.00 USD | 1 | DINNER | | | see recpit | 263.00 | ✔ |
| 25-Feb-2004 | 289.68 USD | 1 | DINNER | | | see recpit | 289.68 | ✔ |
| 26-Feb-2004 | 283.00 USD | 1 | LUNCH | | | see recpit | 283.00 | ✔ |
| 27-Feb-2004 | 180.53 USD | 1 | LUNCH | | | see recpit | 180.53 | ✔ |

APC 719

Exhibit 31

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27-Feb-2004 | 88.00 USD | 1 | FARES | | | Amtrak | 88.00 | ✓ |
| 27-Feb-2004 | 5.00 USD | 1 | FARES | | | Cab | 5.00 | ✓ |
| 23-Feb-2004 | 26.00 USD | 1 | DINNER | | | seth daniels | 26.00 | ✓ |
| 24-Feb-2004 | 65.00 USD | 1 | DINNER | | | see receipt | 65.00 | ✓ |
| 27-Feb-2004 | 26.00 USD | 1 | LUNCH | | | seth daniels | 26.00 | ✓ |
| 22-Feb-2004 | 5.82 USD | 1 | DINNER | | | seth daniels | 5.82 | ✓ |
| 22-Feb-2004 | 1.75 USD | 1 | DINNER | | | seth daniels | 1.75 | ✓ |
| 18-Feb-2004 | 20.95 USD | 1 | POSTAGE/MAILING | | | shipping | 20.95 | ✓ |
| 29-Feb-2004 | 88.00 USD | 1 | FARES | | | amtrak | 88.00 | ✓ |
| 29-Feb-2004 | 39.00 USD | 1 | FARES | | | amtrak | 39.00 | ✓ |
| 29-Feb-2004 | 39.00 USD | 1 | FARES | | | amtrak | 39.00 | ✓ |
| | | | | | | **Total** | 2,061.66 | |

APC 720