**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

**DECLARATION OF YOFI D. WEINBERG**

I, Yofi D. Weinberg, state the following:

1. I am employed as a Legal Assistant with the law firm Wiggins, Childs, Quinn & Pantazis, PLLC ("WCQP") located in its Washington, D.C. office.

2. I have personal knowledge of the facts stated herein, and am competent to testify.

3. On March 28, 2007, I conducted internet research regarding the Marriott Rewards Program and the cost of hotels identified by the Rewards Program.

4. Attached hereto are true and accurate copies of documents that I printed from the internet regarding Marriot Rewards Program and the cost of certain hotels participating in the Program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2007 in Washington, D.C.

Yofi D. Weinberg

Exhibit 32