Marriott

View hotels in each category: 1 Find

**M̄arriott Hotel Rewards**

;iott properties are grouped in seven categories by location and hotel type. The table below indicates points required for free nights in each category. Point amounts are based on a standard room.

Marriott Rewards glossary >>

**View: Marriott Hotel Reward | Stay Anytime Hotel Reward | PointSavers Hotel Reward**

**Points required for stay***

| Hotel category | Number of nights 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
|---|---|---|---|---|---|---|---|---|
| 1 | 7,500 | 14,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 | 7-night + x-night |
| 2 | 10,000 | 19,000 | 27,000 | 35,000 | 43,000 | 50,000 | 55,000 | |
| 3 | 15,000 | 28,000 | 41,000 | 52,000 | 63,000 | 73,000 | 82,000 | Ex: 10 nights = 7-night + 3-night |
| 4 | 20,000 | 38,000 | 55,000 | 70,000 | 85,000 | 95,000 | 105,000 | |
| 5 | 25,000 | 46,000 | 65,000 | 80,000 | 95,000 | 105,000 | 115,000 | |
| 6 | 30,000 | 55,000 | 78,000 | 95,000 | 110,000 | 120,000 | 130,000 | |
| 7 | 35,000 | 65,000 | 90,000 | 110,000 | 130,000 | 140,000 | 150,000 | |

*Point values are based on a standard room and may vary by length of stay and hotel category. Upgrades may be available for extra points.

**Marriott Brand Hotels:**

Marriott Hotels & Resorts
Renaissance Hotels
Courtyard by Marriott
F˙ ˙field Inn by Marriott
Marriott Conference Centers
Springhill Suites by Marriott
TownePlace Suites by Marriott
Residence Inn by Marriott

Close Window >>

Exhibit 32A

Marriott

Welcome to Marriott.com





# Browse Hotel Rewards

## Marriott Hotel Rewards

Marriott hotels are grouped in seven "reward categories," depending on location and hotel type. Each category requires varying point levels for reward stays.

For a list of all the hotels in each category and to see basic point requirements, view the hotel category chart.

**Ready to use your points for a hotel stay?**
Use the search to the right to find a hotel and make your reservation.

**Already made a reward reservation and ready to redeem your points?**
If you have signed in, click the link below to view your reservation details and order a certificate.

If you have not signed in, click below. You will be prompted to sign in before proceeding with your order.

Order your reward certificate now >>

**Already have a reward certificate?**
Use the search to the right to make your reservation. Be sure to select a hotel in the category for which your certificate qualifies. When asked if you need to order a certificate with your reservation, select the option for "I already have a certificate".

## Marriott Rewards PointSavers >>

Use fewer Marriott Rewards points for free night Rewards. Members may save up to 33% in points, depending on the hotel category and the number of nights requested.

## Marriott Vacation Club Rewards >>

Offering luxury resorts in premier destinations.

## Partner Hotel Rewards >>

Your Marriott Rewards points are valued at any of several partner hotels, as well. Come see where we can take you.

## Room Upgrade Information >>

An upgrade to a preferred view room or larger suite is only 5,000 points away at select Marriott hotels and resorts.

**My Account >>**

Sign in >>
Not a member?
Join Marriott Rewards >>

**Marriott Rewards Search**

**Find a Hotel**

City

State (USA only)

Country

**Check Availability**
Enter travel dates (if known)

Check-in date

Check-out date

No. of rooms 1 | Guests/room 1

Need more rooms?

Brand
All brands

Find

More search options

Marriott Rewards Terms & Conditions >>



PRIVACY BBBOnLine

© 1996 - 2007 Marriott International, Inc. All rights reserved. Marriott proprietary information.

Marriott

## Using Marriott Rewards Points for Free Nights

iott Rewards Glossary >>

U..ig Marriott Rewards points is easy. First, search for a hotel using Find & Reserve. Then, reserve a room using Marriott Rewards points online. That's it.

---

## Marriott Rewards Glossary

**Bonus Points**
Occasionally, certain Marriott specials present the opportunity to earn bonus points in addition to great rate savings. Keep an eye out for these specials and you could be enjoying a free vacation sooner that you think.

**E-certificate**
Reserving hotel rewards at any Marriott brand hotel will generate an "e-certificate" that will be available at your chosen hotel upon check-in. In the past, a paper certificate was mailed to you and you had to present it at the hotel. Today, with an e-certificate, your work is done once you make a reservation (provided you have enough points to redeem). All that's left to do is arrive for your stay.

**Elite Membership**
If you stay with Marriott a certain number of nights in a given year, you qualify automatically for upgrade to one of our three Elite member levels-Silver, Gold and Platinum. With Elite membership, you are entitled to additional exclusive benefits as one of our very best customers.

**Marriott Cheque**
With your Marriott Rewards points you can choose to redeem for Marriott Cheques that work like cash at any of more than 2400 Marriott hotels worldwide.

**Member Exclusive Specials**
Occasional, limited-time offers made available to Marriott Rewards members only. Specials include hotel rate discounts, partner offers, bonus points or miles, among others.

**' age Reward**
' .iott Rewards points can be transferred to miles in your favorite airline frequent flyer program.

**Night Earnings vs. Point Earnings**
In addition to the points earned with each stay, Marriott also tallies the number of nights you stay with us. While points are good toward free vacations, free flights and other great rewards, nights are the basis for qualification for Elite member status, which entitles you to additional benefits.

**Points**
With each Marriott stay, members earn points good toward free vacations, free flights and other great rewards. Stay more. Earn more.

**Points vs. Miles**
All Marriott Rewards members can choose their earning preference. Members can earn either: points, good toward free nights and other great rewards, or miles in their favorite frequent flyer program. You can view and change your earning preference easily through your Marriott Rewards online account.

**PointSavers Hotel Reward**
Points go farther with PointSavers-limited-time, reduced point vacation offers.

**Reward Category**
Marriott Rewards categorizes hotels into 7 levels based on rate, amenities, location, and services offered. The rewards points necessary for a stay at each successive level increase from Category 1 through Category 7.

**Reward Code**
Each reward available through Marriott Rewards is assigned a unique Reward Code that makes it easy to search for and recall specific reward details.

**Standard Hotel Reward**
Use your Marriott Rewards points for a hotel stay in a standard hotel room (extra points required for upgraded rooms with desirable v'¨'s, suites, etc.)

**Stay**
Consecutive nights spent at the same hotel, regardless of check-in/check-out activity.

**Stay Anytime Hotel Reward**
For just 50% more points, Stay Anytime Rewards override blackout dates and other restrictions. Effective June 1, 2007, Stay Anytime rewards will have a point-requirement increase to 100% over Standard Rewards. The new pricing will apply to reservations booked on or

**Travel Packages**
Marriott frequently combines several elements of a trip-hotel, car, airfare and others-into attractively priced specials known as packages. Look for these special offers throughout Marriott.com and Marriott Rewards.

**T' 'vel Partner**
I .iott Rewards offers great rewards through a number of international partner hotels, airlines, retail stores, car rental agencies and others.

**Upgrade**
Your Marriott Rewards points can be used at select Marriott properties to purchase room upgrades including: larger rooms, improved views, and enhanced amenities.

Close Window >>