Marriott

<< Back

View hotels in each category: 1 Find

**Hotels by Reward Category**
list shows all hotels in the category you selected. It does not reflect current Rewards availability.

## Category 1

### USA

**Alabama**
Bessemer- Fairfield Inn & Suites Birmingham Bessemer
Birmingham- Fairfield Inn Birmingham Inverness
Dothan- Fairfield Inn Dothan
Huntsville- Fairfield Inn Huntsville
Mobile- TownePlace Suites Mobile
Montgomery- Fairfield Inn Montgomery
Montgomery- TownePlace Suites Montgomery
Tuscaloosa- Fairfield Inn Tuscaloosa

**Arizona**
Sierra Vista- TownePlace Suites Sierra Vista
Yuma- Fairfield Inn Yuma
Yuma- TownePlace Suites Yuma

**Arkansas**
Bentonville- TownePlace Suites Bentonville Rogers
Fayetteville- Fairfield Inn Fayetteville
Rogers- Fairfield Inn & Suites Rogers
Russellville- Fairfield Inn & Suites Russellville
Springdale- Fairfield Inn & Suites Springdale

**California**
El Centro- Fairfield Inn & Suites El Centro
rove- Fairfield Inn & Suites Sacramento Elk Grove
Fresno- TownePlace Suites Fresno
Hayward- Fairfield Inn & Suites Oakland Hayward
Milpitas- TownePlace Suites Milpitas Silicon Valley
Newark- TownePlace Suites Newark Silicon Valley
Rancho Cucamonga- TownePlace Suites Ontario Airport
Sacramento- TownePlace Suites Sacramento Cal Expo
Sacramento- Fairfield Inn Sacramento Cal Expo
Salida- Fairfield Inn & Suites Modesto
San Bernardino- Fairfield Inn & Suites San Bernardino
Sunnyvale- TownePlace Suites Sunnyvale Mountain View
Temecula- Fairfield Inn Riverside Temecula
Tracy- Fairfield Inn Tracy
Vacaville- Fairfield Inn Vacaville
Visalia- Fairfield Inn Visalia

**Colorado**
Broomfield- TownePlace Suites Boulder Broomfield
Denver- TownePlace Suites Denver Downtown
Denver- TownePlace Suites Denver Southeast
Englewood- TownePlace Suites Denver Tech Center
Golden- TownePlace Suites Denver West/Federal Center
Greeley- Fairfield Inn Greeley
Littleton- TownePlace Suites Denver Southwest/Littleton

**Connecticut**
Milford- Fairfield Inn Milford
Wallingford- Fairfield Inn New Haven Wallingford

**Delaware**
ark- TownePlace Suites Wilmington Newark

**Florida**
Clearwater- TownePlace Suites St. Petersburg Clearwater
Orange Park- Fairfield Inn Jacksonville Orange Park
Tallahassee- Fairfield Inn Tallahassee North/I-10
Tallahassee- TownePlace Suites Tallahassee North/Capital Circle

Exhibit 32B

**Georgia**
Alpharetta- Fairfield Inn & Suites Atlanta Alpharetta
Alpharetta- TownePlace Suites Atlanta Alpharetta
Atlanta- TownePlace Suites Atlanta Northlake
Atlanta- Fairfield Inn & Suites Atlanta Vinings
[illegible]usta- Fairfield Inn Augusta
[illegible]umbus- Fairfield Inn & Suites Columbus
Kennesaw- TownePlace Suites Atlanta Kennesaw
Lithia Springs- Fairfield Inn Atlanta at Six Flags
Lithonia- Fairfield Inn & Suites Atlanta East/Lithonia
Macon- Fairfield Inn Macon West
Norcross- TownePlace Suites Atlanta Norcross/Peachtree Corners
Warner Robins- Fairfield Inn & Suites Warner Robins

