<< Back View hotels in each category: 7 Find

**Hotels by Reward Category**
list shows all hotels in the category you selected. It does not reflect current Rewards availability.

## Category 7

### USA

**California**
Santa Monica- Le Merigot, A JW Marriott Beach Hotel & Spa, Santa Monica

**Florida**
Miami Beach- South Beach Marriott

**Hawaii**
Kapolei - Oahu- JW Marriott Ihilani Resort & Spa at Ko Olina
Wailea - Maui- Wailea Beach Marriott Resort & Spa
Wailea - Maui- Renaissance Wailea Beach Resort

**Massachusetts**
Boston- Boston Marriott Long Wharf

**New York**
New York- New York Marriott East Side
New York- Courtyard New York Manhattan/Times Square South
New York- Courtyard New York Manhattan/Midtown East
New York- New York Marriott Marquis Times Square
New York- Residence Inn New York Manhattan/Times Square
New York- Renaissance New York Hotel Times Square

Back to top

### Aruba

[illegible] Beach- Aruba Marriott Resort & Stellaris Casino

Back to top

### France

Paris- Paris Marriott Hotel Champs-Elysees
Paris- Renaissance Paris Vendome Hotel

Back to top

### Italy

Capri- JW Marriott Capri Tiberio Palace Resort & Spa
Rome- Rome Marriott Grand Hotel Flora

Back to top

### United Kingdom

London- Renaissance Chancery Court London
London- London Marriott Hotel County Hall
London- London Marriott Hotel Grosvenor Square
London- Grosvenor House, London
London- London Marriott Hotel Marble Arch
London- London Marriott Hotel Park Lane

Back to top

Close Window >>

Exhibit 32C

Marriott

## S ct Rates – Step 2 of 6

**Ar..a Marriott Resort & Stellaris Casino**

Palm Beach, Aruba | More hotel information >>

Photo tour >>

**Sort by: Price | Room Type**

**Standard Room Room details >>**

249.00(USD) per night Rate rules

**Reserve a Room**

Leisure Rate - Quality Room (1 king or 2 dbls) *No connectors! *Add 2.2pct AHATA, 6.73pct Occupancy, 10pct Service Charge

**Quality Room Room details >>**

279.00(USD) per night Rate rules

**Reserve a Room**

Leisure Rate - Garden View (1 king bed or 2 double beds) *Add 2.2pct AHATA, 6.73pct Occupancy, 10pct Service Charge

**Standard Room Room details >>**

289.00(USD) per night Rate rules

**Reserve a Room**

Stay for Breakfast - Quality Room (1 king bed or 2 double beds) *Breakfast for 2 adults and kids 12 and under each morning

**Quality Room Room details >>**

319.00(USD) per night Rate rules

**Reserve a Room**

Stay for Breakfast - Garden View (1 king bed or 2 double beds) *Breakfast for 2 adults and kids 12 and under each morning

**Island View Room details >>**

329.00(USD) per night Rate rules

**Reserve a Room**

Leisure Rate - Ocean/Island View (1 king bed or 2 double beds) *Add 2.2pct AHATA, 6.73pct Occupancy, 10pct Service Charge

**Deluxe Ocean View Room details >>**

369.00(USD) per night Rate rules

**Reserve a Room**

Leisure Rate - Ocean/Pool View (1 king bed or 2 double beds) *Add 2.2pct AHATA, 6.73pct Occupancy, 10pct Service Charge

**Island View Room details >>**

369.00(USD) per night Rate rules

**Reserve a Room**

›r Breakfast - Ocean/Island View (1 king or 2 double beds)*Breakfast for 2 au..lts and kids 12 and under each morning

**Deluxe Ocean View Room details >>**

409.00(USD) per night Rate rules

Reserve a Room

Stay for Breakfast - Ocean/Pool View (1 king or 2 double beds) *Breakfast for 2 adults and kids 12 and under each morning

**Didn't find what you were looking for?**
w alternate locations >>

Back to top

**My Account**

User name

Password

☑ Remember me

Forgot password

Continue

**My Stay**
Check-in:
**April 24, 2007 (Tuesday)**
Check-out:
**April 25, 2007 (Wednesday)**
Number of rooms: **1**
Number of guests: **1**

To make reservations by phone, call 1-888-236-2427 (toll-free) in the USA and Canada (or any of our worldwide reservation ıbers).

**Rest Assured**

- You get the best rate, guaranteed
- We protect your privacy & security
- We're BBB*OnLine* certified

Currency calculator >>