LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

March 16, 2007

George P. Kostakos
Direct: 401.454.2910
Direct Fax: 617.531.2051
gkostakos@littler.com

**VIA EMAIL AND REGULAR MAIL**

Lori Kisch, Esq.
Wiggins, Childs, Quinn & Pantazis, P.L.L.C.
2031 Florida Avenue
Suite 300
Washington, D.C. 20009

**Re: Seth Daniels v. American Power Conversion Corporation**
**Civil Action No. 05-00459-ML-LDA**

Dear Lori:

As a follow up to my correspondence of February 1, 2007, I enclose documents Bates Nos. CW 0001 – CW 0134 recently provided to me by Art Hayak and Lisa Laurence of Carlson Wagonlit Travel.

Sincerely,

George P. Kostakos

Enclosures
cc: Noelle K. Clapham, Esq. (via regular mail and w/o enclosures)
Christopher B. Kaczmarek, Esq.
Firmwide:82115268.1 049233.1004



Exhibit 1