**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

## PLAINTIFF'S MOTION TO COMPEL

Plaintiff, through his undersigned attorneys, pursuant to Local Civil Rules 7 and 37, hereby respectfully moves this Court to issue an Order compelling Defendant to produce documents identified in Plaintiff's accompanying Memorandum. Furthermore, Plaintiff respectfully request that this Court order Defendant to produce the discovery that is the subject matter of this Motion within 20 days from the date of an Order granting Plaintiff's Motion to Compel. The grounds for this motion are set forth in the accompanying Memorandum.

Respectfully submitted this 13th day of April, 2007,

/s/ Noelle Clapham____________________
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Compel was served this 13th day of April, 2007 via operation of this Court's electronic filing system.

/s/ Noelle Clapham