# EXHIBIT LIST

| Exhibit | Description |
| --- | --- |
| **1** | Privilege Log of American Power Conversion Corporation |
| **2** | APC revised Privilege Log |
| **3** | Letter from George Kostakos, January 11, 2006 |
| **4** | Email from George Kostakos to Lori Kisch, January 16, 2006 |
| **5** | Excerpts from Deposition Transcript of Brian Gough<br>Pages: 66-82, 101-5, 122-25, 141-50, 175, 196 |
| **6** | Defendant’s Response to Plaintiff’s Second Supplemental Request for Production of Documents |