December 18, 2006

# PRIVILEGE LOG OF AMERICAN POWER CONVERSION CORPORATION

**Seth Daniels v. American Power Conversion Corp.**
**Civil Action No. 05-00459-ML-LDA**

| DATE | AUTHOR | TO | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| May 23, 2003 | Adam Forman, Esq. | Jeffrey Giguere, Esq. | E-mail from APC's outside counsel advising Jeffrey Giguere regarding Fair Credit Reporting Act issues | Attorney Client Communication Attorney Work Product |
| May 29, 2003 | David A. Holley, Kroll Risk Consulting Company | Jeffrey Giguere, Esq. | Written correspondence, prepared at the request of Jeff Giguere for the purpose of providing legal advice, regarding Kroll's involvement in the investigation into the Grey Marketing Scheme. | Attorney-Client Communication Attorney Work Product |
| undated | Jeffrey Giguere, Esq. | | Handwritten notes re: the investigation into the Grey Marketing Scheme | Attorney Work Product |
| May 22, 2003 | Brian Gough | Jeffrey Giguere, Esq. | E-mail providing a summary of R. Graham's employment history; document contains Attorney Giguere's handwritten notes | Attorney-Client Communication Attorney Work Product |
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Rainer Weigle re: circumstances surrounding | Attorney-Client Communication Attorney Work Product |

Firmwide:81796857.1 049233.1004

Exhibit 11

| | | | | |
|---|---|---|---|---|
| | | | potential Grey Marketing Scheme, includes Jeffrey Giguere's handwritten notes and impressions | |
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Aidan Mitchel re: circumstances surrounding potential Grey Marketing Scheme, includes Jeffrey Giguere's handwritten notes and impressions | Attorney-Client Communication Attorney Work Product |
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Patricia Escudero re: circumstances surrounding potential Grey Marketing Scheme, includes Jeffrey Giguere's handwritten notes and impressions | Attorney-Client Communication Attorney Work Product |
| June 20, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Rob Graham re: circumstances surrounding potential Grey Marketing Scheme, includes Jeffrey Giguere's handwritten notes and impressions | Attorney-Client Communication Attorney Work Product |
| June 23, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Fernando Aguirre | Attorney-Client Communication |

| | | | | |
|---|---|---|---|---|
| | | | re: circumstances surrounding potential Grey Marketing Scheme, includes Jeffrey Giguere's handwritten notes and impressions | Attorney Work Product |
| June 24, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Ernesto Valladares re: circumstances surrounding potential Grey Marketing Scheme, includes Jeffrey Giguere's handwritten notes | Attorney-Client Communication<br>Attorney Work Product |
| July 25, 2003 | Jeffrey Giguere, Esq | Rodger Dowdell, CEO of APC<br><br>Andrew Cole, Brian Gough | E-mail detailing that a settlement was reached with Rob Graham and suggesting scheduling BOD meeting to appoint Graham's replacement. | Attorney-Client Communication |
| July 29, 2003 | Frederique Sorin, Esq – APC European Counsel | Jeffrey Giguere, Esq. | Fax detailing the voluntary dismissal of R. Graham's Munch Labor Court Complaint | Attorney-Client Communication |
| Undated | Jeffrey Giguere, Esq. | | Four drafts of the settlement agreement for R. Graham with Jeffrey Giguere's handwritten notes | Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | Two legal note pads comprising Jeffrey Giguere's hand written notes regarding | Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| | | | the investigation. | |
| Undated | Jeffrey Giguere, Esq. | | One page of Jeffrey Giguere's handwritten notes | Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | One page of Jeffrey Giguere's handwritten notes | Attorney Work Product |