March 7, 2007

ORIGINAL

## REVISED PRIVILEGE LOG OF AMERICAN POWER CONVERSION CORPORATION

**Seth Daniels v. American Power Conversion Corp.**
**Civil Action No. 05-00459-ML-LDA**

| DATE | AUTHOR | TO | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| September 30, 2002 | Allison Plympton | Hillary Fraser, Esq. | Email to APC's outside immigration counsel regarding the company's legal obligations with regard to an employee who previously worked for the company pursuant to an H-1B Visa | Attorney Client Communication |
| September 30, 2002 | Hillary Fraser, Esq. | Allison Plympton | Email from APC's outside immigration counsel providing her preliminary legal advice and opinion regarding the company's legal obligations with regard to an employee who previously worked for the company pursuant to an H-1B Visa | Attorney Client Communication |
| September 30, 2002 | Allison Plympton | Hillary Fraser, Esq.<br>cc: Brian Gough | Email to APC's outside immigration counsel in response to her preliminary advice regarding the H-1B Visa issue noted above | Attorney Client Communication |

Exhibit 2

| | | | | |
|---|---|---|---|---|
| September 30, 2002 | Hillary Fraser, Esq. | Allison Plympton<br>cc: Brian Gough | Email from APC's outside immigration counsel providing legal analysis and her opinion regarding the company's legal obligations with regard to an employee who previously worked for the company pursuant to an H-1B Visa | Attorney Client Communication |
| September 30, 2002 | Hillary Fraser, Esq. | Allison Plympton<br>cc: Gloria Huizinga, Esq.<br>Brian Gough | Email from APC's outside immigration counsel providing additional legal analysis and advice regarding the company's legal obligations with regard to an employee who previously worked for the company pursuant to an H-1B Visa | Attorney Client Communication |

| | | | | |
|---|---|---|---|---|
| May 22, 2003 | Brian Gough | Jeffrey Giguere, Esq. | Email to Attorney Giguere regarding the possible significance of compensation-related information in connection with Attorney Giguere's investigation of and provision of legal advice regarding the grey marketing scheme | Attorney Client Communication |
| May 23, 2003 | Adam Forman, Esq. | Jeffrey Giguere, Esq. | E-mail from APC's outside counsel advising Jeffrey Giguere regarding Fair Credit Reporting Act issues | Attorney Client Communication<br>Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| May 29, 2003 | David A. Holley, Kroll Risk Consulting Company | Jeffrey Giguere, Esq. | Written correspondence, prepared at the request of Attorney Giguere for the purpose of providing legal advice, regarding Kroll's involvement in the investigation into the grey marketing scheme. | Attorney-Client Communication Attorney Work Product |
| May 22, 2003 | Brian Gough | Jeffrey Giguere, Esq. | E-mail, created at the request of Attorney Giguere and in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, providing a summary of R. Graham's employment history; document contains a question handwritten by Attorney Giguere | Attorney-Client Communication Attorney Work Product |
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Rainer Weigle in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes Jeffrey Giguere's handwritten notes and impressions | Attorney-Client Communication Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Aidan Mitchel in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere | Attorney-Client Communication Attorney Work Product |
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Patricia Escudero in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere | Attorney-Client Communication Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| June 20, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Rob Graham in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere and handwritten notes and comments of Attorney Giguere | Attorney-Client Communication Attorney Work Product |
| June 23, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Fernando Aguirre in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere | Attorney-Client Communication Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| June 24, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Ernesto Valladares in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere | Attorney-Client Communication Attorney Work Product |
| July 18, 2003 | Jeffrey Giguere, Esq. | Rodger Dowdell, CEO of APC<br>cc: Andrew Cole, Brian Gough | Email correspondence from Attorney Giguere (a) informing Dowdell of the status of settlement negotiations with R. Graham and the potential for litigation, (b) providing his legal opinion regarding the applicability of United States and German law and certain By-Law provisions, and (c) providing his advice regarding possible settlement | Attorney-Client Communication Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| July 18, 2003 | Rodger Dowdell, CEO of APC | Jeffrey Giguere, Esq .<br>cc: Andrew Cole, Brian Gough | E-mail requesting Attorney Giguere's recommendation and advice regarding possible settlement with R. Graham | Attorney-Client Communication |
| July 18, 2003 | Jeffrey Giguere, Esq. | Rodger Dowdell, CEO of APC<br>cc: Andrew Cole, Brian Gough | Email providing advice regarding settlement strategy for R. Graham | Attorney-Client Communication |
| July 19, 2003 | Rodger Dowdell, CEO of APC | Jeffrey Giguere, Esq .<br>cc: Andrew Cole, Brian Gough | Email assenting to the settlement advice provided by Attorney Giguere | Attorney-Client Communication |
| July 25, 2003 | Jeffrey Giguere, Esq. | Rodger Dowdell, CEO of APC<br>cc: Andrew Cole, Brian Gough | E-mail regarding settlement with Rob Graham and follow-up steps. | Attorney-Client Communication |
| July 17, 2003 | Frederique Sorin, Esq – APC European Counsel | Jeffrey Giguere, Esq. | Facsimile from Attorney Sorin to Attorney Giguere describing settlement terms proposed by R. Weigle; document also contains a handwritten note from Attorney Giguere regarding his advice as to the settlement authority to be provided to Attorney Sorin | Attorney-Client Communication |
| Undated | Frederique Sorin, Esq – APC European Counsel | Jeffrey Giguere, Esq. | Handwritten note detailing the voluntary dismissal of R. | Attorney-Client Communication |

