**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

CIVIL NO: 05-00459-ML-LDA
Judge Lisi
Magistrate Judge Almond

**ENTRY OF APPEARANCE**

I, the undersigned, do hereby enter my appearance as co-local counsel for the Plaintiff in the above-referenced matter.

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
April 23, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed and served this 23rd day of April, 2007 on the following:

George P. Kostakos, Esq.
LITTLER MENDELSON, P.C.
10 Weybosset Street, Suite 404
Providence, Rhode Island 02903

Lori B. Kisch, Esq.
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Avenue, NW, Suite 300
Washington, DC 20009

Noelle K. Clapham, Esq.
24 Salt Pond Road
Suite A-8
South Kingstown, RI 02879

/s/ Vicki J. Bejma