***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br><br>Defendant. | Civil Action No: 05-00459-ML-LDA |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Defendant American Power Conversion Corporation ("APC") hereby moves for an extension of the deadline by which it must respond to plaintiff Seth Daniels' Motion to Compel Discovery (Document No. 63). APC requests that such deadline be extended until ten (10) days after the conclusion of the upcoming settlement conference (currently scheduled for June 12, 2007). As grounds for its requested extension, APC states that, if the parties are able to reach an agreement-in-principle regarding a resolution of this case at the upcoming settlement conference, then it would be unnecessary for APC to respond to, and the Court to consider, Daniels' motion to compel.

Respectfully submitted,

AMERICAN POWER CONVERSION CORPORATION,

By its attorneys,

/s/ George P. Kostakos

George P. Kostakos (6971)
Christopher B. Kaczmarek (admitted *pro hac vice)*
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: April 30, 2007

## CERTIFICATE OF SERVICE

I, George Kostakos, hereby certify that on this 30th day of April 2007 the foregoing **Defendant's Motion For An Extension Of Time To Respond To Plaintiff's Motion To Compel** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos