IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

Civil Action No: 05-00459-ML-LDA

**ORDER**

The Court reviewed plaintiff Seth Daniels' Motion To Take Further Limited Discovery (Document No. 45), the Memorandum in Support thereof, the Opposition of defendant American Power Conversion Corporation thereto, and plaintiff's subsequent reply memorandum. The Court held a hearing regarding plaintiff's motion on April 23, 2007. On the basis of all the filed submissions, and arguments advanced by both parties at the hearing, the Court hereby ORDERS that plaintiff's motion be GRANTED in part and DENIED in part as specified below:

1. The Court GRANTS in part plaintiff's motion to take the deposition of Jeffrey Giguere. Such deposition shall be limited to thirty (30) minutes and shall be conducted by telephone. Further, the scope of Mr. Giguere's deposition shall be limited to questions regarding whether, when and how defendant distributed its Code of Ethics and Business Conduct to defendant's employees and questions regarding Mr. Giguere's involvement and/or role, if any, in the termination of plaintiff Seth Daniels' employment. Plaintiff's motion as to Mr. Giguere is otherwise DENIED.

2. The Court DENIES plaintiff's request to take the deposition of Laurie Gaspar.

3. The Court GRANTS in part plaintiff's request to take the deposition of defendant's designee pursuant to Fed. R. Civ. P. 30(b)(6). The scope of the examination of this witness shall be limited to questions regarding documents produced by APC after the close of discovery which list the hotels used by APC and which, for example, list the average rates for each such hotel. Such examination may also include questions regarding the creation of these documents, including questions regarding the source(s) of the information contained therein. Plaintiff's motion as to defendant's Fed. R. Civ. P. 30(b)(6) designee is otherwise DENIED.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief Judge
May 7, 2007