***Document Electronically Filed***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SETH DANIELS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 05-00459-ML-LDA |
| AMERICAN POWER CONVERSION CORPORATION, | ) |
| Defendant. | ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendant American Power Conversion Corporation ("APC" or the "Company") hereby opposes plaintiff Seth Daniels' Motion To Compel because APC already has produced the documents sought by Daniels. In support of this opposition, APC states as follows:

1. Daniels filed his motion to compel on April 13, 2007. In his motion, Daniels sought "production of the following two types of documents identified by APC as privileged:

> 1. May 22, 2003 E-mail from APC employee Brian Gough to Attorney Jeffrey Giguere "created at the request of Attorney Giguere and in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, providing a summary of R. Graham's employment history; document contains a question handwritten by Attorney Giguere . . ."
>
> 2. Undated charts (3) "prepared at the request of Attorney Giguere in connection with his investigation of and provision of legal advice regarding the grey marketing scheme, showing the incentive and bonus compensation received by certain APC employees (including R. Weigle) potentially involved in the grey marketing scheme.""

<u>See</u> Pl.'s Memo. in Support of His Motion to Compel at p. 3.

2. On April 30, 2007, APC filed a motion for an extension of time to respond to Daniels' motion. APC requested that the filing deadline for its opposition be extended until a

time after the upcoming settlement conference.

3. On July 3, 2007, after the settlement conference, counsel for APC sent an email to Daniels' counsel offering to produce the documents sought in Daniels' motion to compel if he agreed to withdraw his motion upon receipt of such documents. Later that day, Daniels' counsel asked APC's counsel whether he was representing that were no other documents responsive to the motion to compel. That same day, APC's counsel confirmed that APC was willing to produce the only four documents that were responsive to the motion to compel.

4. On July 9, 2007, APC's counsel emailed Daniels' counsel, asking her whether Daniels would agree to APC's proposal. APC received no response. A complete copy of the email correspondence between counsel regarding this issue is attached as Exhibit A hereto.

5. On July 18, 2007, having received no response from Daniels' counsel, APC produced the documents sought by Daniels' motion to compel. A copy of the letter from APC's counsel to Daniels' counsel transmitting those documents is attached as Exhibit B hereto.

6. APC already has produced the documents sought by Daniels' motion to compel. Therefore, his motion is moot and should be denied.

Respectfully submitted,

AMERICAN POWER CONVERSION CORPORATION,

By its attorneys,

/s/ George P. Kostakos

George P. Kostakos (6971)
Christopher B. Kaczmarek (admitted *pro hac vice*)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: July 23, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 23rd day of July 2007, the foregoing **Defendant's Opposition To Plaintiff's Motion To Compel was** filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos

Firmwide:82811766.1 049233.1004