Page 1 of 2

## Kaczmarek, Christopher B.

**From:** Kaczmarek, Christopher B.
**Sent:** Monday, July 09, 2007 8:55 AM
**To:** 'Lori Kisch'
**Cc:** Kostakos, George P.
**Subject:** RE: Seth Daniels v. American Power Conversion Corp

Lori,

Please let me know whether you will agree to this proposal.

regards,

Chris

---

**From:** Kaczmarek, Christopher B.
**Sent:** Tuesday, July 03, 2007 10:36 AM
**To:** Lori Kisch
**Cc:** Kostakos, George P.
**Subject:** RE: Seth Daniels v. American Power Conversion Corp

Correct. The motion seeks (1) the May 22, 2003 email from Gough to Giguere that provides a summary of R. Graham's employment history, and (2) 3 undated charts showing the incentive and bonus compensation received by certain APC employees (including R. Weigle) potentially involved in the grey marketing scheme. APC is willing to produce those documents, per my email below, and there are no additional responsive documents.

---

**From:** Lori Kisch [mailto:LKisch@wcqp.com]
**Sent:** Tuesday, July 03, 2007 9:42 AM
**To:** Kaczmarek, Christopher B.
**Cc:** Kostakos, George P.
**Subject:** RE: Seth Daniels v. American Power Conversion Corp

Are you representing that there are no other documents responsive to the motion to compel?

---

**From:** Kaczmarek, Christopher B. [mailto:CKaczmarek@littler.com]
**Sent:** Tuesday, July 03, 2007 9:22 AM
**To:** Lori Kisch
**Cc:** Kostakos, George P.
**Subject:** Seth Daniels v. American Power Conversion Corp

Lori,

In light of the fact that the recent settlement conference did not result in a resolution of this matter, and after reviewing Mr. Daniels' most recent motion to compel, APC is willing to produce the two types of documents identified therein (the May 22, 2003 email from Brian Gough to Attorney Jeff Giguere and the 3 charts prepared at the request of Attorney Giguere), provided that Mr. Daniels agrees to withdraw his motion upon receipt of those documents. By agreeing to produce these documents, APC does not concede that these documents are relevant to this case. Please let me know if you will agree to this proposal.

Page 2 of 2

regards,

Chris

Christopher B. Kaczmarek
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6017 (direct)
(617) 507-8046 (fax)
ckaczmarek@littler.com

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com