LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

July 18, 2007

Christopher B. Kaczmarek
Direct: 617.378.6017
Direct Fax: 617.507.8046
ckaczmarek@littler.com

**VIA OVERNIGHT MAIL**

Lori Kisch, Esq.
Wiggins, Childs, Quinn & Pantazis, P.L.L.C.
2031 Florida Avenue
Suite 300
Washington, D.C. 20009

**Re: Seth Daniels v. American Power Conversion Corporation**
**Civil Action No. 05-00459-ML-LDA**

Dear Lori:

I write to follow-up on our recent email correspondence. On July 3rd, I sent you an email in which I stated that APC was willing to produce the documents identified in Mr. Daniels' most recent motion to compel, provided that Mr. Daniels agreed to withdraw his motion upon receipt of such documents. Later that day, in response to an email from you, I confirmed that there are only four documents responsive to Mr. Daniels's motion and that APC was willing to produce all four of those documents. On July 9th, I sent you another email asking whether you would agree to APC's proposal. I have not received any response.

Accordingly, I enclose the documents discussed above, Bates Nos. APC 1772-1776. Please let me know as soon as possible whether Mr. Daniels will withdraw his motion.

Very truly yours,

Christopher B. Kaczmarek

Enclosures
cc: George P. Kostakos, Esq.
Noelle K. Clapham, Esq.

Firmwide:81883517.1 049233.1004