**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SETH DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION<br><br>Defendant. | CIVIL NO: 05-00459-ML-LDA<br>Judge Mary Lisi |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF HIS MOTION TO COMPEL**

Plaintiff, through his undersigned attorneys, hereby withdraws his Motion to Compel which was filed on April 13, 2007 [Dkt. No. 63]. In his Motion to Compel, Plaintiff sought the production of certain documents which APC had argued were privileged. On July 18, 2007, Defendant produced to Plaintiff the documents which were at issue in Plaintiff's Motion to Compel and represented that there were no additional documents withheld which were responsive to Plaintiff's discovery requests and relevant to the Motion.

Because Defendant has represented that no additional documents exist, Plaintiff withdraws his Motion to Compel.

Respectfully submitted this 23rd day of July, 2007,

/s/ Noelle Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave., N.W., Suite 300
Washington, DC 20009
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Withdrawal of His Motion to Compel was served this 23rd day of July, 2007 via operation of this Court's electronic filing system.

/s/ Noelle Clapham