**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION

Defendant.

CIVIL NO: 05-00459-ML-LDA
Judge Mary Lisi

# NOTICE OF WITHDRAWAL

Will the Clerk of the Court please withdraw the appearance of Harsimran Dang as attorney for the Plaintiff Seth Daniels. Ms. Dang is no longer with the law firm of Wiggins Childs Quinn and Pantazis, PLLC and no longer represents Mr. Daniels.

Respectfully submitted this 8th day of August, 2007,

/s/ Noelle Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave, Suite 300
Washington, DC 20009
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFF***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of August 2007 the forgoing Notice of Withdrawal was filed electronically through the ECF system and will be sent electronically to counsel of record.

__________/s/ Noelle Clapham ____