**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SETH DANIELS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO: 05-00459-ML-LDA |
| | ) | Judge Mary Lisi |
| AMERICAN POWER CONVERSION CORPORATION | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff Seth Daniels hereby moves that Eric Bachman be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

Respectfully submitted this 8th day of August, 2007,

/s/ Noelle Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave, Suite 300
Washington, DC 20009
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFF***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of August 2007 the forgoing Notice of Admission *Pro Hac Vice* was filed electronically through the ECF system and will be sent electronically to counsel of record.

/s/ Noelle Clapham