UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION

Defendant.

CIVIL NO: 05-00459-ML-LDA
Judge Mary Lisi

**CERTIFICATION OF ERIC BACHMAN FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing in the bars of the District of Columbia, Kentucky, Illinois, and of the following Federal District Court bars: Maryland, Illinois, and District of Columbia, and my eligibility to practice before these courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court of other body having disciplinary authority over attorneys; there are no disciplinary proceeding pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any

changed circumstances that affect my answers to these preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below and have read, acknowledged, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen. 204, recognizing that failures to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Eric Bachman (D.C. Bar # 481993)
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave, Suite 300
Washington, DC 20009
202-263-4123
202-467-4489 facsimile

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirement of LR gen. 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Respectfully submitted this 8th day of August, 2007,

/s/ Noelle Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham

24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3600

Lori B. Kisch (MD Fed Bar # 25781)
Wiggins, Childs, Quinn & Pantazis PLLC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
lkisch@wcqp.com

***ATTORNEYS FOR THE PLAINTIFF***

This motion is hereby ______________________________________________.

______________________________________
Lisi, J.

Date: __________________________