3IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SETH DANIELS,

Plaintiff,

v. Civil Action No: 05-00459-ML-LDA

AMERICAN POWER CONVERSION CORPORATION,

Defendant.

**ORDER**

The Court reviewed defendant American Power Conversion Corporation's Motion for Summary Judgment and Memorandum in Support thereof (Documents Nos. 18 and 19), plaintiff Seth Daniels' Objection to Defendant's Motion for Summary Judgment and Memorandum in Support thereof (Documents Nos. 59 and 60), and defendant's subsequent Reply memorandum (Document No. 65). The Court held a hearing regarding Defendant's motion on July 24, 2007. On the basis of all the filed submissions, and arguments advanced by both parties at the hearing, the Court hereby ORDERS that Defendant's motion be GRANTED in part and DENIED in part as specified below:

1. The Court GRANTS Defendant's Motion with respect to Plaintiff's claims of retaliation set forth in Counts Two and Four of Plaintiff's *Pro Se* Complaint (the "Complaint"), and hereby dismisses those claims and any and all other claim of retaliation asserted by Plaintiff in this case.

2. The Court DENIES Defendant's Motion with respect to Plaintiff's claims of race discrimination (harassment and wrongful termination) set forth in Counts One, Three and Five of the Complaint.

SO ORDERED:

Mary M. Lisi
Chief Judge
August 21, 2007

**CERTIFICATION OF COUNSEL**

In accordance with Local Rule 7.1(b), I hereby certify that on August 15, 2007, I conferred with Lori Kisch, counsel for Plaintiff, who has agreed to the foregoing form of order and that on this 21st day of August 2007, a copy of same will be served via electronic and first class mail upon counsel of record.

George P. Kostakos

George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Firmwide:82939227.1 049233.1004