**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SETH DANIELS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No: 05-00459-ML-LDA |
| AMERICAN POWER CONVERSION CORPORATION, | ) | |
| Defendant. | ) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice and without costs. All rights of appeal are hereby waived.

Respectfully Submitted,

PLAINTIFF,
By his attorneys,

/s/ Noelle K. Clapham
Noelle K. Clapham (R.I. Bar #5338)
Law Office of Noelle Clapham
24 Salt Pond Road
Suite A-8
South Kingston, RI 02879
claphamlaw@verizon.net
(401) 783-3670

Lori B. Kisch
Wiggins, Childs, Quinn & Pantazis PLLC
2031 Florida Ave., N.W., Suite 300
Washington, DC 20009
lkisch@wcqp.com

DEFENDANTS,
By their attorneys,

/s/ George P. Kostakos
George P. Kostakos (R.I. Bar #6971)
LITTLER MENDELSON, P.C.
10 Weybosset Street
Suite 404
Providence, RI 02903
gkostakos@littler.com
(401) 454-2903

Dated: November 21, 2007