**Idaho**
Burley- Fairfield Inn & Suites Burley

**Illinois**
Bourbonnais- Fairfield Inn Kankakee Bourbonnais
Champaign- Fairfield Inn Champaign
Danville- Fairfield Inn Danville
Effingham- Fairfield Inn & Suites Effingham
Forsyth- Fairfield Inn Forsyth Decatur
Galesburg- Fairfield Inn Galesburg
Joliet- Fairfield Inn Joliet North
Joliet- Fairfield Inn Joliet South
Lombard- TownePlace Suites Chicago Lombard
Moline- Fairfield Inn Moline
Peru- Fairfield Inn Peru
Quincy- Fairfield Inn Quincy
Springfield- Fairfield Inn Springfield
St. Charles- Fairfield Inn & Suites Chicago St. Charles
West Dundee- TownePlace Suites Chicago Elgin/West Dundee

**I[illegible]iana**
[illegible]nington- Fairfield Inn Bloomington
Evansville- Fairfield Inn Evansville West
Evansville- Fairfield Inn Evansville East
Greensburg- Fairfield Inn Indianapolis Greensburg
Indianapolis- Fairfield Inn & Suites Indianapolis East
Indianapolis- Fairfield Inn & Suites Indianapolis Northwest
Indianapolis- TownePlace Suites Indianapolis Park 100
Jeffersonville- Fairfield Inn Louisville North
Jeffersonville- TownePlace Suites Louisville North
Kokomo- Fairfield Inn Kokomo
Lafayette- Fairfield Inn Lafayette
Lafayette- TownePlace Suites Lafayette
Muncie- Fairfield Inn Muncie
Noblesville- Fairfield Inn & Suites Indianapolis Noblesville
Princeton- Fairfield Inn Princeton
Terre Haute- Fairfield Inn Terre Haute

**Iowa**
Burlington- Fairfield Inn & Suites Burlington
Cedar Rapids- Fairfield Inn Cedar Rapids
Davenport- Fairfield Inn Davenport
Keokuk- Fairfield Inn Keokuk
Muscatine- Fairfield Inn Muscatine
Ottumwa- Fairfield Inn Ottumwa
Sioux City- Fairfield Inn Sioux City
Waterloo- Fairfield Inn Waterloo

**Kansas**
E[illegible]oria- Fairfield Inn Emporia
[illegible]- Fairfield Inn Hays
Manhattan- Fairfield Inn Manhattan
Wichita- Fairfield Inn Wichita East
Wichita- TownePlace Suites Wichita East

**Kentucky**
Ashland- Fairfield Inn Ashland

Corbin- Fairfield Inn Corbin
Elizabethtown- Fairfield Inn & Suites Elizabethtown
Frankfort- Fairfield Inn & Suites Frankfort
Georgetown- Fairfield Inn & Suites Lexington Georgetown/College Inn
Hopkinsville- Fairfield Inn & Suites Hopkinsville
[illegible]nt Sterling- Fairfield Inn Mt. Sterling
[illegible]nsboro- Fairfield Inn Owensboro
Shepherdsville- Fairfield Inn Louisville South

**Louisiana**
Baton Rouge- Fairfield Inn Baton Rouge South
Baton Rouge- TownePlace Suites Baton Rouge South
Harahan- TownePlace Suites New Orleans Metairie
Houma- Fairfield Inn Houma
Lafayette- Fairfield Inn Lafayette
Lafayette- Fairfield Inn & Suites Lafayette South
Shreveport- Fairfield Inn Shreveport Airport
Sulphur- Fairfield Inn Lake Charles Sulphur
West Monroe- Fairfield Inn West Monroe

**Maryland**
Annapolis Junction- TownePlace Suites Baltimore Fort Meade
Bowie- TownePlace Suites Bowie Town Center
Frederick- Fairfield Inn Frederick
Lexington Park- Fairfield Inn Lexington Park Patuxent Naval Station

**Massachusetts**
Tewksbury- Fairfield Inn Boston Tewksbury/Andover
Tewksbury- TownePlace Suites Boston Tewksbury/Andover