| | | | | |
|---|---|---|---|---|
| | | | Graham's Munich Labor Court Complaint against APC | |
| Undated | Jeffrey Giguere, Esq. | Frederique Sorin, Esq – APC European Counsel | Facsimile from Attorney-Giguere to Attorney Sorin regarding a demand letter from R. Graham's attorney; document contains Attorney Giguere's handwritten notes regarding his legal advice as to how the company should respond to the proposed settlement terms | Attorney-Client Communication<br>Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | Attorney Giguere's handwritten notes from telephone conversations with Attorney Sorin regarding the possible terms of settlement with R. Weigle | Attorney-Client Communication<br>Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| July 1, 2003 | Frederique Sorin, Esq – APC European Counsel | Jeffrey Giguere, Esq.<br>cc: Brian Gough | Email from Attorney Sorin to Attorney Giguere providing advice regarding termination notice to be issued to Rainer Weigle and German law | Attorney-Client Communication<br>Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | Two drafts of the settlement agreement by and between R. Graham and the Company with Jeffrey Giguere's handwritten notes regarding his legal advice as to how the company should respond to specific proposed settlement terms | Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| Undated | Jeffrey Giguere, Esq. | | Two legal note pads of Jeffrey Giguere's hand written regarding his interviews with, and mental impressions regarding, various company employees. | Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | One page of Jeffrey Giguere's handwritten notes discussing the legal burden of proof on the company with regard to the possible of termination of R. Weigle and his analysis of how the company could satisfy such burden | Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| July 15, 16, 22, 23, 25 2003 | Jeffrey Giguere, Esq. | | Three pages of Jeffrey Giguere's handwritten notes from his settlement negotiations with counsel for R. Graham, including Attorney Giguere's mental impressions regarding the company's possible responses to proposals made by Graham | Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | 3 charts, prepared at the request of Attorney Giguere in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, showing the incentive and bonus compensation received by certain APC employees (including R. Weigle) potentially involved in the grey marketing scheme | Attorney Work Product |

Firmwide:82134715.1 049233.1004

March 7, 2007

## REVISED PRIVILEGE LOG OF AMERICAN POWER CONVERSION CORPORATION

**Seth Daniels v. American Power Conversion Corp.**
**Civil Action No. 05-00459-ML-LDA**

| DATE | AUTHOR | TO | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| September 30, 2002 | Allison Plympton | Hillary Fraser, Esq. | Email to APC's outside immigration counsel regarding the company's legal obligations with regard to an employee who previously worked for the company pursuant to an H-1B Visa | Attorney Client Communication |
| September 30, 2002 | Hillary Fraser, Esq. | Allison Plympton | Email from APC's outside immigration counsel providing her preliminary legal advice and opinion regarding the company's legal obligations with regard to an employee who previously worked for the company pursuant to an H-1B Visa | Attorney Client Communication |
| September 30, 2002 | Allison Plympton | Hillary Fraser, Esq.<br>cc: Brian Gough | Email to APC's outside immigration counsel in response to her preliminary advice regarding the H-1B Visa issue noted above | Attorney Client Communication |

March 7, 2007

| | | | | |
|---|---|---|---|---|
| September 30, 2002 | Hillary Fraser, Esq. | Allison Plympton<br><br>cc: Brian Gough | Email from APC's outside immigration counsel providing legal analysis and her opinion regarding the company's legal obligations with regard to an employee who previously worked for the company pursuant to an H-1B Visa | Attorney Client Communication |
| September 30, 2002 | Hillary Fraser, Esq. | Allison Plympton<br><br>cc: Gloria Huizinga, Esq.<br><br>Brian Gough | Email from APC's outside immigration counsel providing additional legal analysis and advice regarding the company's legal obligations with regard to an employee who previously worked for the company pursuant to an H-1B Visa | Attorney Client Communication |