**Michigan**
Auburn Hills- Fairfield Inn Detroit Auburn Hills
Battle Creek- Fairfield Inn Battle Creek
Bay City- Fairfield Inn Bay City
Canton- Fairfield Inn Detroit West/Canton
[illegible]born- TownePlace Suites Detroit Dearborn
[illegible] Lansing- TownePlace Suites East Lansing
Farmington Hills- Fairfield Inn & Suites Detroit Farmington Hills
Grand Rapids- Fairfield Inn Grand Rapids
Jackson- Fairfield Inn Jackson
Kalamazoo- Fairfield Inn Kalamazoo East
Lansing- Fairfield Inn Lansing West
Lapeer- Fairfield Inn Flint Lapeer
Livonia- Fairfield Inn Detroit Livonia
Livonia- TownePlace Suites Detroit Livonia
Madison Heights- Fairfield Inn Detroit Troy/Madison Heights
Novi- TownePlace Suites Detroit Novi
Okemos- Fairfield Inn East Lansing
Saginaw- Fairfield Inn Saginaw
Sterling Heights- TownePlace Suites Detroit Sterling Heights
Warren- Fairfield Inn Detroit Warren

**Minnesota**
Coon Rapids- Fairfield Inn Minneapolis Coon Rapids
Eagan- TownePlace Suites Minneapolis-St. Paul Airport/Eagan
Eden Prairie- Fairfield Inn Minneapolis Eden Prairie
Eden Prairie- TownePlace Suites Minneapolis Eden Prairie
Mankato- Fairfield Inn Mankato
Roseville- Fairfield Inn Minneapolis St. Paul/Roseville
St. Louis Park- TownePlace Suites Minneapolis West/St. Louis Park

**Mississippi**
Greenville- Fairfield Inn Greenville
Hattiesburg- Fairfield Inn Hattiesburg
P[illegible]- Fairfield Inn & Suites Jackson Airport

**Missouri**
Jefferson City- Fairfield Inn Jefferson City
Joplin- Fairfield Inn Joplin
Joplin- TownePlace Suites Joplin
Kansas City- Fairfield Inn Kansas City Airport

Manchester- TownePlace Suites Manchester Airport
Merrimack- Fairfield Inn Nashua Merrimack

**New Jersey**
Mount Laurel- TownePlace Suites Mt. Laurel

**New Mexico**
Albuquerque- TownePlace Suites Albuquerque Airport
Clovis- Fairfield Inn & Suites Clovis
Las Cruces- Fairfield Inn Las Cruces
Las Cruces- TownePlace Suites Las Cruces

**New York**
Binghamton- Fairfield Inn Binghamton
Liverpool- Fairfield Inn Syracuse Clay
Spring Valley- Fairfield Inn Spring Valley Nanuet
Webster- Fairfield Inn Rochester East

**North Carolina**
Cary- TownePlace Suites Raleigh Cary/Weston Parkway
Charlotte- Fairfield Inn Charlotte Airport
Charlotte- Fairfield Inn Charlotte Northlake
Charlotte- TownePlace Suites Charlotte University Research Park
Charlotte- TownePlace Suites Charlotte Arrowood
Fayetteville- Fairfield Inn Fayetteville
Gastonia- Fairfield Inn Gastonia
Greensboro- Fairfield Inn Greensboro Airport
Greensboro- Fairfield Inn & Suites Greensboro Wendover
Hickory- Fairfield Inn & Suites Hickory
Jacksonville- Fairfield Inn & Suites Jacksonville
Kannapolis- Fairfield Inn Kannapolis
Morrisville- Fairfield Inn & Suites Raleigh-Durham Airport/RTP
Williamston- Fairfield Inn & Suites Williamston
Wilson- Fairfield Inn & Suites Wilson
Winston-Salem- Fairfield Inn & Suites Winston-Salem Hanes Mall

**North Dakota**
Bismarck- Fairfield Inn Bismarck North
Bismarck- Fairfield Inn Bismarck South
Fargo- Fairfield Inn Fargo
Grand Forks- Fairfield Inn Grand Forks
Minot- Fairfield Inn Minot