| | | | | |
|---|---|---|---|---|
| May 22, 2003 | Brian Gough | Jeffrey Giguere, Esq. | Email to Attorney Giguere regarding the possible significance of compensation-related information in connection with Attorney Giguere's investigation of and provision of legal advice regarding the grey marketing scheme | Attorney Client Communication |
| May 23, 2003 | Adam Forman, Esq. | Jeffrey Giguere, Esq. | E-mail from APC's outside counsel advising Jeffrey Giguere regarding Fair Credit Reporting Act issues | Attorney Client Communication<br>Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| May 29, 2003 | David A. Holley, Kroll Risk Consulting Company | Jeffrey Giguere, Esq. | Written correspondence, prepared at the request of Attorney Giguere for the purpose of providing legal advice, regarding Kroll's involvement in the investigation into the grey marketing scheme. | Attorney-Client Communication Attorney Work Product |
| May 22, 2003 | Brian Gough | Jeffrey Giguere, Esq. | E-mail, created at the request of Attorney Giguere and in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, providing a summary of R. Graham's employment history; document contains a question handwritten by Attorney Giguere | Attorney-Client Communication Attorney Work Product |
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Rainer Weigle in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes Jeffrey Giguere's handwritten notes and impressions | Attorney-Client Communication Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Aidan Mitchel in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere | Attorney-Client Communication Attorney Work Product |
| June 11, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Patricia Escudero in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere | Attorney-Client Communication Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| June 20, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Rob Graham in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere and handwritten notes and comments of Attorney Giguere | Attorney-Client Communication Attorney Work Product |
| June 23, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Fernando Aguirre in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere | Attorney-Client Communication Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| June 24, 2003 | Jeffrey Giguere, Esq. and Brian Gough | | Transcript of Jeffrey Giguere's interview with APC employee Ernesto Valladares in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, includes portions of testimony highlighted by Attorney Giguere | Attorney-Client Communication Attorney Work Product |
| July 18, 2003 | Jeffrey Giguere, Esq. | Rodger Dowdell, CEO of APC<br>cc: Andrew Cole, Brian Gough | Email correspondence from Attorney Giguere (a) informing Dowdell of the status of settlement negotiations with R. Graham and the potential for litigation, (b) providing his legal opinion regarding the applicability of United States and German law and certain By-Law provisions, and (c) providing his advice regarding possible settlement | Attorney-Client Communication Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| July 18, 2003 | Rodger Dowdell, CEO of APC | Jeffrey Giguere, Esq . cc: Andrew Cole, Brian Gough | E-mail requesting Attorney Giguere's recommendation and advice regarding possible settlement with R. Graham | Attorney-Client Communication |
| July 18, 2003 | Jeffrey Giguere, Esq. | Rodger Dowdell, CEO of APC cc: Andrew Cole, Brian Gough | Email providing advice regarding settlement strategy for R. Graham | Attorney-Client Communication |
| July 19, 2003 | Rodger Dowdell, CEO of APC | Jeffrey Giguere, Esq . cc: Andrew Cole, Brian Gough | Email assenting to the settlement advice provided by Attorney Giguere | Attorney-Client Communication |
| July 25, 2003 | Jeffrey Giguere, Esq. | Rodger Dowdell, CEO of APC cc: Andrew Cole, Brian Gough | E-mail regarding settlement with Rob Graham and follow-up steps. | Attorney-Client Communication |
| July 17, 2003 | Frederique Sorin, Esq – APC European Counsel | Jeffrey Giguere, Esq. | Facsimile from Attorney Sorin to Attorney Giguere describing settlement terms proposed by R. Weigle; document also contains a handwritten note from Attorney Giguere regarding his advice as to the settlement authority to be provided to Attorney Sorin | Attorney-Client Communication |
| Undated | Frederique Sorin, Esq – APC European Counsel | Jeffrey Giguere, Esq. | Handwritten note detailing the voluntary dismissal of R. | Attorney-Client Communication |

| | | | | |
|---|---|---|---|---|
| | | | Graham's Munich Labor Court Complaint against APC | |
| Undated | Jeffrey Giguere, Esq. | Frederique Sorin, Esq – APC European Counsel | Facsimile from Attorney-Giguere to Attorney Sorin regarding a demand letter from R. Graham's attorney; document contains Attorney Giguere's handwritten notes regarding his legal advice as to how the company should respond to the proposed settlement terms | Attorney-Client Communication<br><br>Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | Attorney Giguere's handwritten notes from telephone conversations with Attorney Sorin regarding the possible terms of settlement with R. Weigle | Attorney-Client Communication<br><br>Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| July 1, 2003 | Frederique Sorin, Esq – APC European Counsel | Jeffrey Giguere, Esq.<br>cc: Brian Gough | Email from Attorney Sorin to Attorney Giguere providing advice regarding termination notice to be issued to Rainer Weigle and German law | Attorney-Client Communication<br>Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | Two drafts of the settlement agreement by and between R. Graham and the Company with Jeffrey Giguere's handwritten notes regarding his legal advice as to how the company should respond to specific proposed settlement terms | Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| Undated | Jeffrey Giguere, Esq. | | Two legal note pads of Jeffrey Giguere's hand written regarding his interviews with, and mental impressions regarding, various company employees. | Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | One page of Jeffrey Giguere's handwritten notes discussing the legal burden of proof on the company with regard to the possible of termination of R. Weigle and his analysis of how the company could satisfy such burden | Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| July 15, 16, 22, 23, 25 2003 | Jeffrey Giguere, Esq. | | Three pages of Jeffrey Giguere's handwritten notes from his settlement negotiations with counsel for R. Graham, including Attorney Giguere's mental impressions regarding the company's possible responses to proposals made by Graham | Attorney Work Product |
| Undated | Jeffrey Giguere, Esq. | | 3 charts, prepared at the request of Attorney Giguere in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, showing the incentive and bonus compensation received by certain APC employees (including R. Weigle) potentially involved in the grey marketing scheme | Attorney Work Product |

Firmwide:82134715.1 049233.1004