**Ohio**
Akron- Fairfield Inn & Suites Akron South
Canton- Fairfield Inn Canton
Cincinnati- TownePlace Suites Cincinnati Northeast
Columbus- TownePlace Suites Columbus Airport Gahanna
Columbus- TownePlace Suites Columbus Worthington
Dayton- Fairfield Inn Dayton North
Findlay- Fairfield Inn Findlay
Findlay- TownePlace Suites Findlay
Lima- Fairfield Inn Lima
Mansfield- Fairfield Inn Ontario Mansfield
Marion- Fairfield Inn Marion
Middleburg Heights- TownePlace Suites Cleveland Airport
Middletown- Fairfield Inn Middletown
New Paris- Fairfield Inn Richmond
Springfield- Fairfield Inn Springfield
Troy- Fairfield Inn & Suites Dayton Troy
Warren- Fairfield Inn Warren Niles

**Oklahoma**
Lawton- Fairfield Inn & Suites Lawton
Ponca City- Fairfield Inn Ponca City
Stillwater- Fairfield Inn Stillwater

**Oregon**
Beaverton- Fairfield Inn & Suites Portland West/Beaverton
Hillsboro- TownePlace Suites Portland Hillsboro

**Pennsylvania**
Butler- Fairfield Inn & Suites Butler

Horsham- TownePlace Suites Philadelphia Horsham

**South Carolina**
Aiken- Fairfield Inn & Suites Aiken
Anderson- Fairfield Inn & Suites Anderson Clemson
Camden- Fairfield Inn & Suites Camden
umbia- TownePlace Suites Columbia
eenville- Fairfield Inn Greenville-Spartanburg Airport
Greenville- TownePlace Suites Greenville Haywood Mall
Greenwood- Fairfield Inn & Suites Greenwood
Hartsville- Fairfield Inn Hartsville
Sumter- Fairfield Inn Sumter

**South Dakota**
Brookings- Fairfield Inn & Suites Brookings

**Tennessee**
Germantown- Fairfield Inn Memphis Germantown

**Texas**
Abilene- Fairfield Inn Abilene
Beaumont- Fairfield Inn Beaumont
Bedford- TownePlace Suites Fort Worth Bedford
Bryan- Fairfield Inn Bryan College Station
College Station- TownePlace Suites Bryan College Station
Dallas- Fairfield Inn & Suites Dallas North
Fort Worth- Fairfield Inn Fort Worth Fossil Creek
Fort Worth- TownePlace Suites Fort Worth Southwest
Houston- Fairfield Inn Houston Westchase
Houston- Fairfield Inn Houston I-10 West
Houston- TownePlace Suites Houston Central/Northwest Freeway
Houston- TownePlace Suites Houston Northwest
Houston- TownePlace Suites Houston West
Irving- Fairfield Inn Dallas DFW Airport North/Irving
Irving- Fairfield Inn & Suites Dallas Las Colinas
ing- TownePlace Suites Dallas Las Colinas
en- Fairfield Inn & Suites Killeen
Killeen- TownePlace Suites Killeen
Laredo- Fairfield Inn & Suites Laredo
Longview- Fairfield Inn Longview
Marshall- Fairfield Inn & Suites Marshall
McAllen- Fairfield Inn & Suites McAllen Airport
Midland- Fairfield Inn Midland
Odessa- Fairfield Inn & Suites Odessa
San Angelo- Fairfield Inn & Suites San Angelo
Temple- Fairfield Inn Temple
Texarkrna- TownePlace Suites Texarkana
Victoria- Fairfield Inn Victoria
Waco- Fairfield Inn & Suites Waco North
Weslaco- Fairfield Inn & Suites Weslaco
Woodway- Fairfield Inn Waco South

**Utah**
Layton- TownePlace Suites Salt Lake City Layton

**Virginia**
Chantilly- TownePlace Suites Chantilly
Chesapeake- TownePlace Suites Chesapeake
Glen Allen- TownePlace Suites Richmond
Manassas- Fairfield Inn & Suites Manassas
Sterling- Fairfield Inn Dulles Airport
Sterling- TownePlace Suites Sterling
Suffolk- TownePlace Suites Suffolk
Virginia Beach- TownePlace Suites Virginia Beach

**hington**
ington- Fairfield Inn & Suites Burlington
Kennewick- Fairfield Inn Kennewick
Kent- TownePlace Suites Seattle Southcenter
Mukilteo- TownePlace Suites Seattle North/Mukilteo
Yakima- Fairfield Inn & Suites Yakima

Fairmont- Fairfield Inn & Suites Fairmont

**Wisconsin**
Appleton- Fairfield Inn Appleton
Beloit- Fairfield Inn Beloit
Brookfield- TownePlace Suites Milwaukee Brookfield
Oshkosh- Fairfield Inn Oshkosh
Racine- Fairfield Inn Racine
Stevens Point- Fairfield Inn Stevens Point
Weston- Fairfield Inn & Suites Wausau

---

Back to top

**Canada**

**Ontario**
Belleville- Fairfield Inn & Suites Belleville
Sudbury- Fairfield Inn & Suites Sudbury

---

Back to top

**Mexico**

Monterrey Nuevo Leon- Fairfield Inn Monterrey Airport

---

Back to top

Close Window >>

**EXHIBIT C**

Marriott

## S ct Rates – Step 2 of 6

**Fairfield Inn Moline**

Moline, IL | More hotel information >>

Photo tour >>

**Sort by: Price | Room Type**

**2 Queen Bed Guest Room Room details >>**

64.99(USD) per night Rate rules

**Reserve a Room**

Regular Rate, Standard Room, 2 queen beds, free breakfast free wireless, free parking

**King Bed Guest Room Room details >>**

79.99(USD) per night Rate rules

**Reserve a Room**

Regular Rate, Standard Room, 1 king bed, free breakfast free wireless, free parking

**Executive King Room Room details >>**

84.99(USD) per night Rate rules

**Reserve a Room**

Regular Rate * 1 King Bed w/Sofa Bed * Desk W/Dataport Phone, Mini-Fridge, Microwave * Continental Breakfast Included

**'t find what you were looking for?**

View alternate locations >>

Back to top

**My Account**

User name

Password

☑ Remember me

Forgot password

Continue

**My Stay**

Check-in:

**April 24, 2007 (Tuesday)**

Check-out:

**April 25, 2007 (Wednesday)**

Number of rooms: **1**

Number of guests: **1**

To make reservations by phone, call 1-888-236-2427 (toll-free) ir he USA and Canada (or any of our worldwide reservation ers).

**Rest Assured**

- You get the best rate, guaranteed
- We protect your privacy & security

• We're BBB*OnLine* certified

Currency calculator >>

Marriott

## S ct Rates – Step 2 of 6

**Fairfield Inn Kokomo**

Kokomo, IN | More hotel information >>

Photo tour >>

**Sort by: Price | Room Type**

**2 Queen Bed Guest Room Room details >>**

69.99(USD) per night Rate rules

Reserve a Room

Regular Rate, Queen Queen Room, 2 queen beds, free breakfast, free wireless

**King Bed Guest Room Room details >>**

79.99(USD) per night Rate rules

Reserve a Room

Regular Rate, King Room, 1 king bed, free breakfast, free wireless

**Executive King Room Room details >>**

89.99(USD) per night Rate rules

Reserve a Room

Regular Rate, 1 King Bed and Sofabed, mini-fridge, microwave, free breakfast, free wireless

**r ˙ 'n't find what you were looking for?**

, alternate locations >>

Back to top

**My Account**

User name

Password

☑ Remember me

Forgot password

Continue

**My Stay**

Check-in:

**April 24, 2007 (Tuesday)**

Check-out:

**April 25, 2007 (Wednesday)**

Number of rooms: **1**

Number of guests: **1**

To make reservations by phone, call 1-888-236-2427 (toll-free) in the USA and Canada (or any of our worldwide reservation r ˙bers).

**Rest Assured**

- You get the best rate, guaranteed
- We protect your privacy & security
- We're BBB*OnLine* certified

Currency calculator >>

Marriott

## S... ...t Rates – Step 2 of 6

**Fairfield Inn Keokuk**

Keokuk, IA | More hotel information >>

**Sort by: Price | Room Type**

**2 Queen Bed Guest Room Room details >>**

65.00(USD) per night Rate rules

**Reserve a Room**

REGULAR RATE * 2 QUEEN BEDS * MAX 4 PPL INCLUDES COMPLIMENTARY CONTINENTAL BREAKFAST

**King Bed Guest Room Room details >>**

65.00(USD) per night Rate rules

**Reserve a Room**

REGULAR RATE * 1 KING BED * MAX 2 PPL INCLUDES COMPLIMENTARY CONTINENTAL BREAKFAST

**1 King Bed & Sofa Room details >>**

70.00(USD) per night Rate rules

**Reserve a Room**

REGULAR RATE * 1 KING BED/SOFABED/MICRO/REFRIG * MAX 3 PPL INCLUDES COMPLIMENTARY CONTINENTAL BREAKFAST

**Spa Room With 1 King Bed Room details >>**

99.00(USD) per night Rate rules

**Reserve a Room**

REGULAR RATE * WHIRLPOOL ROOM * 1 KING BED, WHIRLPOOL TUB * MAX 2 PEOPLE * CONTINENTAL BREAKFAST

**Didn't find what you were looking for?**

View alternate locations >>

Back to top

**My Account**

User name

Password

☑ Remember me

Forgot password

Continue

**My Stay**

Check-in:

**A... 24, 2007 (Tuesday)**

C... ...k-out:

**April 25, 2007 (Wednesday)**

Number of rooms: **1**

Number of guests: **1**

To make reservations by phone, call 1-888-236-2427 (toll-free)

in the USA and Canada (or any of our worldwide reservation numbers).

**Rest Assured**

u get the best rate, guaranteed
• we protect your privacy & security
• We're BBB*OnLine* certified

Currency calculator >>

Marriott

## S ect Rates – Step 2 of 6

**Fairfield Inn Saginaw**

Saginaw, MI | More hotel information >>

Photo tour >>

**Sort by: Price | Room Type**

**2 Queen Bed Guest Room Room details >>**

69.95(USD) per night Rate rules

Reserve a Room

Regular Rate, Queen Queen Room, 2 queen beds, free breakfast free high speed, free parking

**One Queen Bed Guest Room Room details >>**

69.95(USD) per night Rate rules

Reserve a Room

REGULAR RATE * 1 QUEEN BED * MAX 2 PPL * INCLUDES COMPLIMENTARY CONTINENTAL BREAKFAST

**King Bed Guest Room Room details >>**

69.95(USD) per night Rate rules

Reserve a Room

Weekend Rate, King Room, 1 king bed, free breakfast free high speed, free parking

**Executive Room 2 Queen Beds Room details >>**

79.95(USD) per night Rate rules

Reserve a Room

REGULAR RATE * 2 QUEEN BEDS,SOFA SLEEPER,MICROWAVE & FRIDGE * MAX 5 PPL * INCLUDES COMPLIMENTARY CONTINENTAL BREAKFAST

**Executive King Room Room details >>**

79.95(USD) per night Rate rules

Reserve a Room

REGULAR RATE * 1 KING BED,SOFA SLEEPER,MICROWAVE,FRIDGE * MAX 3 PPL * INCLUDES COMPLIMENTARY CONTINENTAL BREAKFAST

**Didn't find what you were looking for?**

View alternate locations >>

Back to top

**My Account**

User name

Password

Remember me

Forgot password

Continue

**My Stay**